```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )   No. 13 CR 703-1
              Plaintiff,        )
                                )   Chicago, Illinois
       v.                       )   November 12, 2013
                                )   9:00 a.m.
ADEL DAOUD,                     )
                                )
              Defendant.        )


                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE ROBERT W. GETTLEMAN

APPEARANCES:

For the Government:     UNITED STATES ATTORNEY'S OFFICE
                        BY:  MR. BARRY JONAS
                             MR. BOLLING W. HAXALL
                        219 South Dearborn Street
                        Chicago, Illinois 60604

For the Defendant:      DURKIN & ROBERTS
                        BY:  MR. THOMAS ANTONY DURKIN
                        2446 North Clark Street
                        Chicago, Illinois 60614
```

Valarie M. Ramsey, CSR, RMR
P.O. Box 16
Hazel Crest, Illinois 60429
(708) 860-8482

1  THE CLERK: 13 CR 703, United States versus Adel
2  Daoud.
3  MR. JONAS: Good morning, your Honor. Barry Jonas
4  and Bolling Haxall for the United States.
5  MR. DURKIN: Good morning, Judge. Tom Durkin on
6  behalf the defendant, who is present.
7  I apologize for being late. I was in the building
8  before nine but stuck in line.
9  THE COURT: You know, if this were an airplane, it
10 might take off without you.
11 MR. DURKIN: Well --
12 THE COURT: That's why we get to the airport early.
13 MR. DURKIN: Unfortunately, you can't do that.
14 THE COURT: Well, you never know. Don't tempt me.
15 In all seriousness, last time you were here you said
16 this might be related to the case before Judge Coleman. I've
17 talked to Judge Coleman. We both agree that it is not related
18 to that case, and she's not going to take this case. This
19 case is going to stay with me.
20 MR. DURKIN: Could I have an explanation as to why
21 you think it's not related?
22 THE COURT: It's not related. They're two separate
23 acts. That's the explanation. So the case stays, this case
24 stays with me.
25 So what is the status of the case?

1  MR. DURKIN: I object to that.

2  THE COURT: Well, fine. Your objection is noted.

3  MR. DURKIN: I'd like time to file a motion.

4  THE COURT: You can file the motion, but you got to
5  file it with Judge Coleman. She's got the earlier numbered
6  case. And I'm not even sure there's a procedure for it, to be
7  honest with you. The procedure for relatedness is in our
8  civil rules. But if you want to file a motion with Judge
9  Coleman you can.

10  MR. DURKIN: Well, I just -- I -- I guess I'm not as
11  concerned about which judge it is as having it in front of two
12  judges, that it makes no sense to me but --

13  THE COURT: Listen, I have a case that's coming up.
14  In fact the gentleman is with this man right now. He had a
15  bank robbery case with me. He escaped. That case stays with
16  me. His escape case was tried before Judge Castillo. Kind of
17  similar to this, isn't it?

18  MR. DURKIN: I --

19  THE COURT: You know, you may not like it, but that's
20  the way it is.

21  MR. DURKIN: Well, first of all, I don't agree that's
22  the way it is because I think there are facts that you may not
23  be aware of that might persuade you that's not the case.
24  This is I think very related. I think it's factually related,
25  and I think it puts us in an impossible position to have to

1  defend two cases.  We had talked about moving to consolidate
2  both cases to be tried at the same time.
3              THE COURT:  Go file a motion with Judge Coleman.
4  She's got the lowered numbered case.  If there is such a
5  thing, it would be up to her to decide in the first instance.
6              MR. DURKIN:  All right.
7              THE COURT:  You can object all you want, Mr. Durkin.
8  It's not going to change my mind right now.
9              So what's the status of this case?
10             MR. DURKIN:  All I said is I want to file a motion.
11 That's all.  I'm not arguing with you.
12             THE COURT:  Well, you are arguing with me.
13             What's the status of the case?  I've asked you three
14 times now.
15             MR. JONAS:  Your Honor, discovery has been provided.
16 There may be one or two more items.  I'm not really sure.  But
17 the bulk of it has been turned over to the defense as part of
18 both the other case and this case.
19             May I make a suggestion here?  I think both parties
20 are a little surprised at your Honor's decision.  If we can
21 have another status in 30 days so that we can regroup and
22 confer with defense counsel as to how to proceed as well as to
23 give them an opportunity to continue reviewing the motion.  I
24 think we may have to get the transcripts.  I'm not sure if we
25 turned over official transcripts or drafts.  So we still need

1  a little bit of time to just clean that up and get it over to
2  defense counsel. Excuse me. So if we can have a status in 30
3  days.
4      THE COURT: Transcript of what?
5      MR. JONAS: There are several recordings between the
6  defendant and an undercover -- I don't want to say
7  undercover -- cooperating witness. So can we have 30 days? I
8  think that would be appropriate at this time.
9      THE COURT: Okay.
10     MR. DURKIN: I would ask that this case be stayed,
11 then, until a resolution of the other case. I don't know how
12 I can -- I can't proceed on both cases.
13     THE COURT: You're prepared to proceed on both
14 charges in one case, so I don't see how you could say you're
15 not prepared --
16     MR. DURKIN: I'm prepared --
17     THE COURT: Don't interrupt me, Mr. Durkin, please.
18 You know better than that.
19     MR. DURKIN: I hadn't finished my sentence, so that's
20 fine. I apologize.
21     THE COURT: I'm sorry, but I'm the one sitting up
22 here. Okay. And I'm just telling you this: If you want to
23 file a motion, go right ahead and file a motion. You can file
24 it with me. You can file it with her. I'll take a look at
25 it. But right now I just want to -- if you're prepared to

1 defend the charges, whether it's in one case or two, it
2 doesn't seem to me to matter too much.
3     MR. DURKIN: The sentence that I was going to finish
4 was going to include the fact that if they were in front of
5 the same judge and tried at the same time, we had discussed
6 and contemplated doing that because it made a lot of sense
7 both procedurally and in the interest of judicial economy.
8     THE COURT: I could see where you may want to rethink
9 that, frankly, given the nature of these charges, because you
10 may not want to try them at the same time. But that's a
11 tactical decision you can make.
12     I'll give you a status on December 11th. I'll
13 exclude time until then so you can get your act together.
14     All right. Thank you.
15     MR. JONAS: Thank you, Judge.
16
17     \*   \*   \*   \*   \*   \*   \*
18     C E R T I F I C A T E
19
20
21     I hereby certify that the foregoing is a true and
22 correct transcript of the above-entitled matter.
23
24 /s/ Valarie M. Ramsey                   11-16-2013
25   Court Reporter                             Date