```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3    UNITED STATES OF AMERICA,     )
                                    )
 4                Plaintiff,        )
                                    )
 5         vs.                      ) No. 13 CR 703
                                    )
 6    ADEL DAOUD,                   ) Chicago, Illinois
                                    ) December 11, 2013
 7                Defendant.        ) 9:13 a.m.

 8
                        TRANSCRIPT OF PROCEEDINGS
 9
              BEFORE THE HONORABLE ROBERT W. GETTLEMAN
10
      APPEARANCES:
11
      For the Plaintiff:        HON. ZACHARY T. FARDON
12                              UNITED STATES ATTORNEY
                                BY:  MR. WILLIAM RIDGWAY
13                                   MR. BOLLING W. HAXALL
                                Assistant United States Attorneys
14                              219 South Dearborn Street, 5th Floor
                                Chicago, Illinois 60604
15                              (312) 353-5300

16
      For the Defendant:        DURKIN & ROBERTS
17                              BY:  MR. THOMAS A. DURKIN
                                2446 North Clark Street
18                              Chicago, Illinois 60614
                                (312) 913-9300
19
                                LAW OFFICE OF JOSHUA G. HERMAN
20                              BY:  MR. JOSHUA G. HERMAN
                                53 West Jackson Boulevard, Suite 1650
21                              Chicago, Illinois 60604
                                (312) 909-0434
22

23    Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                                219 South Dearborn Street, Room 1706
24                              Chicago, Illinois 60604
                                (312) 435-7626
25                              nancy_bistany@ilnd.uscourts.gov
```

1      (Proceedings heard in open court:)

2           THE CLERK:  13 CR 703, United States versus Adel

3   Daoud; status.

4           MR. RIDGWAY:  Good morning, Your Honor.

5           William Ridgway and Bolling Haxall on behalf of the

6   United States.

7           MR. DURKIN:  Good morning, Judge.

8           Tom Durkin and Joshua Herman on behalf of the

9   defendant, who is present and in custody.

10          THE COURT:  All right.  You're going to see Judge

11  Coleman right after this?

12          MR. DURKIN:  Yes.

13          THE COURT:  I'm happy to let her take a look at this.

14  I haven't changed my opinion at all.

15          I don't know.  Does the government have a position on

16  this at all?

17          MR. RIDGWAY:  Your Honor, our position, we don't

18  oppose the defendant's motion.  So that's our position.

19          THE COURT:  Which motion?

20          MR. RIDGWAY:  Well, the motion to reassign and to

21  consolidate the cases.

22          THE COURT:  All right.  Well, let Judge Coleman

23  decide that.  But right now, I haven't changed my opinion about

24  this at all.  I don't know if she has or not.

25          If she wants to take it, she can take it.  If she

1      doesn't, it stays here.  That's the issue.

2           So why don't we do this.  You're going to see her

3      right now.  I don't know whether she's going to decide it right

4      now.  So why don't you just come back -- you can come back

5      tomorrow; you can come back early next week, see what she does.

6      If she takes it, you don't have to come back.  If she doesn't,

7      then I think we have --

8           MR. DURKIN:  If she doesn't take it, what would you

9      contemplate?

10          THE COURT:  What do you mean what would I

11     contemplate?

12          MR. DURKIN:  I'm sorry?

13          THE COURT:  I'm not sure what you mean by that.  I'm

14     not sure what you mean by that.

15          We would set a -- we would set a motion schedule.  We

16     would set a motion schedule and do what we usually do with

17     criminal cases.

18          MR. DURKIN:  I just don't know how I could try both

19     cases together.

20          THE COURT:  I don't think you will.  You'll probably

21     try the first case first and the second case second.  That's

22     usually how it goes.

23          So come back -- do you want to come back tomorrow

24     after you talk to her or later today?

25          MR. DURKIN:  Could we come back later this morning?

1          THE COURT:  Yes.

2          MR. DURKIN:  We could just come back -- it's only,

3  you know, 9:45.

4          THE COURT:  Is that when you're seeing her?

5          MR. DURKIN:  I think so.

6          MR. HAXALL:  Yes.

7          THE COURT:  All right.  Why don't I set this -- why

8  don't you come back at 11:00 today.

9          MR. DURKIN:  That's fine.

10          THE COURT:  Okay.

11          MR. RIDGWAY:  Thank you, Judge.

12          THE COURT:  All right.

13      (Proceedings concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Nancy L. Bistany, certify that the foregoing is a complete, true, and accurate transcript from the record of proceedings on December 11, 2013, before the HON. ROBERT W. GETTLEMAN in the above-entitled matter.

*/s/ Nancy L. Bistany, CSR, RPR, FCRR*          November 9, 2018
    Official Court Reporter          Date
    United States District Court
    Northern District of Illinois
    Eastern Division