# EXHIBIT B



Select Language

Powered by Google Translate

# Individual Inmate Report

| Jail I.D. # | Inmate Full Name | Date of Birth | Race | Gender | Height | W |
|---|---|---|---|---|---|---|
| 2011-0415250 | PASCHAL, WILLIAM | 11/12/1978 | BK | M | 600 | |

| Booked Date | Housing Location | Visiting Day / Time | Bail Am |
|---|---|---|---|
| 04/15/2011 | 15-KK | - Call 773-674-5245 for Visit Information | 150,0 |

Charges

720 ILCS 5/12-11(a)(
HOME INVASION ARMED WITH FIREARM

| Next Court Date | Court House Location |
|---|---|
| 02/06/2013 | Markham<br>Markham, Room:103<br>16501 South Kedzie Parkway Room: 103<br>Markham, IL 60426 |



Mailing Address for this inmate

**Inmate name**
**Inmate number**
P.O. Box 089002
Chicago, Illinois 60608

**For MONEYGRAM**
RECEIVE CODE = **1750**