# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 20, 2019

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 19-2185 <br><br> Caption: <br> UNITED STATES OF AMERICA, <br> Plaintiff - Appellant <br><br> v. <br><br> ADEL DAOUD, <br> Defendant - Appellee |
| District Court No: 1:13-cr-00703-1 <br> District Judge Sharon Johnson Coleman <br> Clerk/Agency Rep Thomas G. Bruton <br> Date NOA filed in District Court: 06/19/2019 |

If you have any questions regarding this appeal, please call this office.