FILED
JAN 19 2022
JAN 18 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Eastern Division

United States of America )   No. 12 CR 723, 13 CR 703,
vs. ) 13 CR 487
Adel Daoud )
                                              Judge John Z. Lee

## Affidavit

I hearby affirm that the following facts are true, correct, & complete. That I am of majority age and competent to state the matters herein. In support Affiant will state the following:

1. THAT on or about 1/11/22, Affiant talked to his father on a jail phone call in MCC. His Father said Durkin contacted him, again

2. THAT Durkin offered Affiant's Father a lawyer that Durkin "trusts". Affiant's Father said he wasn't sure what to do or whether or not to hire that lawyer

3. THAT Durkin asked Affiant's dad if he wanted him to continue working for Affiant. Affiant's dad responded yes due to Durkin knowing about the case, but that it is Affiant's decision, not his

4. THAT Affiant responded to his father by saying he'll handle it and that his father doesn't need a lawyer. Affiant told him this because his father did nothing wrong

5. THAT Durkin also told Affiant's father that Affiant's next court date is on 1-26-22. As of writing this no body has yet told this to Affiant

THAT it's clear to Affiant that Thomas Anthony Durkin ill witness tampering. The fact that Durkin is not

allowed to even talk to Affiant's Father due to the accusations being made by Affiant was even acknowledged by Durkin to the father of Affiant. Durkin made the offer to Affiant's Father of an attorney, not only to protect himself (Durkin) and his associates, but to explicitly send the message to Affiant's Father that he is also guilty of a crime and needs an attorney to avoid going to prison. As an alternative solution, Durkin offers to continue to misrepresent Affiant and extort his Father

7. THAT this is a repeat of what Affiant has been saying about Durkin inflicting fear on his parents by using prison as a threat for exposing his egregious misconduct and criminal activities

8. THAT on or about 10/04/21, Affiant received an email from his mother, Mona Daoud. In this message she expresses the panic and fear that she and Affiant's father have due to Durkin. She says they cannot "sleep at night," that she, Affiant's father, and the rest of their family "r all going to get hurt," told the Affiant "u will never see a day out" of prison. She explains why she is afraid of "them" meaning Durkin and his associates, "u don't want them as our enemy we can't have that we are simple people" and, "they are very powerful people and powerful people don't go to jail <u>we do</u>." She begs Affiant to drop the accusations against Durkin and that if he doesn't, she and her husband (Affiant's dad) are ready to lie and sugar-coat Durkin's crimes in the event that they have to testify <u>to escape persecution</u>. (SEE ATTACHED)

9. THAT this new story that Affiant's parents only paid for side expenses like the "doctors and investigations" is a new story contrary to what his Father has been telling him for <u>NINE YEARS</u> before filing his first Affidavit. In any event, the new story still includes paying Dr. Xenakis, who was also appointed CJA, and they shouldn't have been paying Durkin for any investigations, LIMOS, or first-class plane tickets, but they did even though if Durkin wanted these things he

he should have asked Judge Coleman or Judge Lee.

## Verification

I Adel Daoud will affirm that the information stated herein is true and that I have read this Affidavit and submit the same with purpose. Affiant declares under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on this the 13th day of January 2022.

Respectfully submitted,
Adel Daoud
Adel Daoud

## Certificate of Service

I hereby certify that I have sent this Affidavit (with Attached) to the clerk of court for the Northern District of Illinois for Service of Process. It is requested that all parties at interest are served notice of said document. Today is January 13, 2022.

Respectfully submitted,

[signature]

TRULINCS 43222424 - DAOUD, ADEL - Unit: CCC-F-A

---

FROM: Daoud, Mona
TO: 43222424
SUBJECT: RE: books pleeeeease!
DATE: 10/04/2021 01:36:39 PM

Adel please listen to me they are very powerful people and powerful people don't go to jail we do we are nothing they have power and money second u did get ur complentry lawyers we never paid paid for them after the court start paying them we pay for expenses like the doctors and investigations this is an extra expenses they can prove that cause it is true adel u have 3 cases even if they get in trouble which I can assure they won't u still won't be able to go home cause u have three serous cases that u have to fight and theses kind of cases has no chance of winning and u know that u said they didn't do anything for u , this where u were wrong if it wasn't for them u would've took life in prison from the first court date but they drag it and fight say what u say about them but they are the best in thier field and know what r they doing they get a lot of Muslim people out people we know u r not out cause u added 2 more cases to ur self which make it much harder so please adel please I'm begging u even they said they won't represent no more if this what u want but u don't want them as our enemy we can't have that we are simple people u r dragging us in fight that no way we can fight or win and we r all going to get hurt he will prove u wrong cause the court pay them not us and this is the fact and when we will be asked at the court we will say that cause it is the truth so where that leave u we won't do it to hurt u god knows we rather die first but we will cause it is the truth please adel I'm begging u u have to drop this ur father and I can't sleep at night we ask every Muslim good lawyer we know they all said is what r u doing is so wrong and it's not going to get u out it's the opposite it will assure that u will never see a day out adel u don't deserve this , if this happens it will kill us, I'm not asking u to drop it for us do it for ur self whoever told it's a good idea is lying to u u said I need to trust u adel how many time they fooled u before and u fell for it if trusted me from the beginning instead of people u met on the internet none of that would've happened and u would've stayed with us all of this years so now I'm asking to trust on us we are older than you and we know better cause I can assure if some one was to tell me to do something that sound wrong I would've tell them to go to hell so u can have a cloud judgment cause u want to go home and they are playing on that but we see the pictures from out side ,inshallah u will go home the right way not like this I swear to u this won't help u or we won't be against it I'm begging u to trust us and to listen to us and drop it and we will get u a new layer of this what u want I love u adel so much please listen to me

ADEL DAOUD on 10/3/2021 7:36:20 PM wrote
wa alaykumus salaam. they let us out at different times everyday, and sometimes we just don't come out. listen to what im saying. if im right about what im saying, why would the lawyers tell you? i was entrapped and they had no interest in ever helping me. Durkin told me in my face he wanted my case over with to make more money. i was patient with them for 9 years. If what im saying isn't true, then why are they mad? it shouldn't mean anything if im wrong? you didn't do anything wrong, baba didn't do anything wrong, but they did and they took advantage of you. if you don't see it, that's ok, but i see it. Why would you trust the lawyers over me? You care about me. but they don't. if they don't care about me, why should i care about them? If i win and go home, you're still going to tell me im wrong? insha'Allah I will go home i will win. They are liars, and they don't care about me. their 6th amendment says i have a right to competent council. this right they said i have has been violated for 9 years. i cannot just fire them. Just for not having their 6th amendment right i could go home. why wouldn't i complain about my supposed rights being violated? Really they're supposed to go to jail. but they might not go to jail, they might just lose their license. OR they can give back the money, say sorry, and GO AWAY so i can go home! Remember what im saying.. the lawyers won't tell you im right. they are the ones that are in trouble. they will never admit it. think about what im saying.. if i am right, would they tell you? would they admit to you that they extorted you and did crimes and were never sincere about getting me out of jail? They would never tell you! so don't trust them, trust me! if the motion doesn't mean anything, if what im saying isn't true, or is crazy, then WHY ARE THEY MAD? just think about it! I love you!
-----Daoud, Mona on 10/3/2021 1:17 PM wrote:

>

Salm Alykom u didn't call today I hope there no more trouble than the one we r in now please call we r very worried about u

ADEL DAOUD on 9/3/2021 8:19:39 AM wrote
whenever you order "what did jesus really say" 12315, and "Why our prayers are not answered" 11484 please order for me "El Cor'an" 6679. jazakillahu khayran
-----Daoud, Mona on 8/27/2021 8:03 AM wrote:

>

Salam alykom I saw ur email I will work on it tonight Inshallah

Adel Daoud - 43222424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 80605

01/19/2022-10

Thomas G. Bruton
Clerk of Court
Northern District of Illinois
219 South Dearborn
Chicago, IL 60604

Legal Mail

METROPOLITAN CORRECTIONAL CEN
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

JAN 14 2022

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.