GM

**FILED**



JUL 1 8 2023 ᕋᏌ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S District Court

Northern District of Illinois

Eastern Division

| | |
|---|---|
| USA | 12 CR 723 |
| v. | 13 CR 703 |
| Adel Daoud | 15 CR 487 |

Daoud's Sentencing Memorandum with Attached Affidavit/
Objections to "Government's Factual Basis for Defendant's Plea of
Guilty Pursuant to North Carolina v. Alford"

# Table of Contents

Introduction ........                                                1

Part 1: the Plan                                                    6

Entrapment and Predisposition - Legal Definition                   7

FBI and Prosecutors understood Predisposition                      99

FBI and presecutors redefine Predisposition                        22

FBI and prosecutors knew Daoud was not predisposed for the charged
bombing                                                            30

UCE had the Final Say so  on the target                            38

Daoud did not pick the date                                        39

Daoud was never an imminent Danger to anybody                      43

There was no indication that Daoud possessed any weapons

                                                                   44

FBI's Interest in Daoud's plan to go to school                     45

FBI Framed Daoud for the Bombing                                   49

Shift of Blame                                                     54

He was going to be my Helper                                       58

Motives of the U.S. Government                                     58

1. FBI is looking to lock up "like minded " people                58

2. FBI wanted to stop Daoud from "Radicalizing"/ "Recruiting"
young people                                                       58

3. FBI did not want Daoud to become a Shaykh supporting the Mujahideen

                                                                   60

Part 2: the Persuation                                             62

Inducement - Legal Definition                                      63

FBI and Prosecutors understood Inducement                          65

FBI and Prosecutors redefine Inducement                            67

UCE solicited the terror plot                                      70

UCE Solicits Car Bomb idea to Daoud and won't accept guns

77

9/14/2012                                          85

Inside the Car Bomb                                 87

No Way Home                                         89

The 3 Priorities                                    93

Max Casualties and International News               98

Exibit 1 - Government Exibit OCE TWO DH3           111

Exibit 2 - IDFBI_001-000181                        112

Exibit 3 - IDFBI_001-000183                        113

Part 3: The Criminal Design                        119

It was their plan all along                        120

a. Daoud's life                                    120

second report of the FBI                           124

b. Inspire Magazine                                127

c. Daoud's membership in ansar1.info and dinhaqq.info - Ansar
al Mujahideen and deen al Haqq pro Jihad social forums - and
FBI's infiltration and attempted infiltration      130

Exibit 4 - IDFBI_001-000051                        132

Exibit 5 - IDFBI_001-000086                        133

1. FBI does not have access to the posts on ansar1.info

134

2. Daoud was unbanned the same day of the launch of the investigation

136

Exibit 6 - Appellate Court's opinion - LEXIS NEXIS  137

Exibit 7 - the Dinhaqq post                        138-139

Exibit 8 - IDFBI_001-000103                        140

Exibit 9 - Unlabelled, Dinhaqq.info sample OCE2 - See join date

III

141

Exibit 10 - Prosecutor Letter about Kindle          142-144

d. Subtle Inferences to the Plot by Agents the entire investigation

145

Note about Radicalization                           153

e. More Subtle Inferences to the Plot and the Nature of the Inducement

158

Part 4: Epilogue and the Affidavit                  170

The other 2 cases                                   171

Other attempts to keep Daoud in Prison and the very real threat

of Double Jeopardy                                  175

Their Lastest Attempt                               177

Affidavit In Support to the Attached Memorandum     179

The First Case                                      179

How the FULL Investigation began                    183

More on the First Case                              185

The Second Case                                     187

The Third Case                                      190

MCC Search of my stuff May 2023                     191

My Former Attorneys                                 192

The Cheating Prosecutor                             194

My Fear of Retaliation                              196

Verification                                        197

Exibit 11 - IED Book in Daoud's Kindle in Book Store catalogue

198-199

Exibit 12 - Durkin's written comment after Appeal   200

Exibit 13 - Court Transcript: Durkin defends accusations Daoud

made against him by requesting the government to agree to ask

the judge for a Competency Hearing                201-204

Exibit 14 - Black's definitions for "Freedom of Religion," "Freedom

of Speech," and "Freedom of Press"

                                                  205-206

Certificate of Service                            207

Here comes Adel Daoud, sui juris, respectfully submits his sentencing Memorandum to inform the Court of his arguments for his immediate release, as well as respond to the government's likely arguments to keep him incarcerated. The writer will address Entrapment and Due Process violations.

### Introduction

The FBI claimed to stop Daoud from carrying out his plan to blow up a bar downtown Chicago on 9/14/2012. Then it claimed to save the Undercover Employee with a jailhouse gangster snitch. Then Daoud was charged with attempted murder of another prisoner. THe prosecutors offered to drop the second 2 cases if Daoud would plead guilty to Attempted Use of a Weapon of Mass Destruction. After waiting for trial for nearly 7 years, his attorney Thomas Anthony Durkin talks him into doing a plea. Due to Religious reasons, Daoud cannot sign false confessions, and agrees to an Alford plea to maintain his innocence.

The government uses beliefs, books, magazines, and media related to the Religious beliefs of Daoud as proofs for a crime he never committed nor was about to commit. Daoud's legal support for Osama bin Laden, Anwar al Awlaki, Al Qaeda, Taliban, and the Religious doctrine of Jihad has been made the center of a political case, and a justification to keep him incarcertated. Daoud agreed with these groups and figures because he believed that their interpretation of Islam and how to apply Islamic law was the true interpretation of God's Religion.

"The Supreme Court has admonished Federal entities to not sit as arbiters of Religious Orthodoxy."

(See Martinelli v. Dugger, 817 F. 2d 1499, 1504 11th Cir. 1987)

The FBI knowingly entrapped Daoud because they did not want him to go to Madinah University at Saudi Arabia, where it would be harder to watch him, and where he wanted to become a scholar to support Islam and those fighting for it in Jihad aka the Mujahideen. They wanted him to get as much time as possible to stop him from "recruiting" young people to believe as he did. It did not matter if he was innocent for this plot, or if they lied about why they arrested him. He said he's a "terrorist" after all.

Daoud was sentenced 2019 to 16 years in prison and 45 years supervised release. In the conditions of his supervised release he had to take "Extremism" or "Countering Violent Extremism" classes, when they exist. He can get off supervised release earlier than 45 years if he abided by its conditions including not talking to people outside the country, and no longer having "extreme beliefs" or "sympathies to a Foreign Terrorist Organization (FTO)" [See PSR]

Here's a sample of the 2019 Sentencing transcript periodically quoted herein,

"Q  Agent Parsons, what's a nasheed?
A  A nasheed is a vocal musical piece usually done to Islamic religion to recall history or Islamic events or sometimes Jihadi material."
[See pg. 36 LN 25, pg. 37 LN 1-3, 2019 Sentencing Transcript]

"Q And what is this?
(Whereupon, said video was played in open court)
THE WITNESS: This is another nasheed
BY MR. JONAS:

2

Q Go ahead

A Nasheed is a video actually produced. It displays a reproduction
of a fight between unnamed western forces and it appears to be
--

THE COURT: I can see the video. Proceed.

MR. JONAS: Your, Honor, I'm fast forwarding to 5 minutes and
29 seconds of this video

(Whereupon, said video was played in open court)

THE WITNESS: It has been narrated by the authority of --

THE COURT: Once again, Counsel, how long do I have to listen
to this?

MR. JONAS: Your Honor, I just wanted you to see what was written
on this video.

THE COURT: I see. Thank you.

[See pg. 41 LN 19-25, pg. 42 LN 1-12, Id]

Before continuing, let me produce what was written on this
video, "It has been narrated on the authoirty of Abu Huraira
that the Messenger of Allah (may peace be upon him) said: One
who died but did not fight in the way of Allah nor did he express
any desire (or determination) for Jihad died the death of a hypocrite.
Muslim Book Book 20, Number 4696"

[See 5:29-5:50, Allahu Akbar - Jihad nasheed.mp4]

The Messenger of Allah is the prophet Muhammad, may Allah bless
him and grant him peace. "Muslim Book 20, Number 4696" is reference
to a Hadith book of what he said and did.
"

Q What's the Book?

A  This book is The Book of Jihad

[See Id, pg. 44 LN 15-16]

   "Q  Can you very briefly just summarize what the book is

A  This book generally explains why Jihad is meant to be a violent

Jihad or attacking --

MR. DURKIN: Judge. Judge, with all due respect, I'm going to

object.

THE COURT: Objection sustained. I don't need his interpretation

of what -- you haven't labeled him an expert in interpreting

different works of, of this type."

[See Id, pg. 45]

"This type" of work is religious.

   "A  So in reference to page 20 of The Book of Jihad, the defendant

wrote, I love this verse. And in reference to page 21 the defendant

wrote damn abu bakr

Q  And did you look to see in The BOok of Jihad what he was talking

about?

A  Yes, I did

Q  Is there a quote here a verse -- is there on page 20 is there

only one verse?

A  Yes there is only one verse on that page

Q  And is that the verse on the screen?

A Yes it is

MR. JONAS: Your Honor, I won't have him read it, but if you can

just -- the title is the punishment of those who don't participate

in Jihad

THE COURT: Isee it, and I have read it. Thank you.

MR.JONAS: Thank you , Your Honor

4

[See Id, pg. 46 LN 15-25, pg. 47 LN 1-3]

The verse was from the Quran. Allah says, translated, "Say [O Muhammad], 'If your fathers, your sons, your brothers, your wives, your relatives, wealth which you have obtained, commerce which you fear decline, homes wherein you are pleased, are more beloved to you than Allah, and His Messenger, and Jihad in His Cause then wait until Allah executes His Command. And Allah does not guide the defiantly disobedient people.'"

[See The Book of Jihad citing the Quran, Surah 9 verse 24]

Prosecutors used these quotations to justify giving Daoud 40 years imprisonment, and lifetime supervision.

5

Part 1: The Plan

Entrapment and Predisposition - Legal Definition

"... entrapment is a defense to criminal liability when the defendant was not predisposed to commit the charged crime before the intervention of the government's agents and the government's conduct induced him to commit it. The two elements of the defense - lack of predisposition and government inducement - are conceptually (2014 U.S. App. LEXIS 65) related but formally and temporally distinct.

"The predisposition element focuses on the defendant's circumstances before and at the time the government first approached him with a proposal to commit the crime. A defendant is predisposed to commit the charged crime if he was ready and willing to do so and likely would have commited it without the government's intervention, (771 F. 3d 443) or actively wanted to but hadn't yet found the means."

" We know from Sherman and Jacobson that predisposition requires more than a mere desire, urge, or inclination to engage in the charged criminal misconduct. Sherman surely had an inclination or urge to obtain narcotics; he was struggling to overcome an addiction, after all.
Sherman, 356 U.S. at 371.
If the mere urge was enough to make him predisposed to sharing drugs, the outcome of the case would have been different. Similarly, Jacobson may have been predisposed in the sense of having an inclination (2014 U.S. App. LEXIS 46) to view child pornography, but the Supreme Court rejected that understanding of predisposition:
... Furthermore, a person's inclinations and fantasies... are his own and beyond the reach of the government... (771 F. 3d 436) Jacobson, 503 U.S at 551-52)"

"The entrapment defense guards against government overreach in this context, 'reflect[ing] the view that the proper use of the criminal law in a society such as ours is to prevent harmful conduct for the protection of the law (2014 U.S. App. LEXIS 47) abiding, rather than to purify thoughts and perfect character.' Hollingsworth, 27 F. 3d at 1203. When government agents, 'tempt[] [a] person to commit a crime that he would not otherwise have committed, punishing him will not reduce the crime rate; it will merely deflect law enforcement into the sterile channal of causing criminal activity and then prosecuting the same activity.' Manzella, 791 F. 2d at 1269."

"In Sherman the Court asked whther the defenant 'otherwise would... have attempted' the crime absent the government's effort to beguile him, 356 U.S. at 376, and concluded he would not have. The Court uşed the word 'readiness.'" It was the government's burden 'to prove petitioner had a readiness to sell narcotics at the time [the informant] approached him.' Id at 375."

"Instead a defenant who lacks the means to commit the crime when first approached by the government is nonetheless predisposed if he 'had the idea for the crime all worked out and lacked merely the present means to commit it, and if the government had not supplied [the means] someone else very well might have.' Id at 1203."

"Since then, the Court has said that' the principal element in the defense of entrapment [i]s the defenant's predispostion to commit the crime' not juşt any crime. Russell, 411 U.S, at 433."

[Quotes taken from U.S. v. Mayfield, 771 F. 3d 417; 2014 U.S. App. LEXIS 21525 No. 11-2439]

The FBI and Prosecutors understood Predisposition

" FBI -Chicago captioned group I UCE will be used in efforts
to target Adel David, user of email account arabnigga21@yahoo.com
subject Full Investigation..."

"Captioned Group I UCO will be used to fully explore David's
links to

1. terrorism

2. terrorism financing

3. Other threats to national security

[Redacted...!] Chicago opened captioned Full Field Investigation
based on unsolicited information [Redacted...!] that Adel David,
believed to be an 18 year old male of Egyptian and Palestinian
descent living in the greater Chicago area has stated on web
forum [Redacted...!] that he has read an article on bomb making
in Inspire Magazine and would make <u>the bomb</u> if he could find
the required materials."

[See FBI Report, 302_002-000001.pdf, 5/15/12, Full Investigation
5/10/12]

. To be predisposed/guilty Daoud had to be planning the bomb
plot he's charged with.

"Online Covert Employees, OCES were sent , 'to fully assess
David's <u>intentions</u> as they pertain to Jihad and martyrdom as
well as his association with like minded individuals.'" [redacted...]
[see Id]

"Communications ''between the OCEs and DAOUD has revealed that
DAOUD considers himself a terrorist, promotes and encourages
others to read Inspire Magazine like him, and states his disgust
with the United States. The Investigation has also revealed that

9

DAOUD has considered various attacks such as setting forest fires, setting fires to homes, or attacking a military installation. However DAOUD has not yet specifically stated <u>his intended plan</u>, but has stated to OCE [Redacted!] that he only trusts a few select individuals to <u>discuss his plan</u>... The first goal is to learn if DAOUD has an <u>actual plan</u> rather than just general targeting... The overall objective is to disrupt DAOUD <u>if he is planning an attack</u>... Coordination is ongoing with the USAO office in the Northern District of Illinois."

[See quotes from FBI Report, 302_002-000011.pdf, 6/20/12]

The government understood that there is a difference between "general targeting" vs. an "actual plan." Their job, is, as cited, to catch Daoud <u>if</u> he is planning an attack.

"Furthermore, in a response to OCE - [Redacted!]'s planned travel to the United States, on 6/30/2012, DAOUD responded, "I have an idea that's pretty realistic if you come insha'Allah.'... Chicago's intent is to use the cousin developed by OCE - [Redacted!] in an attempt <u>to reveal</u> DAOUD's aforementioned 'realistic idea'" [See in FBI Report, 302_002-000018.pdf, 7/16/12]

"II. [Redacted!] Mission
[Redacted...!] On 07/17/2012, UCE [Redacted!] will meet with ADEL DAOUD following afternoon prayer at approximately 7:00PM to gain additional intelligence on DAOUD <u>to include his aforementioned idea;</u>:
[See FBI Report, 302_002-000022.pdf, 7/17/12]

"Adel Daoud's online activities include... searching for information on making bombs and other explosives... Daoud has also expressed to the Online Covert Employee... <u>plans for an unsepecified terrorist</u>

attack with the assistance of a locally recruited terrorist cell."

[See FBI report at 302_002-000032.pdf, 7/18/12]

What's the plan? Is there really a plan? That's why they said they were investigating. This is why in the following quotes UCE asked Daoud 'what would you do.' He understood this.

"UCE: I know and he said brother, what if for example, something happens to me right. What if for example they stop me at the airport, or something happens, or and then you're by yourself. Right. He says what can, what can the brother do by himself? Like what would you do...."

[See UCE audio transcripts, UC_004 PART 4.pdf, 8/23/12, pg. 320]

"UCE: So you , so , so your goal, your dream, if like for example, if my sheikh asked me what if you, what if, you know, what if I was in Afghanistan, how can your brother help with the Jihad? How can he help with the Jihad?"

[See Id, pg. 325, 8/23/12]

"UCE: No and I don't wanna feel like I'm putting pressure on you to do something here in the U.S. or in Chicago if you really wanna go overseas and fight there."

[See Id, pg. 467, 9/5/12]

The above quote shows UCE knew the difference between being predisposed to the bomb plot and being predisposed to a different charge, namely, Material Support of a terrorist organization,

"UCE: and you have done a great job for your first operation. You came up, you came up with an excellent plan. You did a great job picking the target. You did a very good job taking photographs so we can see what it looks like. Insha Allah you did a really

good job of finding a place to park the car. You know once we get there."

"UCE: I think you did a really good job of picking the right day too. You know on Friday night."

"UCE: You've done a lotta good things in this plan brother. I mean you came up with a really good plan, I have to say."

"UCE: This is great. Your plan is excellent brother and I think..."

"UCE: Excellent planning."

"UCE: Insha Allah. Another, another good way to finish your plan, brother."

[See Id, pg. 624 LN 10-19, LN 23-25, LN 30, 32, 40, 41, pg. 625 LN38, pg. 626 LN 21-22, 9/14/2012]

If Daoud is predisposed/guilty for the charges this means that this was his plan all along, and the FBI caught him. The police didn't persuade him to do anything.

12

"Plans to attack/kill shias based on previous comments/hatred
for Shias"

[See UCE Note pg. 104, at Id]

"Car bomb right? He is confirming the use of car bomb not agreeing.
Confirming means it has been his idea/intention all along. Agreeing
means he is acknowledging."

[See UCE Note at, UC_002 PART 2. pdf, Last page on copy of sticky
note]

"Q What was the persona you used in this case as an undercover
employee?

A I was a Mujahideen fighter who was also a jihadist

Q Why that particular persona?

A Those are the people that Mr. Daoud communicated with online
and the type of person that he would express his true intentions
in regards to violent Jihad

...

A In that first meeting Mr. Daoud brought up the 9/11 attacks.
He brought up Al-Qaeda. He brought up the idea that he self -
 identified himself as - a terrorist. He brought up Anwar al
Awlaki. He brought up Osama bin Laden. He brought up the Taliban.
He dicussed Inspire Magazine, the magazine put out by Al - Qaeda.
He mentioned the killing of Jewish men, women, and children.
He mentioned the killing of Shia women, men, and children.

Q We'll get into the specifics, but when he mentioned those specific
instances of violence against Jewish or Shia individuals, in
what context was he giving you that information?

A This was all in support of his views of Jihad

Q And did he -- what was your understanding of what his view
of Jihad was?

A He believed that Jihad is the act of violent act against Kuffars

Q When you say Kuffars. what does that mean?

A Nonbelievers. Americans, anyone who's not a Muslim

..... [under cover employee's code name]

Q Mudafar, is this clip of the first approximately six minutes
of your meeting with the defendant?

A Yes, it is

Q And in here did he tell you his views?

A Yes. He self identifies himself as a terrorist, a good terrorist
in his own words

...

Q If you could turn to, page 94. Let me know when you're ready.
Before I begin this clip, at this point in the meeting are you
about an hour and 20 minutes into meeting with Adel Daoud?

A That is correct

Q And right before this clip begins do you -- what are you doing?

A I am preparing to say good-bye to Mr. Daoud and end the meeting

Q Why is that?

A It appears that although Mr. Daoud brought up Al-Qaeda, Osama
bin Laden, Anwar al Awlaki, Inspire Magazine, killing Shias,
and supporting Jihad, he was not prepared to specfically discuss
his jihadist plans in America. And I felt like he wasn't either

14

ready or just not willing to speak to me about those matters.
So I felt like we should end the meeting and maybe meet in a
future time

...

Q How long did that meeting last?

A Approximately two hours

Q Who did a majority of the speaking throughout that meeting?

A Mr. Daoud --

Q And what --

A Spoke

Q Sorry

A Spoke approximately 90 percent of the time.

[See UCE's testimony, pg. 253 LN 14-18, pg. 258 LN 1-19, pg.
266 LN 9-14, pg. 281 LN 1-15, pg. 257 LN 12-23, at 2019 Sentencing
Transcript, Direct by Ardam].

   UCE understood when he was trying to leave that Daoud talking
about these things, in itself, didn't make him predisposed/guilty
for any crime.

   "Q At what point in this clip do you ask him, as in Daoud,
to be part of your group?

A I do not ask him to get involved.

[See UCE's testimony, pg. 288 LN 4-6, at Id, Direct by Ardam]

   "A I didn't ask him for ideas. He on his own fuition said I
have some ideas..."

   [See UCE's testimony, pg. 288 LN 25, pg. 289 LN 1, at Id, direct
by Ardam]

   "Q Is this the first mention of a bomb being used in an attack
in your meeting or communications with the defendant?

16

A Yes, this is the first time anyone has mentioned it."

[See UCE's testimony, pg. 291 LN 5-7, at Id, directed by Ardam]

"A My intentions as the the undercover employee with this operation
-- this undercover activity or any undercover activity is not
to stop or start anybody from doing anything. It's simply to
gather information as to what their intentions are..."

[See UCE's testimony, pg. 365 LN 14-18, at Id, Cross by Durkin]

"Q Are you seriously telling this Court and anybody else that
wants to listen that you genuinely believed that Daoud could
have walked away from you and gone online and found someone else
to build a thousand pound bomb for him? Is that what you're saying?
...

THE WITNESS: Yes, Your Honor...

[See UCE's testimony, pg. 378 LN 19-23, pg. 379 LN3, at Id, cross
by Durkin]

"A He picked the target. He picked the use of a car bomb. He
picked the date."

[See UCE's testimony, pg. 394 LN 1-2, at Id, cross by Durkin]

"Q You're not telling us that by August of 2012 you, you and
your whole team were just doing intelligence and you still hadn't
decided to go ahead with this scheme, correct? You're not telling
us this are you?

A That's exactly what I'm telling you, sir...

[See UCE's testimony, pg. 394 LN 3-7, at Id, cross by Durkin]

"Q But in August the plot was in motion, correct?

A No, the plot -- we had no plot. Just to be clear we had no
just to be clear, the FBI, myself as the undercover, we had no
plot. As I stated previously , sir, Mr. Daoud picked the target.
Mr. Daoud identified using a car bomb to destroy the target,

17

and Mr. Daoud picked the date.

[See UCE's testimony, pg. 394 LN 23-25, pg. 395 LN 1-3]

The OCEs communicated with Daoud from May to September when he was arrested. The UCE first met Daoud 7/17/12. One OCE "Salah" portrayed to be a 17 year old Muslim from Austrailia who also supported jihad. OCE "Iyad" portrayed an older Muslim from Saudi Arabia ~~wanting~~ to join the Jihad in either Yemen or Syria. "Wallah [by Allah] it is my wish to go fi sabil Allah [in the path of Allah] where do I begin akhi [my brother]? How can I find someone I can trust to take me to the fight?"

[See message from OCE "salah" to Daoud at IDFBI_001-000013.pdf, 5/15/12]

"I can find sheikhs [scholars] say do hijrah [migrate i.e. here meaning for jihad] and some say that we can do jihad anywhere even where we are. what do you advise me to do akhi [my brother]?"

[See message from OCE "Salah" at IDFBI_001-000033.pdf, 5/18/12]

"But akhi I ask you in front of Allah Subhanuhu wa Taala [Glorified and High], do let me know when you think I can join your group. I would be the Muslim aussie brother at the front of the line!"

[See message from OCE "Salah" at, IDFBI_001-000041.pdf, 6/4/12]

The last quote is reference to when Daoud says in the following quote and other places.

"... I don't know if im going to have a group for sure... I'm either making my own group, or im going overseas insha'Allah..."

[See Daoud's message to OCE "Salah", IDFBI_001-000029.pdf, 6/5/12]

"if you didn't make your plans already, and I'm wondering if someday, the Qadar [decree] of Allah will bring us together in Syria, Yemen, Somalia, or Afghanistan, or even in America where

you live..."

[See message from OCE "Iyad", at IDFBI_001-000070.pdf, 6/1/12]

"... have you ever talked about plans or anything like that because
I believe that there is no better time to do jihad more than
this time. As you know our ummah [Muslim nation] is suffering
everywhere even in Europe and America and that's why our brother
Nidal Hasan was fed up with the hypocricy of America"

[See message from OCE "Iyad" at IDFBI_001-000072.pdf, 6/4/12]

"So I will continue to pray to Allah Subhanuhu wa Taala [Glorified
and High] to open the path for me and insha Allah [if Allah wills]
if the path is to America you will accept me as your brother
when you form your group and if you don't form this group we
will pray together until [Allah] opens the path to both of us....
Akhi I've been talking to my cousin and I mentioned that Ive
got a friend who is a good Muslim... I know that he is 100% for
Jihad"

[See message from OCE "Salah" at IDFBI_001-000096.pdf, 6/21/12]

 "But I do want to point to one thing that's in their memo that
I think speaks to pre-- speaks volumes to predisposition, and
this is not part of the government exibits. I think this is part
of the government exibits... they copy and paste the section
of an FBI document that says -- and this is early in the investigation,
that the defendant had stated on a web forum that he has read
an article on bomb  making in Inspire Magazine and would make
the bomb if he can find the required materials... "

[See AUSA Barry Jonas's conclusion, pg. 461 LN 13-21, at 2019
Sentencing transcript]

"And throughout the undercover was trying to learn what does
the defendant want to do."

[ See Jonas, at Id, pg. 462 LN 10-12]

"And this obviously concerned the government. Who else it out
there that the defendant may be plotting with. So the undercover
probed."

[See AUSA Jonas, at Id, pg. 462 LN 10-12]

"the defendant talked about putting bombs in flying cars. And
the undercover switched it when the defendant talked about bombs
and cars and made it a car bomb. Then they went from there."

[See AUSA Jonas, at Id, pg. 464 LN 13-16]

"The defenant talked about wanting to go to school in Medina,
but he also talked about wanting to go to school to become a
sheikh for the mujahideen. He told the undercover let's do an
attack before I go there"

[See AUSA Jonas, at Id, pg. 465 LN 13-16]

"So the fact that he may not at that moment been able to build
a thousand pound car bomb doesn't mean that he wasn't intending
to do some attack with explosives"

[See AUSA Jonas, at Id, pg. 466 LN 14-16]

"He wasn't being essentially led around by the undercover. He
was operating independently."

[See AUSA Jonas, at Id, pg. 468 LN 3-4]

"This was the defendant's plot that the defendant was driving
forward."

[See AUSA Jonas, at Id, pg. 469 LN 1-2]

  Predisposition in this case is Daoud's plan to do a bombing
as part of a terrorist attack - his charges. Daoud mentioned

"forming a group" and "a realistic idea." The FBI here wants
toknow the idea. "Salah" asks Daoud his plans by pleading "what
should I do?" and "tell me when you form your group." "Iyad" and
"Mudafar" [UCE] ask him directly what he is planning. This understan
-ding that predisposition is the plan/the intent for said charges
is acknowledged by the FBI, UCE, OCEs, and the prosecutor. If
their story is true, this means, as they said, that Daoud was
planning on a car bombing to destroy buildings in the U.S. as
part of a terrorist attack before leaving to Madinah University.
There was no plan on the FBI's part because they only investigated
and caught Daoud before he can carry out his plot.

The FBI and Prosecutors redefine Predisposition

a. FBI Reports

"This initial meeting will seve [serve] as a vehicle to assess Dauod's true commitment to participate and/or Support violent Jihad towards U.S. persons and/or interest."

[See FBI Report at 302_002-000032.pdf, 7/18/12]

Testing some's commitment for Something general is not the same as finding out his specific intentions.

"II [Redact...!] On 8/06/2012, UCE - [Redact...!] will meet with ADEL DAOUD at approximately 5:00 PM to gain additional intelligence on DAOUD, and for DAOUD to present his ideas for committing Jihad on paper."

Again, Jihad is a general concept

[See FBI report at 302_002-000046.pdf]

The FBI is looking for people who think like Daoud. They use this as their definition for predisposition.

"Through the deployment of OCEs, Chicago will work to fully assess David's intentions as they pertain to violent Jihad and martyrdom as well as his association with like minded individuals [Redact...!]"

[See FBI Report at 302_002-00001.pdf, 5/15/12]

"[Redact...!] Recent communications between OCE - [Redact...!]and DAOUD revealed that OCE - [Redact..!] has a cousin who believes in the same ideology as DAOUD and OCE - [Redact..!] ...

[Redact...!] OCE - [Redact!] will ask DAOUD if DAOUD knows anyone in the Midwest area who "thinks like they do" because his cousin is looking to meet up with "like minded' individuals."

[See FBI report at 302_002-0000 expressed his desire to commit

22

[See FBI report at 302_002-000011.pdf] 6|20|12

"In brief summary, DAOUD has expressed his desire to commit Jihad, die a martyr, and radicalize individuals to commit Jihad to both OCEs."

[See FBI report at 302_002-000097.pdf, 9/7/12]

In Daoud's case they say he's guilty because he's predisposed for "Jihad" or "violent Jihad." This is a problem because Jihad is not specific to the accusation; that is: that Daoud was planning a bombing downtown Chicago. Jihad is a religious concept and could include a variety of things, not all of which are illegal. Even when talking about violence, you cannot lock someone up because he's violent or you're sure he's going to do Religious violence. Or because he has violent beliefs. If he's doing a crime or is about to do a crime, what is it? What's his plan? Jihad! What? What's he about to do? A terrorist attack! What does that mean? Is he going to shoot people, stab people, or blow them up? These are different accusations. Is he going to blow up a bar or join a terrorist group? Or both? Can you prove it? Which terrorist group is he joining? When is he joining? Do you know? Are you sure? Because if the FBI stopped his plan then they must have known what his plan was, and these should be easy to answer questions. They said he was going to use a car bomb to destroy buildings as part of a terrorist attack before going to Madinah University in Saudi Arabia. That was the plan. They charged him for it it.Was that really why they arrested him? Was that really his plan? Or was it because he was predisposed for Jihad?

[Redacted..!] DAOUD has met with UCE- [Redacted!] on four different

23

occasions. During the first meeting on 7/17/2012, DAOUD discussed his conservative Islamic beliefs. Near the end of the first meeting, DAOUD expressed his desire to commit Jihad..."
[See FBI report at 302_002-000097.pdf, 9/7/12]

As you saw from other quotations, Daoud was talking about Jihad throughout every meeting. This report is deceptive, but it's not a contradiction. Namely, because Jihad is part of his conservative Islamic beliefs. This was described by prosecutors as "Radical Jihadism",

"A more plausible explanation for the defendant's behavior is his adherence to an ideology of radical jihadism that is perverse but is preached by certain religious leaders admired by the defendant."

Daoud described his beliefs as the following,
"So I don't like to put myself under any sect or banner or group in Islam I say that i am Muslim, following Ahle Sunnah wa Jamat (Sunni, not Shia...)"
[See Prosecutor quote from Government's Sentencing Memo, Document #329, Filed: 4/26/19, page 47 of 60, See Daoud's quote at his message to OCE "Salah", IDFBI_001-000016.pdf, 5/18/12 Youtube letter]

The FBI's other word for "jihadist" is an "Islamic Extremist",
"Online Presence/Contact
[Redacted...!] Adel Daoud's online activities involve visiting and posting on Islamic extremist/Jihadist online forums..."
[See FBI Report, 302_002-000032.pdf, 7/18/12]

Therefore:

Conservative Islamic beliefs = desiring Jihad = Jihadist = Islamic Extremist = Predisposed = guilty

The week before they charged Daoud they were going to charge him for WMD and Material Support to a terrorist group,

"[Redacted...!] On 9/14/2012 , CT-3, JTTF Chicago, will execute a probable cause arrest of ADEL DAOUD for violation of Title 18, United States Code, Section(2) 2332(2)(D) [Weapons of Mass Destruction], 2339A [Material Support], and 844(I) [Attempting to Destroy a Building by Means of an Explosive, the second charge of the case]..."
[See FBI Report, 302_002-000097.pdf, 9/7/12]

During the entire case the FBI was working with U.S attorneys. Whatever evidence they had up to a week before arresting Daoud, to them was sufficient to not only charge Daoud with attempted to use a Weapon of Mass Destruction to destroy a building in the U.S., but also Material Support. How is that possible, when they are 2 different accusations?

25

This falls back to the FBI's motive for arresting Daoud in the first place. The FBI did not know Daoud had an "actual plan." But they not only wanted to know if he was actually doing an attack, they wanted to see which of his friends were like-minded aka co-conspirators, and to stop him from "Recruiting" or "Radicalizing people to "commit Jihad."

"[Redact!] The introduction of a UCE to Daoud will fulfill multiple investigative goal. The first goal is to learn if Daoud has an actual plan rather than just general targeting. The second goal is to determine if Daoud has a close group, [Redacted...!] that are acting as co-conspirators. The third goal is to stop Daoud's recruiting of younger individuals. The overall objective is to disrupt Daoud if he is planning an attack and to dismantle any further recruiting of other individuals."
[See FBI Report at 302_002-000032.pdf, 7/18/12]

It's clear whether or not Daoud was planning an attack , they still had to stop Daoud from "any further recruiting." How did they plan to do that if he wasn't actually planning an attack?

When they arrested Daoud, they questioned whoever they could

26

who was related to Daoud about his belief in Jihad, and if their
belief was the same as his,

"For both DAOUD and ABDELLA Jihad means..."

"While he (JAAFER) believes he was never completely in agreement
with DAOUD's pro violent Jihad views..."

"They talked about Jihad... BEBO stated for him meant about inner
struggle,but for DAOUD it meant about fighting"

"the writer and Abbas spoke briefly about the specific definition
of Jihad..."

"While on the topic of Jihad , MACIAGOWSKI believed..."

"DAOUD began wearing a black turban and SHARIF believed that
meant DAOUD was signaling that he supported Jihad.... SHARIF
defined Jihad in this instance... "

"Heba was asked about her understanding of the term 'Jihad'"

"CHAUDHRY was worried DAOUD was over zealous in his views of
Jihad. CHAUDHRY explained taht he (CHAUDHRY) believes in Jihad
in terms of the struggle, but believed DAOUD took it a different
way..."

See FBI Reports at

302_001-000083.pdf

302_001-000094.pdf

302_001-000100.pdf

302_001-000074.pdf

302_001-000034.pdf

302_001-000031.pdf

302_001-000020.pdf

302_001-000010.pdf

27

The week before they locked up Daoud they had a list of people to interview. One of his friends is first, and then who? His two Sheikhs from school.

"4. Interview teams

Team 1. Abdella Tounisi

Team 2. Mohammad Hasan

Team 3. Abdool Rahman Khan..."

[See FBI report at 302_002-000097.pdf, 9/7/12]

b. Agents

The UCE made notes which were printed 2019 on the transcript of the recordings between him and Daoud. Some of his comments have been quoted already, and how they show UCE understood predis -position. Here are samples of his other definition:

He circles Daoud saying, "We're terrorists, in a good way."

[See in pg. 3, at UC_004 PART 4.pdf]

He squares him saying, "jihad"

[See it pg. 6, at Id]

He circles Daoud saying, "yeah so , yeah so I mean I got him to agree to go to Yemen (laughing)"

[See it pg. 23, at Id]

He comments, "Reads book of OBL [Osama bin Laden]. His surrounds himself with extremi9t ideology from books, websites, chatrooms, hadith, etc"

[See it pg. 41, at Id]

And he knew what Hadith are,

"THE WITNESS: Hadiths are stories of the Prophet Muhammad."

[See UCE's testimony, pg. 270 of 2019 Sentencing Transcript LN3-4, Direct by Ardam]

He writes again, "self identifies as terrorist "

[See note at UC_004 PART 4.pdf, pg. 123]

He said, "opportunity for him to think of other meanings of Jihad."

[See his note, pg. 124, at Id]

The government has no right to the interpretation of anyone's religious beliefs.

The FBI and Prosecutors knew Daoud was not predisposed for the charged bombing

"UCE: I know and he said brother, what if for example, something happens to me right. What if for example they stop me at the airport, or something happens, or and then you're by yourself. Right. He says what can, what can the brother do by himself? Like what would you do...

Daoud: I can't really do anything by myself. Cuz I don't have like training or anything

UCE: Right

Daoud: You know what I'm saying? Like the only thing I could do is like you know get ready, go overseas

UCE: Right

Daoud: You know I mean like I don't know how to make a bomb. I, I've seen instructions

UCE: How else, how else would you help Jihad? Our brothers with Jihad. Like if I, if I wasn't here, how else would you help the brothers in Jihad?

Daoud: I'd just prepare to go overseas. See what I mean like, cuz I was thinking before you came, you know I wanna do something here, I wanna go overseas. But I had no idea how to do anything here. So I was disappointed. I'm like okay, maybe I'll just go overseas. You know what I mean? Uh, so you can , you actually came at a convenience cuz I wanna do something here and there before

UCE: Right

Daoud: But I had like no, like no idea how, I'm like how can, you do that (UI) so the', , that', that's tu. I ca

30

Daoud: But I had like no, like no idea how. I'm like how can, you do that (UI) So that's, that's the reason why. Right. So I mean otherwise if you weren't here I'd probably just be planning to go overseas

UCE: Hm-hmm

Daoud: and although I want to do something here, I wanna [wouldn't] be able to cuz I didn't know how, how to do without getting caught, and things like that. You understand what I'm sayin? So it's like what you could do. So I, like before I wanted to something here, but I have um, I have no idea how to do it and get away with it so you know what I'm saying? So that that, that's the situation because before I wanted to do something. I told my friend about it, like listen man, you're goin to (laughs) you, you, you know, yada, yada, yada. You know just go overseas. It's much easier than you know doing that. I'm like okay I'll (UI), I can't do anything here right now.

UCE: What would you do overseas? Like how would you go over? What is your, like how could you go overseas? What would you do there for Jihad?

Daoud: No I mean like the, like open fronts

UCE: Oh you mean to like Afghanistan, and to Yemen?

Daoud: Yeah

UCE: and to... oh and you would want to fight over there?

Daoud: Right"

[See UCE audio transcript, pg. 320-321 +323, LN 1-2, at UC_004 PART 4.pdf, 8/23/12]

"UCE: So you, so, so your goal, ayour dream, if like for example, What like my sheikh asked me what if you and brother never met.

UCE: So you, so, so your goal, your dream, if like for example,
if like my sheikh asked me what if you and brother never met.
What if you, what if, you know what if I was in Afghanistan,
how can your brother help with the Jihad? How can he help with
the cause of Jihad?

Daoud: I would just, no, I just told you I would tell, I would
help him, try to get them overseas, right. And we, we would fight
overseas, that's it. You know what I mean? And we're already
coming up with plans how to get there and so on so forth. You
know what I mean? Um like for me it was like going to Medina
(laughs) you know and obviously you don't get someone over there.
Actually um, it's kinda like convenience..."

[See UCE audio transcripts, pg. 325 LN 31-45, pg. 326 LN 1-6,
at Id, 8/23/12]

"Q So are you telling me that on the day you met him, July 17th,
2012 you were convinced, you Mr. Agent, undercover specialist
whatever you call yourself. You were convinced that he was predisposed
to commit a bombing in Chicago; am I right? Is that what you're
saying?

A No, not predisposed to committing a bombing in Chicago. Predisposed
based on his online activity, Jihadist forums in support of Al
Qaeda or support of Anwar al Awlaki, but not a specific plan
or plot.

Q So you think you possessed evidence of predisposition before
you even met with him is that right?

A That is correct, yes.

[See UCE's testimony, 2019 Sentencing transcripts, pg. 360 LN
2-12, "Mudafar" i.e. UCE, cross by Durkin]

Undercover
         Agent code name

32

Compare that quote with this one,

"A The purpose of my undercover role in this case was to gather intelligence on Mr. Daoud's intentions

Q Right. That's why I asked you about (what) you know about predisposition Okay. The fact of the matter is the first goal of your operation was to learn if Daoud has an actual plan rather than just general targeting, correct?

A That was part of the goal, sure

[See UCE's testimony, 2019 Sentencing transcripts, pg. 364 LN 11-14]

You knew Daoud was predisposed and therefore guilty because he's predisposed "based on his online activity, Jihadist forums in support of Al Qaeda or support of Anwar al Awlaki, but not a specific plan or plot."

He's charged with this specific plot - his charges. If he's not here for his charges, why is he in jail? Remember, seeing if Daoud had an actual plan was only part of their goal.

"Q And this is a man you believe had the predisposition to commit this crime correct?

A Not a predisposition to commit this crime, but a predisposition towards Jihad, violent extremism, or Al Qaeda, or the jihadist forum he was on. Not necessarily a crime. There's a difference."

[See UCE's testimony, 2019 Sentencing transcripts, pg. 384 LN 2-10]

How do you know he was going to do this bombing? I don't! He's guilty because he's predisposed towards Jihad! What?

In the above quote he acknowledged there's a difference between being predisposed for Jihad and a crime. Below, he doesn't,

"Q I'm talking about as a matter of fact, there is a substantial difference from someone being predisposed to want to commit Jihad than there is to commit a federal crime under 2339(a), correct? A No that's not correct."

[See UCE's testimony, 2019 sentencing transcripts , pg. 384 LN 17-21]

Now, he said there is no difference between being predisposed for Jihad and a crime. Notice the following:

1. He already swore there's a difference between predisposition for Jihad and a crime

2. He already swore that Daoud was not predisposed for the bombing i.e. his charges, twice.

3. When he swears that there is NO difference between predisposition to "commit Jihad" and a specific Federal Offense, he swears to a different charge .

2339 (a) is Material Support to a terrorist Organization. So even if he's telling the truth in this quote, and not the other one (where he says there is a difference between predisposition to Jihad and a crime), this is the wrong crime. He's not charged with Material Support.

"Q When did the bomb get built?

A I don't know the - I don't know the exact date, but it was ready before Mr. Daoud was ready to go. So it was available. We simply weren't .... we weren't willing to go forward because we wanted to give Mr. Daoud further opportunities to walk away...

Q You, you wanted to give him an opportunity to walk away, but you wouldn't give him the fatwa that would have caused him to

[Religious verdict]

walk away from it correct?

A As I stated, earlier, sir, it is not my intention to pu$h him toward doing violent -- committing violent Jihad or to pull him away. It was simply to gather intelligence and he from his own statements and the steps he took wanted to move forward with this operation

Q Now

A [screams] He picked the ta[aa]rget...! He picked the u$e of a car bomb. He picked the date.

[See UCE's testimony, 2019 Sentencing transcript, pg. 393 LN 10-23, pg. 394 LN 1-2, Description mine. He said it ju$t like that]

How was Daoud not ready to go if all he needed to do was show up? How was the bomb ready before Daoud was "willing and ready" to commit "this crime not ju$t any crime"? If he's telling the truth here, then he ju$t admitted the FBI planned the bomb plot before Daoud was "ready."

If he's lying, and he is, then it still doesn't help him. Becau$e he said, " we weren't willing to go forward because we wanted to give Mr. Daoud further chances to walk way."

By 8/10/2012 Daoud agrees to go,
"dey killed our people now it's time we killed there's."
[See Daoud, Skype text chat with UCE MDFR/Mudafar, UC 8-10 SKYPE.pdf, pg 1 out of 12, 10:43pm]

UCE tells him they cannot do it yet becau$e it was Ramadan. Daoud says,

"no that's not right! the sahaba and many mujahideen in the past fought in ramadan!"

36

[See Daoud "adel david" skype text chat with UCE "MDFR", at Id, pg. 1 of 12, 10:42pm]

He [UCE] testified the reason for the delay was to give Daoud an opportunity to walk away. Again,

"Q I'm showing UC/ 10 Skype...

A I told Mr. Daoud that my sheikh does not support conducting a terrorist attack during Ramadan. He responded with no, that is not correct, that the mujahideen fighters did during the time of the Prophet conduct terrorist attacks or fighting during the month of Ramadan. He was upset... "

[See UCE's testimony, 2019 Sentencing transcripts, pg. 322 LN 4, LN 18-22, Direct by Ardam]

"Q this communication was on August 10th?

A That is correct

Q and do you recall when Ramadan ended 2012?

A Approximately August 18th I believe

Q Why did you say that your sheikh would not allow you to conduct an attack during Ramadan?

A This was part of the initial reason I brought up my sheikh is to give Mr. Daoud an opportunity to walk away, to cool off. And if he decides not to do it during this time period so be it. "

[See UCE's testimony, 2019 Sentencing transcripts, pg. 323 LN 5-14]

He's lying because:

1. His sheikh is a real person. He's just not a sheikh. It's his handler. Samuel Hartman would debrief the UCE with Raymundo Najera, and Hartman would take the recordings.

36

[See FBI reports

302_002-000046.pdf, 8/3/12

302_002-000022.pdf, 7/17/12

302_002-000088.pdf, 9/7/12]

2. Because the real reason he told Daoud to wait was because the bomb wasn't made yet. The bomb wasn't done until 8/22/12 as reported by FBI Bomb technicians Michael Holt and Daniel Glavach. [See FBI reports at

302_002-000324.pdf, 9/17/12

302_002-000317.pdf 9/17/12

302_001-000103.pdf, 9/17/12

302_002-000081.pdf, 8/27/12]

They requested the car to make the bomb on 8/14/12 according to FBI Report [302_002-000063.pdf]

"FBI Chicago squad CT-3 requests opperation support in support of a covert vehicle [Redacted.!] for approximately 30 days."

On 8/14/2012 Daoud still thinks they might use guns,

"adel david: but i see all these trees. you think it wud be risky to shoot at them flowers 11:28pm

MDFR: shooting is very hard. we need to practice. 11:29pm

adel david: ok 11:29pm"

[See Skype text chat at  UC 8-14 SKYPE_0001.pdf, pg 8 of 20]

If the argument is that Daoud was predisposed because he came up with the car bomb, this is a bad argument.

37

UCE had the final ~~Bay~~ say so on the target

"UCE: So where do you like would be like uh, the most...

Daoud: I want to get to like, for me I want to get the ~~mesat~~

most evil place, but I want to get a more populated place

UCE: Where, where'd you think that would be? From the li~~S~~t that

you ~~ahve~~ have so far?

Daoud: (sighs) If you get a base, if a [military] base is easier

for you. I would even recommend the base. But how...

UCE: Like how do you get to a base?

base i~~B~~s hard"

[See UCE audio transcripts at UC_004 PART 4.pdf, pg. 233, 8/6/12]

   UCE did not approve of the military base. The next meeting

Daoud brought up the Cactus Bar on 8/23/12, and UCE agrees.

[See FBI report 302_002-000097.pdf]   4/7/12 Report

38

Daoud did not pick the date

   During the last 10 days of Ramadan Daoud was staying over in
the masjid. UCE continued to communicate with Daoud on Skype
text chat. The whole time after Daoud agrees, UCE would not agree
to start the operation in Ramadan despite being the one who brought
this up to begin with [more on that soon]
"MDFR: we can drive by and pick a date and time for charity 12:16am
adel david: i thot we were gnna do it next week 12:16"
[ See Skype text chat, UC 8-14 SKYPE_0001.pf, pg.20 of 20]

   If the date was up to Daoud, why wasn't it done by 8/21/12?
"Daoud: ... You know today uh, I thought we were gonna do it
tomorrow
UCE: We have to plan brother
Daoud: Right
UCE: I'll have to get everything ready. I don't wanna do anything...
[See UCE audio transcript, UC_004 PART 4.pdf, pg. 371 LN 43-45,
pg. 372 LN 1-3, 8/23/12]

   Why wasn't it on 8/24/12?
And the bomb was ready on 8/22/12, but "everything" was not.
hmm.
"UCE: Yeah, today's Wednesday
Daoud: So Wednesday here, well I mean if you could do it today
UCE: I don't have everything, the car is ready and the bomb is
ready
Daoud: So wait, if, if I said let's do this today, could, could,
could you do it today?

UCE: No cuz I have to put the bomb in the car
[See UCE audio transcripts, at Id, pg. 446 LN 27-42, 9/5/12]

   Why wasn't it on 9/5/12? "Idon't have everything."
" UCE: Next week sometime, probably uh, late next week. Like
what day do you wanna do it so I can plan on coming and actually...."
[See UCE audio transcript, at Id, pg 454 LN 21-22, 9/5/12]
"UCE: And this Friday I can't do it cuz I'm gonna be back at
work."
[See UCE audio transcripts, at Id, pg. 454 LN 21-22, 9/5/12]
"UCE: So do you think that next week some time toward the end
of the week would be okay?
Daoud: I wanna do it as soon as possible
UCE: Okay
Daoud: So I mean like, if you, if, if necessity you know, the
the Medina thing is procrastinating so you're very lucky. I'm
supposed to go right after Eid okay. If it wasn't the arrow..."
[Eid is the holiday marking the end of Ramadan. He was already
planning on being gone]
"UCE: This is...
Daoud: ... and the waiting thing
UCE: This is, this is Allah's plan, brother
Daoud: Okay, If it wasn't for that first, Allah then that okay,
then man you would have a bomb with no like nothing...
UCE: No body to help me"
[See UCE Audio transcripts, from Id, pg. 455 LN 1-26, 9/5/12]
"UCE: Uhh, I will be back Thursday
Daoud: Thursday

40

UCE: yes

Daoud:Okay so umm...

UCE: Next Thursday

Daoud: So how many days do we have free?

UCE: I could be here Thursday, Friday, Saturday, and Sunday

Daoud: well that's perfect okay

UCE: Yeah so hopefully you'll we can do it on one of those days.

I can be here Thursday, Friday, Saturday, Sunday, and you know."

[See UCE Audio transcripts, at Id, pg. 510 LN 38-44, pg. 511

LN 1-13, 9/5/12]

The FBI Report labelled 302_002-000097.pdf. says the following:

1. Daoud and UCE "tentatively" set the attack on 9/14/2012, Friday.

But Daoud only knew it would be Thursday, Friday, Saturday, or

Sunday. How does the FBI know exactly when the attack is scheduled

and not Daoud if it's Daoud's plan?

2. The 9/5/12 meeting was Wednesday. UCE said Friday 9/7/12 he

had to work, and he really did. UCE and the FBI started "preoperation"

9/7/12 and would end at 9/12/12

Like Daoud said the day of his arrest 9/14/12,

"There has to be a reason we couldn't (UI) over time. We couldn't

do it last week, we couldn't do it 2 weeks ago, and we were waiting

for this,and now we're here."

[See UCE audio, 9/14/2012, at out_wraptwo6307438814, at 13:35-

13:46]

There has to be a reason,right? If Daoud was ready 3 weeks

ago, whose idea was it to lock him up the week of 9/11 on a Friday

night?

Remember the FBI report. On 8/14/2012 they ordered the car

41

to make the car bomb. How long did they want the car? About 30
days right? When they lock up Daoud?
[See FBI Report 302_002-000063.pdf]

Daoud was never an imminent danger to anybody

"Annex: FBI Deadly Force Policy

General Principles

1. Law enforcement officer$ of the DOJ may u$e ~~dealy~~ deadly force only when necessary, that is, when the officer has a reasonable belief that the subject of such force poses an imminent danger of death or $eriou$ physical injury to the officer or to another per$on."

[See FBI reports at 302_002-000088.pdf 9/7/12

                302_002-000022.pdf 7/17/12

                302_002-000046.pdf 8/3/12

                302_002-002-000065.pdf 8/23/12

                302_002-000097.pdf 9/7/12]

And according to the last report there were 9 FBI teams surrounding Daoud 9/14/2012. At no given time did any one of them kill or attempt to kill Daoud, even though their repeated policy is to only use deadly force when they mu$t do so. They must kill Daoud if he poses an imminent danger of death or $eriou$ physical injury to the officer or to another per$on." What's a more an imminent ~~thread~~ threat than someone actively planning Mass murder?

"Timeline

[Redact!] Chicago's Intent i$ to start OCE communication about the cou$in no later than 06/22/2012. Chicago expects to be able to introduce a UCE no later than 06/29/2012.

Surveillance Coverage

[Redact!] There have been approximately eighty (80) 8hr $hifts of physical $urveillance observing DAOUD and his actions since 05/16/2012. As of 06/25/2012, Chicago will have one (1) 8hr $hift ~~per day~~"

43

per day."

[See FBI Report 302_002-000011.pdf]

5/16/2012 to 6/20/2012 (date of report) is about how many days?
About 36 days. So about 2 shifts (total 16 hours) surveillance
was conducted on Daoud every day. Upon scheduling to send UCE
they cut this surveillance in <u>half</u>. Sounds imminent?
There was never an indication that Daoud possessed any weapons
"Officer Safety: Although Daoud's online activity is of a violent
nature, he does not have a documented violent history. There
is no indication Daoud will possess any weapons the Undercover
meeting."

[See FBI reports, at Id]

This was the case with every meeting UCE had with Daoud. Remember
this: A bomb is a weapon.

FBI's Interest in Daoud's Plan to go to school

Daoud was a proud "terrorist." He voiced support for terrorists online. He read and spread books, articles, and videos. So what? As far as an "actual plan" is concerned with regards to Daoud everything is speculation. He might have a terror cell, he might bomb something; he googled TNT, he searched if suicide bombing is halal [legal in Islamic law]. He said 9/11 was halal. These are actually really common questions when it comes to that religion. And whatever positions someone has about these things, means nothing in court without an "actual plan." The only plan that Daoud had that is not disputed by anybody is his plan to go to Madinah University in Saudi Arabia. The FBI was very interested in this plan,

"i plan to insha'Allah go to Madinah University"
[See Daoud's message to OCE "Iyad", at IDFBI_001-000090.pdf, 6/14/12]

"Iyad" claimed to live in Saudi Arabia, and said he'd visit Daoud when he made it to Madinah while saying,

"Please tell me more and in details because I have some brothers who attended Madinah University and they could help in guiding you."
[See OCE "Iyad" to Daoud, Youtube letter, IDFBI_001-000091.pdf, 6/14/12]

Why would OCE "Iyad" offer Daoud help to go to Madinah University? Does that sound like

"Q... When you say to Daoud that he can't go to Yemen by himself, why do you say that?...
THE WITNESS: Yes. Yes, your Honor. And I stated that I could

help him if that's something he wanted to do because we as the
FBI would like to have some visibility on Mr. Daoud should he
travel. And if he wants to travel he would reach out to me versus
to somebody else that the FBI would not have visibility on, and
then he would successfully travel without our knowledge."
[See UCE's testimony, 2019 Sentencing Transcripts, pg. 284 LN
14-15, LN 22-25, pg. 285 LN 1-3, "Mudafar" direct by Ardam]

"... i got like 98% of the paperwork and stuff to turn in and
insha'Allah i wanted to go to a medressah [Islamic school] to
study the Deen [religion] and they said they would be able to
get me in insha'Allah! Insha'Allah if this works out, i can insha'Allah
go after this Ramadan!"
[See Daoud's Youtube letter to OCE "Iyad", IDFBI _001-000092.pdf,
6/14/12]

"I'm very excited about your plan to move to the kingdom [of
Saudi Arabia] this summer."
[See OCE "Iyad's" Youtube letter to Daoud, IDFBI_001-000093.pdf,
6/19/12]

He's talking about studying for a long time including an interest
to master in Islamic history, Shariah , Quran, and/or Hadith
[each is an Islamic science]which total would take 10+_years
of schooling.
[See Daoud's Youtube letter to OCE "Iyad", at IDFBI_002-000032.pdf,
7/18/12]

Even after this, when they schedule to send the UCE "before
Ramadan" in their report on 6/20/2012 [FBI Report 302_002-000032.pdf],
OCE "Iyad" still tries to "help Daoud" go to Madinah,

46

"... and I wonder if you have someone here [in Saudi Arabia]
who is helping you with preparing your travel and registration
but if you want I can help in pushing your registration if you
want to ."
[See OCE"Iyad's" youtube letter to Daoud, at IDFBI_001-000130.pdf,
7/11/12]

Let's put ourselves in the FBI's shoes. Even if Daoud is not
planning a bombing; do we really want him to go to Saudi Arabia
for school? For 10+ years?
"...like shaykh anwar al awlaki. NO ONE had a problem with him
until he supported Jihad. and that is a FACT. Exactly... because
a scholar who follows his deen [Religion] is more fearful to
shayateen [Satans]... i want to be even WORSE to the americans
the usama bin laden and shaykh anwar al awlaki put together!
i want to be a great terrorist insha'Allah and be great encouragement
for Muslims to do the same!"
[See Daoud's Youtube letter to OCE "Iyad" at, IDFBI_001-0000131.pdf,
7/11/12, IDFBI_001-000132.pdf[

He wants to go to school to become a Shaykh. A Shaykh worse
than Shaykh Osama and Shaykh Awlaki put together. He's going
to school, on his way to Saudi Arabia, saying this. The FBI was
going to let him go. Really?

"and insha'Allah after Ramadan i will go to madina. PLEASE
MAKE DUA [pray] that i go!
Insha'Allah i will be knowledgeable enough  [because he's going
to Madinah University] and give inspiration to those who want
to go for Jihad and convince Muslims that fighting and dying

47

in the Cause of Allah is the way to go with pure Tawheed [monotheism]
and iklaas [sincerity]"

[See Daoud's youtube letter to OCE "Salah" , IDFBI_001-000134.pdf,
7/13/2012]

"... Insha'Allah this will not affect your trip to Madinah
so that after you are done from your Schooling here [in Saudi
Arabia] you will find a way to Join me in Syria or Yemen!"
[See OCE "Iyad's" youtube letter to Daoud, 6/24/12 Gov.ex.CCE TWO-
53 ]

Daoud responds,

"hahahaha insha Allah!!! so far i wnna go to Yemen"
[See his response at , IDFBI_001-000108 .pdf 6/24/ 12]

Should this guy be free? Should he ever See sunlight ever again?
throw him in the Dungeon, and throw away the key. The FBI had
every right to frame him.

48

The FBI Framed Daoud for the Bombing
"UCE:

Okay when we go downtown turn this radio on. Turn the switch
to on

DAOUD: yeah

UCE: To make sure everything is okay. Turn it back off. You're
gonna plug the wires

DAOUD: This should be a science fair project (laughs_)

UCE: Yeah, now you're gonna plug in the wires

[See UCE Audio transcript, UC_004 PART 4.pdf, pg. 569 LN 31-44,
9/13/12]

"DAOUD: Yeah. How do you plug in the wires? You put this here?
Like you un, you do, undo this and you put the wire here?

UCE: Exactly. Undo that. Put the Red wire in there. Undo this.
Put the yellow wire in there. Tighten it back up. Turn the switch
back on.Right?

DAOUD: You put it on?

UCE: Yeah the switch is back on. But I'm not just doing, it gets
the circuit functioning. You know what I mean?

DAOUD: yeah yeah yeah so you get...

UCE: you turn it back on

UCE: .... and you can connect it to that. That's connected to
the , to the radio

DAOUD: Okay

UCE: So this is on. That's on. So you just connect...

DAOUD: So then how do you take this off and like...

UCE: No, you don't disconnect it. You leave it just like that

49

DAOUD: Right

[See UCE Audio transcripts, at Id, pg. 570 LN 1-38, 9/13/12]

What does this exchange sound like? Doesn't it sound like Daoud
is helping UCE with connecting the wires to... the bomb? And
guess where they're at? In the car bomb. But how is that possible
when a few pages later,

"DAOUD: Okay so for the wire thing

UCE: yes

DAOUD: Are you ~~gona~~ gonna do that or you want me to do it?

UCE: It's up to you brother

DAOUD: Could you do it because I'm not experienced

UCE: No no no it's gonna be

DAOUD: With at least the wires

UCE: It's totally safe. Cause we're gonna...

[See UCE Audio transcript, at Id, pg. 574, 9/13/12]

So first he helps with the wires, then he refused to help with
the same wires. And the video is dark and hard to see. On 9/14/2012,
Daoud helps with the wires again, the same wires,

"(Begof Clip C 19:55:09)

UCE: If you're turnin... let me show you, we'll do this for you
real quick

DAOUD: Alright

[See UCE audio transcripts, at Id, pg. 666 LN 41-45, 9/14/12]

"UCE: Turn off the light . I think it'll go off in a second,
automatically. (UI) it'll go off. It's like automatic timer doors
are locked. Yeah the doors are closed. I mean

DAOUD: closed (UI)

UCE: Yeah (UI)

a

DAOUD: How about we wait until this turns off

UCE: Okay there you go

DAOUD: and patience is good right?

UCE: Yes, patience is very important. Okay. So these wires (UI).
Alright brother. There you go, right. First you wanna turn the
radio on in this one right here

DAOUD: So

UCE: It turns on

DAOUD: This one?

UCE: Yeah . Push and hold that

DAOUD Hold it

UCE: For second, yes. (beep) Okay that's on. And then make sure,
take this one make sure it's good

DAOUD: that one's good

UCE: (UI) Okay (UI) Do you wanna attach the other wire, brother?

DAOUD: I don't now how (whispers)

[See UCE audio transcripts, at Id, pg. 667 LN 1-44, 9/14/12]

"UCE: See that little hole right there. Stick inside that hole
(UI)

DAOUD: (whispers) (UI)

UCE: Right, in right there okay, do you wanna just tighten the
screw? ~~Righten~~ this up. That's good. That's good. That's good.
Then if you want you can tighten this one too.

DAOUD: Yeah. I overestimated the difficulty (UI)

UCE: Yeah. You overestimated the difficulty you can do this,
brother. That's excellent. Okay. Just don't wanna turn this on
until you come to me:

[See UCE audio transcript, at Id, pg. 668, 9/14/12]

51

Physically, it's impossible. He helped with the wires, then
he refuₜₗes, and he does the same wires the next day for the operation.

*(handwritten above "refuₗles": then)*

How? HOw does hⱼe do the wires twice? There was a Red wire and
a yellow wire in the recording. But the FBI bomb technitian says
that the "3 Red wires" were "attached ctorrectly to one connection
on the exterior of the container houßing the electronic initiation
system, and the 3 yellow colored inert electric blasting cap
wires were attached correctly to the other connection on the
container"

[See FBI report, 302_002-000324.pdf, 9/17/12]

;We're talking about 4 other wires. And in the "PHOTO_0001"
in the government exibits of the bomb there is a green wire too.
9/14's recording doesn't even mention colors and they were in
a dark car again, and it's darker this time becauße it's night.
In the previou$ly cited FBI Report, and in FBI Report - 302_002-
000317.pdf, 9/17/12 - and others, they keep saying the wires
were "attached correctly" and the "electronic initiation system"
was ~~testing~~ and it works. These same guys said they made the
bomb, so what's the significance of that?

*(handwritten above "testing": tested)*

UCE ~~syas~~ in FBI report - 302_002-000320.pdf entered 10/1/2012
that on 9/14/2012, that him and Daoud "entered the Jeep and took
the final Steps towards activating the explosives" and that Daoud
drove the Jeept (the bomb car) to Cactuß, parked, exited, and
"walked towards" the UCE "to an alley."

*(handwritten above "syas": says; above "Steps": S; above "Cactuß": ßal)*

FBI report - 302_002-000097.pdf, entered 9/7/2012, the purpose
of the 9/13/12 meeting was to familiarize Daoud with the inert
vehicle born explosive device (VBIED).

How is that so when Daoud whispered about the wires on 9/14/2012,

,"I don't know how"? How does he not know when not only did the
UCE explain it to him, but Daoud is recorded attaching the wires
the previous day?

"UCE: and you have done a great job for your first operation.
You came up, you came up with an excellent plan. You did a great
job of picking the target. You did a very good job of taking
photographs so we can see what it looks like. Insha Allah you
did a good job of finding a good place to park the car. You know
once we get there."
[See UCE audio transcripts, at UC_004 PART 4.pdf, 9/14/2012]

  How come he didn't say: And yesterday, you did a great job
connecting the wires? Or you did a good job connecting the wires.
You know once we get there. Why not?

"A [screamed] He picked the ta[aa]rget...! He picked the use
of a car bomb. He picked the date."
[See UCE's testimony, at 2019 Sentencing transcript pg. 394 LN
1-2, again, description mine]

  Why not scream, "He help me make the bomb...! He connected
the wires....!"?

  The wires were already attached but he told Daoud to twist
the yellow caps connecting the wires. Like an old light bulb
that's connected, but if you want you can twist it tighter. He
said"twist it ", put his hand over Daoud's , and gently twisted
his fingers around the cap, "like this," ; when Daoud saw how
simple the request washe twisted the 2nd cap and said, "I overestimated
the difficulty." The UCE says, "Yeah. You overestimated the difficulty."
[See Affadavit]

And the UCE was right. It's really easy to get someone's fingerprints.

And it's really easy to tamper with Audio recordings. Especially
for the FBI.   Shift of Blame

   Daoud didn't "walk toward UCE in an alley." He followed him.
"UCE: So I'm gonna walk over there and then I want you to just
drive and follow me over there [to the bar] and then you can
park the car in the uh, by the Cactus Bar and Grill. Then I'll
wait for you on the corner So we can walk back together
DAOUD: Okay
[See UCE audio transcript, at UC_004 PART 4.pdf, 9/14/2012]

   When was this ever Daoud's plan? Why is Daoud "being essentially
led around by the agents? You follow the leader. The leader doesn't
follow. Why was Daoud following the Agent?

   When was this Daoud's plan? Only on 9/14/2012 and court proceedings.
7/17/2012 (Meeting 1)
"UCE: ... because I'm gonna tell ya.... you know, one of the
things we like to do is we like to do something in America."
[See UCE audio transcripts, at Id, pg. 105 LN 42-44]
"DAOUD: I'm just saying if you need something that big.... like
okay."
[See UCE audio transcripts, at Id, pg. 112 LN 29-30]

   This was when he said the UCE and his associates could crash
20 flying cars with bombs inside into the Pentagon. The prosecutor
and UCE used that as proof that he came up with the car bomb
first, and was planning a car bombing the whole time [See UCE's
note at UC_002 PART 2.pdf, last page] [See 2019 sentence trans. pg. 462
8/6/2012 (2nd meeting)                LN 0-2]
"UCE: We would do it together, brother."
[See UCE audio transcripts, at Id, pg. 196 LN 29

54

"UCE: You , you and I will do it together... "

[See UCE audio transcripts, at Id, pg. 197]

"UCE: I want for us to get away."

[See UCE audio transcripts, at Id, pg. 176]

8/23/2012 (3rd meeting)

"UCE: Yes and you have to, you have to see it as well. You have

to... cuz you're gonna help me with this

[See UCE Audio transcripts, at Id, pg. 360 LN 39-41]

"UCE: We have to plan, brother."

[See UCE audio transcripts, at Id, pg. 371 LN 43]

9/5/2012 (5th meeting)

"Daoud:... Insha Allah, I, I , do more next time, cuz I didn't

do that much. you know

UCE: Insh [i.e. Insha'Allah - he was about to agree] - well you,

you brother you did a lot. you helped with, you, you picked the

right place. You picked the target for us. You got the pictures...


Daoud: yeah

UCE: T,hat helped a lot. Showed me the pictures and where we can

park the car. You know that was a big help... Uh I mean, you've

done a lot brother (End Clip A 17:50:49)

GPS: Approaching destination. On the left Harrison street

Daoud: So

UCE: No, you did --- I mean the hard part is tryin to find a

good target. You got a good target  for us. And you got...

Daoud: I don't know how you make a bomb in secret (laughs) I

think that sounded pretty hard

[See UCE audio transcripts, at Id, pg. 556 LN 19-44, pg. 557

55

LN 1-3]

"UCE: I need brothers; like you helped with like you said okay,
you knew a good place the Cactus Bar and Grill. You found that.
You drove over there and you saw a good place to park the car.
Right? You took pictures. Like I couldn't do that stuff. I live
in New York. I can't travel to Chicago, LA, and Miami and do
all that by myself. It would be impossible. And it's hard to
find a trusted brother. I can't just pick the phone or go to
Masjid and say hey brother who wants to help me, you know...

[See UCE audio transcripts, at Id, pg. 583 LN 1-14]

"UCE: Cuz I couldn't do this without you, brother. I can't do
this alone. I'm just one person. You know

[See UCE audio transcripts, at Id, pg. 595 LN 10-13]

9/14/2012 [Final Meeting]

"UCE: This is great. Your plan is excellent brother."

[See UCE audio transcripts, at Id, pg. 624 LN 40, 41]

UCE met Daoud in the masjid [IFS at villa park]. In that meeting
and every other meeting, ~~every form of communication~~ UCE want-
s Daoud away from the Masjid, away from everyone, to speak with
him. Daoud wanted to talk inside or right outside the masjid.
Why the secrecy?

masjid

"UCE: ... that's why I didn't wanna talk too much at the ~~masjid~~,
I didn't want... people to see us together. Cause then people
would ask you, who's that brother who's that brother?

[See UCE audio transcript, at Id, pg 96, LN 11-12, LN 16-18,
7/17/2012]

know

"UCE: I know. I want to make sure nobody see us. You ~~knwo~~ what
I mean?"

56

[See UCE audio transcripts, at Id, pg. 202, 8/6/2012]

"UCE: Stop drawing the attention to yourself... you can't afford that"

[See UCE Audio transcripts, at Id, pg. 209, 8/6/2012]

"UCE: ... I don't want um, I don't want people to you know to see us together. I don't want you to get in trouble..."

[See UCE audio transcripts, at Id, pg. 323 LN 12-14, 8/23/12]

"A No the plot -- we had no plot. Just to be clear, the FBI, myself as the undercover, we had no plot."

[See UCE's testimony, 2019 Sentencing transcripts, pg. 394 LN 24-25, "Mudafar" cross by Durkin]

By UCE's own admission,

"This is by design we do not want to teach jihadist how to build a bomb! Or planning an attack!"

[See UCE's not on UCE audio transcript, UC_004 PART 4. pdf, pg. 556, 9/13/12]

And Daoud admitted,

"O my God yeah I mention things like that or killing in front of my parents they back up the peaceful Islam train LOL my God if i did ANY kind of operation here they would pass out HAHAHAHA mannnnnnnnnnnn!!!!!! i know what you mean! I mean even going to Jihad overseas my mom is worried dat i will go."

[See Daoud's Youtube letter to OCE "Salah", IDFBI_001-000134.pdf, 7/13/12]

57

He was going to be my helper

"Q He was going to be your helper and you were going to do it; correct?

A He was going to be my helper and we were going to do it.

[See UCE's testimony, 2019 Sentencing Transcripts, pg. 398 LN 2-4, "Mudafar" cross by Durkin]

This isn't complicated if we think about facts. This was an operation. Someone planned it. There were only 2 parties: Daoud and the FBI. There are only these possibilities⁚ These are the only possibilities.

1. It was Daoud's plan. The FBI caught him

2. The FBI and Daoud planned this together. Then in that case, the FBI needs to be co-defendants in this case. Unless nobody really did a crime

3. Daoud was helping UCE with the FBI's plan. They set him up.

"He was going to be my helper"

Motives of the U.S. government

1. The FBI was looking for people to lock up who think like Daoud, and share his "ideology." Daoud calls that ideology Islam, and calls himself a Muslim. He also called himself a terrorist out of loyalty to Muslims and verse 8:60 of the Qurʼan. The FBI described him and his beliefs as "Conservative Islamic", " Islamic Extemist," "Sunni Extremist" [see Affadavit] or "Radical Jihadist."

2. The FBI wanted to stop Daoud from "Radicalizing"/"Recruiting" others, especially young people, to support Jihad

"In brief summary, DAOUD has expressed his desire to commit Jihad, die a martyr, and radicalize individuals to commit Jihad to both OCEs"

58

[See FBI report, 302_002-000097.pdf, 9/7/12]

"The overall objective is to disrupt Daoud if he is planning an attack and to dismantle any further recruiting of other individuals"

[See FBI report, 302_002-000032.pdf, 7/18/12]

"UCE: But you could do some stuff right?

Daoud: Like what?

UCE: I don't know , like, like you know, you know there's not a lotta brothers who believe in Jihad like you do

Daoud: The only thing I really do is talk to people, convince people...

UCE: Well that's good

Daoud: Pretty much ship them overseas

UCE: Okay, so that's recruiting our brothers

Daoud: yeah

UCE: ... that believe in Jihad

Daoud: Yeah. I mean I do that all the time. In terms of like actual physical like against the kuffar (i.e. disbelievers) things like that I can't ..."

[See UCE Audio transcript, UC_004 PART 4.pdf, pg. 334 LN 13-44, pg. 335 LN 1-13, 8/23/12]

And Daoud considers telling people about Jihad as Dawah (propagating others to Islam] because Jihad is part of Islam. The FBI is aware of this

"... Please continue to post nasheeds on yahoo. They are a great Daawa and propaganda tool... the Kuffar (disbelievers) are very active on youtube to discredit Jiahd and Islamic clips

[See email from OCE "Salah" to Daoud, IDFBI_001-000012.pdf, 5/14/12]

"encouraging muslims to go for Jihad is dawah"

[See youtube letter, Daoud to OCE "Iyad" , IDFBI_001-000062.pdf, 6/4/12]

"but my love for Jihad i think came from the Quran , the Seerah (Life of the prophet, may Allah bless him and grant him peace) the sahaba (hi5 complanions), and then some other stories of jihad."

[See Youtube letter, Daoud to OCE "Salah", IDFBI_001-000112.pdf, 7/3/12]

3. The FBI did not want to risk Daoud becoming a shaykh [Islamic scholar] supporting the mujahideen.

"I sent the last of the stuff to go to madina insha'Allah in ju5t waiting for them to accept me insha'Allah [if Allah will9]. the mujahideen [those who fight in jihad] need scholar9 more than anything, and that's my honest opinion."

[See youtube letter, Daoud to OCE "Iyad", IDFBI_001-000121.pdf, 7/9/12]

"DAOUD al9o expressed an interest in traveling to Saudi Arabia for further education and then to Yemen, Iran, Afghanistan, Pakistan, or Africa. DAOUD showed an interest in al - Shabaab and stated he supported the mujahideen in Yemen."

[See 4th FBI Report, 302_002-000011.pdf, 6/20/12]

"The defendant talked about wanting to go to school in Medina, but he al9o talked about wanting to go to school to become a sheikh for the mujahideen."

[See Barry Jonas, AUSA, 2019 Sentencing Transcript, pg. 465 LN 13-16]

Jihad comes from Islam, and so their third motive here directly ties to the first 2 motives

"The third goal is to stop Daoud's recruiting of younger individuals"
[See FBI report, 302_002-000032.pdf, 7/18/12]

\\ The defense doesn't address and cannot address is that the
defendant was trying to recruit other teenagers to commit Jihad."
[See AUSA Barry Jonas, 2019 Sentencing transcript, pg. 465 LN
10-13]

And at the end of the day Daoud is to blame for how he understood
Islam and Islamic law concerning warfare,

"He came to this belief on his own. As he told the OCEs and the
undercover, he researched. He read books. He viewed bin Laden
videos. He viewed Awlaki videos about killing Americans. He read
Inspire Magazine, which he said inspired him."
[See AUSA Barry Jonas, 2019 Sentencing transcript, pg. 460 LN
10-40]

And the first book was the Quran.

Part 2: the Persuation

PART 2

Legal

Inducement-Definition

"the fact that government agents initiated contact with the
defendant, suggested the crime, or furnished the ordinary opportunity
to commit it is insufficient to show inducement. Inducement means
government solicitation of the crime plus some other government
conduct that creates a risk that a person who would not commit
the crime if left to his own devices [771 F. 3d 435] will do
so in response to the government's efforts. The "other conduct'
may be repeated attempts at persuasion, fraudulent representations
, threats, coercive tactics, harassment, promises of reward beyond
that [2014 U.S App. LEXIS 44] inherent in the customary execution
of the crime, pleas based on need, sympathy, or friendship, or
any other conduct by government agents that creates a risk that
a person who otherwise would not commit the crime if left alone
will do so in response to the government's efforts."

"In Sorrell the Court found that an entrapment instruction
was warranted even though the defendant was promised no extravagent
profit for obtaining alcohol for the undercover informant; the
informant's persistent appeal to military camaraderie qualified
as a potentially entrapping inducement. 287 U.S. at 441."

"because the government's solicitation of the crime was accompanied
by subtle and persistent artifices and devices that created a
risk that an otherwise law abding person would take the bait."
[See quotes taken from US v. Mayfield, 771 F. 3d 417; 2014 U.S.
App. LEXIS 21525 No. 11-2439]

"the government not only excited the farmer's interest in sexually
explicit materials banned by law, but also exerted substantial
pressure on him to obtain and read such materials as part of

a fight against censor$hip and ~~infrigement~~ infringement of individual rights;
and (3) Congress had not intended ~~taht~~ that the detection and enforcement
processes of § 2252(a)(2)(A) should include instigation by government
oifficial$ of an act on the part of per$ons otherwise innocent
in order to lure him to its commission and to puni$h them."

"As was explained in Sherman, where entrapment was found as
a matter of law, 'the Government [may not] pla[y] on the weaknesses
of an innocent party and beguil[e] him into committing crimes
which he otherwise would not have attempted." Id, at 376, 2 L
Ed 2d 848, 78 S Ct 819"

"Criminal Law ss 21 - entrapment - government artifice and
strategem 29,26... artifice and stratagem may be employed to
catch those ❮ *pg.178❯ engaged in criminal enterprises; however,
goverment agents may not orginate a criminal design, implant
in an innocent person's mind the disposition to commit a criminal
act, and then induce the commission of the crime so that the
government may prosecute.' Annotation p.703, infra"

"After finding Jacobson's name on the bookstore mailing list,
two Government agencies sent mail to him through five fictitious
organizations and a bogu$ pen pal, to explore ❮ *179❧ his willingness
to break the law."
[See quotes taken from Keith Jacobson vs. United states, 503
US 540, 118 L Ed 2d 174, 112 SCT 1535]

FBI and Prosecutors understood Inducement

The FBI and prosecutors were clear that predisposition is the
plan, and the FBI can only catch Daoud and arrest him for his
plan; They did not talk him into this. He was doing it. We stopped
him.

Either the accused was induced or he was predisposed. Either
you caught him or you persuaded him. You can't have it both ways.

"Chicago's intent is to use the cousin developed by OCE [Redact!]
to introduce UCE - [Redact!] in an attempt to reveal DAOUD's
aforementioned 'realistic' idea."
[See FBI report 302_002-000018.pdf, 7/16/12]

"Car bomb right? He [Daoud] is confirming the use of car bomb
not agreeing. Confirming means it has been his idea/intention
all along. Agreeing means he is acknowledging."
[See UCE's comment at UC_002 PART 2.pdf, last page on sticky
note copy]

So UCE didn't bring up the car bomb or talk Daoud into using
one because Daoud was planning to use one all along.

"UCE:... and he says well are you are you putting any pressure
on him to do this? He asked me this and I said no, no sheikh,
I don't , you know, I don't want, I'm not putting any pressure
on him."
[See UCE Audio transcripts, UC_004 PART 4.pdf, pg. 316, 8/23/12]

"UCE: You can't like convince somebody."
[See UCE Audio transcripts, UC_004 PART 4.pdf, pg. 317 LN 7,
8/23/12]

"UCE: ... so he wants to make sure you're not being pressured
by anybody"

[See UCE Audio transcripts, at Id, pg. 319 LN 32, 8/23/12]

"UCE: ... and I can tell him that we're not putting any pressure on you , right? okay. Do you understand that cuz he doesn't wanna do that , he doesn't wanna force you to do something you don't wanna...

[See UCE Audio transcripts, at Id, pg. 319 LN 18-28, 8/23/12]

"UCE: ... I just want to make sure that like - I didn't pressure you to do something here because..."

[See UCE Audio transcripts, at Id, pg. 467, 9/5/12]

"MDFR: i understand. anyone involved must not feel pressure 10:54:04"

[See UCE skype chats with Daoud, UC_003 Part 3 pg. 64, 8/19/12]

"Q You're kidding, right?

A No. My job as the undercover is not to tell the subject what to do or what it is I want to do, but rather collect intelligence on what the subject would like to do."

[See UCE's testimony, 2019 Sentencing Transcripts, "Mudafar" cross by Durkin, pg. 358 LN 7-17]

"The government did not induce the defendant to try to kill hundreds of pepole in a terrorist attack. It did not persuade, threaten, or harass the defendant. Nor did it offer him any reward or appeal to his humanistic side to induce him to commit the attack."

[See Government Sentencing Memorandum, 2019, Doc #329 , Filed 4/26/19, pg. 16 of 60, pageID #:2987]

bb

FBI and Prosecutors redefine inducement

The way they do this is by redefining predisposition to being predisposed to Jihad. This is easy to see in UCE's testimony. Here he equates Jihad as a car bomb,

"A ... Referring to the car bomb or Jihad"
[See UCE's testimony, 2019 sentencing transcripts, pg. 327 LN 14]

"THE WITNESS: ... If there is predisposition to do something , and in this case a jihadist act, which Mr. Daoud expressed to me in my several meetings with him"
[See UCE's testimony, 2019 Sentencing transcripts, pg. 350,351]

A "Jihadist act" and a bomb is not always the same thing. A person can use a bomb without it being for Islam, and a person can wage Jihad without using a bomb.

Whenever the Government denies inducement, they deny it on the basis that no body induced Daoud to believe in Jihad, therefore he's guilty.

"He wanted to kill Americans because he believed they were
[disbelievers]
kuffar. He came to this belief on his own. As he told the OCEs and the undercover, he researched [i.e. Religious texts and religious opinions based on them]. He read books. He viewed bin Laden videos. He viewed Awlaki videos about killing Americans. He read Inspire Magazine, which he said inspired him."
[See Barry Jonas, 2019 Sentencing transcripts, pg.460 LN 9-14 Prosecutor/AUSA conclusion]

The final ultimatum UCE gave Daoud so he wouldn't walk away was: We only want you to come if you believe in Jihad. Daoud, to be a Muslim, has to believe in Jihad because it's part of

Islam [the Quran and Sunnah]. The Quran is the literal word of Allah. Not believing in Jihad is not believing in Allah. Denying "violent Jihad" is denying Muhammad as Allah's final Messenger, may Allah bless him and grant him peace. See  Affidavit

UCE told Daoud to only come if he was really Muslim. UCE said: Do you believe in Jihad? Only come if you believe. Daoud said: Yes I believe.

"He keeps telling the defendant my sheikh wants to know that Jihad is in your heart. Is it in your heart, and the defendant keeps saying yes, it is. I mean, I'm -- obviously paraphrasing. But multiple times the defendant says yes, it is. "
[See AUSA Barry Jonas, 2019 Sentencing Transcripts, pg. 462 LN 16-20]

"A My response to Mr. Daoud is my sheikh also wanted to make sure that this is something in your heart Jihad is not something that others can force on you or put pressure on you. He wants to make sure you have no doubt in your heart.
Q How does he respond?
A He writes back, you can tell him how I reacted when you said we cannot do it in Ramadan."
[See UCE's testimony, 2019 Sentencing Transcripts, pg. 325 LN 18-24]

"It's whether the individual, Mr. Daoud in this case, wants to follow through, and if it's in his heart to perform Jihad."
[See UCE's testimony, 2019 Sentencing transcripts, "Mudafar" direct by Ardam, pg. 350 LN 20-25]

"Well, let's just stop right there. There's quite a bit of a difference between having the predisposition to commit Jihad than

there is to commit a Federal offense, isn't there?

A It's only a religious difference in his mind..."

[See UCE's testimony, 2019 Sentencing Transcripts, pg. 384, "Mudafar"
cross by Durkin]

"A GRAND JUROR: So is it considered as enticement or is it
considered entrapment?

Q As part of the interactions with the undercover officer or
undercover agent, did the undercover agent provide opportunities
for Mr. Daoud to not be a part of the bombing?....

A The undercover wanted to ensure that Mr. Daoud did not feel
pressured and that he wanted to be part of this, and it was brought
up several different times that he would make sure that you believe
in your heart, Mr. Daoud said yes, I do believe it ["it" they
meant, was Jihad]"
                agent
[See Jeffery Parsons in front of the Grand Jury GJ_001-000001.pdf,
pg. 15]

"UCE:... and he says well are you are you putting any pressure
on him to do this? He asked me this and I said no, no Sheikh,
I don't you know, I don't want, I'm not putting any pressure
on, on my brother to do this. And he wants to make sure that
he the sheikh is not pressuring you , that I'm not pressuring
you. Cuz you know in Islam you can't force anybody.

Daoud: Right
                                                    know
UCE: This has to be in your heart, especially Jihad. You know
it's in your heart. It's something you believe in. It's something
you either believe in or you don't."
[See UCE Audio Transcripts, UC_004 PART 4.pdf , pg 316 LN 28-
45, pg. 317 LN 1-3, 8/23/12]

The UCE solicited the terror plot

"UCE: (UI) month of Ramadan (UI)

Daoud: (UI) Yemen (UI) you hear 12,000 hadith?

UCE: Yeah... I have brothers in ~~Ymen~~ Yemen we travel to ~~Ymen~~ Yemen

Daoud: somehow give me contact info

UCE: ok

Daoud: (UI) brothers in Yemen

Daoud: if you use contact info

UCE: you can't go by yourself cuz you go by - no body's gonna trust you - they're gonna think you're shia eh uh uh uh FBI or something like that you can't go by yourself

Daoud: Insha'Allah I'm able to Madinah to school (UCE:yeah) and afterwards, I mean it's right there. but someone told me there are shia in between , you know what I mean

UCE: Like when the first time I went to Afghanistan, I at first twent to Yemen, and I had people who who told the many brothers that I was coming

Daoud: yeah

UCE: and they help me study a little bit and then from Yemen I went to Pakistan and Afghanistan

Daoud: yeah

UCE: that's the proper way to do it , yes

Daoud:yeah

UCE: So if you want to travel to Yemen I can go with you, I have people there, there, we have places we go to and I trust those people. You cannot go by yourself

Daoud: Right

UCE: they're gonna hurt you. You know. What are doing by yourself.

70

All of a sudden coming from America to Yemen. But, because I know people there, because I travel there, yes, if that's something you'd like to do... of course I can help you with that brother. Like I said, during this month of Ramadan that's something that I want you to think about.

Daoud: yeah

UCE: What it is you want to do, you know?

Daoud: The only reason I , I have to think about that, it's gonna take a lot of planning (UI)

UCE: ... Yeah

Daoud: But, I was thinking like... you know I'm starting to hate this country (laughing). (UCE: yes) You know what I mean, I, I can't help but all the time I'm reading, especially Inspire. Mashallah, it does inspire me

UCE: It does, yes, absolutely

Daoud: You know they talking bout uhm... you know what things you could do here, you know?

UCE: We can, you know the... one of the reasons I came back to the U.S. just a couple months ago was because, since the Americans are leaving. We wanna make sure they leave...

Daoud: and stay gone

UCE: ... And, and stay gone, and you want 'em to leave with disgrace, with dishonor as losers

Daoud: yeah

UCE: And, please don't tell anybody this brother...

Daoud: yeah, yeah, yeah, okay

UCE: ... because I'm gonna tell ya... you know, one of the things we like to do is we like to do something in America ..."

The UCE asked Daoud to think about what he wants to do for
Islam/Jihad during the month of Ramadan. This is the first meeting
. He keeps repeating that, think during the month of Ramadan...
Daoud ends up asking for contact info for Muslims brothers involved
in the Jihad in Yemen. UCE says sure - I'll help you go there.

Daoud says he has to think about it. Remember his post cited in his criminal complaint, 5/29/12 on dinhaqq.info, he stated that he personally thought after reading Yemen's based Inspire magazine, that it would be easier and more rewarding to fight with the Mujahideen in Yemen than to do a terrorist attack in America to support Islam and Jihad.

He said going to Yemen, going there, would be easier and more rewarding, but when UCE says he could help him go there, he says he has to think about it. When Daoud mentioned Inspire's otehr other suggestion to do attacks in the west, UCE latches on that and solicits him; even though by UCE's admission Daoud talked about these things a lot.

UCE: "We thinking of Chicago we're thinking maybe parts of Los Angeles a big city but again--"

"Daoud: If you need ideas, I'm I, I , I think about ideas but I don't like have anything like you know what Imean?

...

Daoud: I think, come up , give me some ideas or something [Daoud's repeating the UCE's request]

UCE: Yeah and just write down some of your ideas

...

UCE: no no no write it down on paper and then you can give me your ideas and really our goal is to do something in Chicago or LA

Daoud: I think I wanna go overseas I wanna go overseas but I wantto do something here at the same time because

UCE: before we leave - yes! cuz i want them to

Daoud: but I don't want to be so open they take me before I can

Daoud says he has to think abou t

go alright [i.e. he's talking about not doing a terrorist attack
because it would get him arrested and stop him from traveling]
.... [He brings up flying cars]

Daoud: Kinda like a video game when you [UCE: ahhh!] put the
flying car cheat

UCE: Uh huh...!

Daoud: Allah Alim [Allah knows best]. But if you have to come
up with an idea for example, like 9/11 was planes (UCE: yes...)
planes kinda expensive (UCE: yes...!) kinda hard to hijack (UCE:
I know I know...!]

Now this might be expensive the flying car but I'm very sure
that it it's less expensive than a plane. All you need to get
it is a pi pilot license (UCE: yes...) and a car license maybe
and to buy, like you can probably get like like 20 of those and
like hit it to like where ever buildings you want

UCE: In Chicago you think?

Daoud: It I'm not saying which place I'm just saying if you have
a target like for example like the Pentagon or something like
that (UCE: yeah...!) if you have a target in general any target
ok then you can get 20 of those it'll be much cheaper than getting
like 5 airplanes ok or jets or whatever right and and you you
could just put better like bombs there and you you could totally
do that (Yeah...! /UCE) It's an idea but obviously probably try
the the car first before actually doing anything (laughing)

UCE: yeah I think, or just try a regular car before we try (a
flying car) (Daoud: Well I mean obviously)

Daoud: the people who know like I'm assuming that the people
going inside know how to use a car and a plane. They should know

74

how to fly a plane and know how to fly a car.

UCE: Uh uhh um it might be a little suspicious if you had something
like that. You know what I mean ~~beeasue~~ because it would stand out. I
mean that's an idea. Think of about other ideas that maybe that
we can that would be maybe less expensive

Daoud: I'm just saying if you need something that big. Like ok.
[Quotes written by writer, and transcript from audio file 7-17I.WAV , 1:37-
5:02, 6:34-8:19, government exibit, first meeting clip of 7/17/12]

  The prosecutor said about this, "Flying cars is not crazy or
ridiculous. They are real.... the defendant talked about putting
bombs in flying cars and the UCE switched it when the defendant
talked about bombs and cars and made it a car bomb. Then they
went from there."
[See AUSA Barry Jonas, 2019 Sentencing transcripts, pg. 464 LN
13-16]

  It's worth listening to the Audio to fully understand this.
The parts I put in ( ) here are parts where UCE and Daoud are
talking at the same time, Daoud is talking very quickly and UCE
has been listening to mostly Daoud for over an hour. Through
the conversation, unbeknownst to Daoud, the UCE is moaning and
groaning out of frustration. Even once in the transcript it says
"loud traffic" but it was just the UCE's anger. You get a better
idea about his thoughts from his notes about the same meeting.
Quotation marks are UCE's notes:
"I'm walking away, listen to audio for sound of key..."
Daoud: I just, uh just text me man
UCE: Okay I'll text you brother
[See UCE audio transcripts with notes, UC_004 PART 4.pdf, pg.

93]

"saying goodbye. Walking away!"

UCE: It was very nice to meet you brother

Daoud: Okay Salam alaykum

[See UCE Audio transcripts, at Id, pg. 97 LN 28-30]

"Walking away? Sound"

[See UCE Audio transcripts, at Id, pg. 98, this is why a lot
of the audio is muddled at this part because he was about to
get up and leave several times and it messed with the  recording
device]

"Walking away. Walking away."

UCE: Thank you brother, it's very nice to meet you brother (UI)

Daoud: Okay

UCE: Just think about , think about during the month of Ramadan
where you like to be...

[See UCE Audio transcripts, at Id, page 102]

   Then UCE's first solicitation of the actual plot is on page
105 of the cited transcript. Be honest when you answer the following
question. Based on the information just cited, do you think:

A: The FBI caught Daoud confessing his plan. He was going to
buy 20 flying cars, fill them with bombs with his friends, and
crash them into the Pentagon. The UCE just switched it to a regular
car bomb and helped arrest him

or

B: Daoud talked "90% of the time" for almost 2 hours to someone
he really thought was friendly because -- he wanted to talk to
somebody? Then the UCE got mad when he talked too much and rushed
to solicit him? 7

UCE solicits car bomb idea to Daoud, and won't accept guns

The next meeting was on 8/6/12. Daoud doesn't come up with ideas about how to actually do an attack. He gives UCE a list of targets, most of them in Chicago [See UL 8.6 NOTE] because UCE emphasized Chicago as being a place of interest. He talks about the targets. His ideas. That was it, or so he thought  See Affidavit

UCE: So do you think brother... that you can help me with these[the targets] with the...

Daoud: I will try uh... I want to go after this. Right after this Ramadan, Medina. I'll be outraged [i.e. if i don't go] I wanted (uI) . The mujahideen need scholars and I thinking like in between like them... I could talk to people and give Dawah to people where I am

UCE: Right

Daoud: and I could also schedule attacks like I , I come here uh, I'm supposed to be here at least like uh, one fourth of the year.. it's like 3 months

UCE: yes

Daoud: and I can , if I could get away with it... I could, I could do something here and then go back overseas and go and come back and forth. You know what I'm saying?

UCE: yes

Daoud: I could do that. I could give Dawah to some brothers I could help them and what to do next. You know what I mean?

UCE: WOuld you want to... would you want to do something before you go to Medina in Chicago?

Daoud: Man, that would be amazing, but uh, I, you kknwo know it's like what's ny role? you know I don't , I like I have a lot of

weaknesses. I don't know how to use a gun. I want to but the
(UI) if supposed to help me. He's really been procrastinating
(laughing) so uh , masha'Allah [Allah has willed] I mean
[See UCE audio transcripts, UC_004 PART 4.pdf, pg. 194-195 LN
1-8, 8/6/12]

"Daoud: The thing is I don't mind ~~taht~~ that much as long as it's
something uh, under like my capabilities. You know it's very
small capabilities right now.

UCE: We would do it together brother

[See UCE audio transcripts, at Id, pg. 196 LN 24-30, 8/6/12]

And then UCE pushes for the bomb.

"UCE: The other option is as you said, is to go with guns that
uh, you know, shoot people, kill people with the guns, but then
there's a chance that we might get captured

Daoud: The thing is... I think the best way is uhm, the guns
is more hard to get away with. Unless you use a sniper.

UCE: Uh huh

Daoud: You have more of a chance of getting away. But uhm, yeah
I mean get snipers go from far away, and you keep them where
you can see them, and go to where they graduate. But they wouldn't
hear you say Allah akhbar, and that's a problem

UCE: I know that's the problem

Daoud: No uhm... I think the easy but uh, if you get a bomb.
I don't know , uh, this is the thing... that's why I need your
help. I have no idea how to do an operation and get away with
it.

UCE: I can if you still want to do a bomb operation, I can build
a bomb?

Daoud: ...<u>obviously</u> <u>make</u> <u>the</u> <u>plan</u> <u>first</u> <u>then</u> <u>start</u> <u>proceeding.</u>
<u>You</u> know what I mean?

UCE: Yes, we would have to plan it right. (UI) for example. say,
if you want to use a bomb. For example, uh...

Daoud: Well you know even uh... even if you use guns... if you
, it doesn't matter like what you do

UCE: But what's our best chance to getting away, right?

Daoud: Uh huh (laughing). I don't like dogs..."

[See UCE audio transcripts, at Id, pg. 221-222, 8/6/12]

They end up talking about <u>cats</u> when UCE brings up the plot
again. Daoud "obviously" didn't have a plan at this point (see
above).

"Daoud: But uh, my friend, uh, I was at his house... he used
to ... he used to abuse his cat man. He threw his cat at me.
He threw it. Alright, and uh , it tried to uh, you know, not
fall down, but it scratched me. Uh, I forgive the cat because
it was a necessity. Okay, you know. This scratch was like that.
Little like that

UCE: Little bit, huh?

Daoud: just that, I'm like whoa, that's nothing. Why are people
hating cats for? Why you think they're so innocent. They didn't
do anything. This thing can't hurt you. These regular white scratch
started turning red. Puss started coming out, and then my hands
started getting swollen

UCE: swollen, whoa oh

Daoud: I'm like wow. That's why people hate cats... [pg. 101,
8/6/12] ⠄⠄

~~UCE: (laughing)~~

Daoud: Yeah I was like oh, that's why people hate cats

UCE: (laughing)

Daoud: Like God (UI) Now just imagine if that was in my face.
I'm like (UI)

UCE: Oh, that would hurt

Daoud: Like oh this is nothing. It was, oh my God (laughing)

UCE: That would absolutely hurt

Daoud: Yeah. Oh my God like humdulillah [all praise is due to
Allah] it wasn't my face. (UI) me. Yeah, and I uh, hurt this
all the time I'm like

UCE: I know

Daoud: yeah

UCE: So from the list of community centers...

Daoud: I have to uhm, I, I really need experience on this. You
have to, I think you should pick which places you could really
get away with the most...

UCE: (UI)

Daoud: ... the easiest. Like something that's like easy for you
a walk in the park. Well, a small park. A big park is kind of
a little hard to walk through if you have any... (laughing)

UCE: yes

Daoud: Uh it should be that easy for you, okay?

UCE: I think it it will be and I think if we do this together...

Daoud: Insha Allah

UCE: ... and I could you know, you mentioned a bomb and recruiting
center. I could build a bomb, you know, but I need help getting
it there, you know what I mean? I can't do it all by myself

Daoud: Get some materials

UCE: No, no... if you could help with the materials I have to
, I mean, because some of the materials I have to , you know,
see exactly what materials I have and what materials I need.
If you could help with getting some of the materials and then
if we could see if you want to help. If we do like a car bomb.
Daoud: uh okay
UCE: Car bomb, right?
[See UCE audio transcripts, at print out transcript 8/6/12, pg.
102-104]

Pause. That's where the UCE notes, "Car bomb right? He[Daoud]
i§ confirming the use of car bomb not agreeing. Confirming means
it has been his idea/intention all along. Agreeing means he is
acknowledging."
[See UCE's note at UC_002 PART 2.pdf, Last page sticky note]
continue.

UCE: Car bomb right?            that
Daoud: But could you do ~taht~ without like staying inside of it?
UCE: Yes, cause we would...
Daoud: or you could park it and go somewhere
UCE: yes. That's what we'd do so we need help
Daoud: I want, I want to borrow your your car for a day. Hey
where you going
UCE: No
Daoud: (laughing) (UI) I'll bring it back it a few days
[See UCE audio transcript, at Id, pg. 104, 8/6/12]

 "Q Let's talk specifically then about whose idea it was to
come up with the car bomb. Would you go to the 8/6/12 transcript,
page 103

8 |

[See UCE's testimony, 2019 Sentencing transcript, pg. 395 LN 11-13, Cross by Durkin, "Mudafar"]

"A No. No. If you could help with the materials, I have to - I mean because some of the materials I have to, you know, see exactly what materials I have. What materials I need. and if you could help with getting some of the materials, and then if we do, for example, we could see if you want to help. We - if we do like a car bomb"

[See UCE's Testimony, at Id, pg. 396 LN 6-11]

"Q That's you telling Daoud on August 6th, 2012 that we the FBI, unbeknownst to him the FBI, we, you the terrorist, and your cohorts want his help if we do like a car bomb, correct?

A Yes

Q And then when you mention a car bomb, Daoud says -- and I'm looking at 104 now, the top of the page -- but could you do that without like staying inside of it -- inside it? Isn't that what Daoud said?

A Yes

Q That's how much he knew about car bombs, correct?

A He didn't know he could do it without staying inside of it
"

[See UCE's testimony, 2019 sentencing transcripts, pg 396 LN 23-25, pg. 397 LN 1-8]

   Compare ~~taht~~ that to,

"Q and in this meeting isn't it true that he does not want to participate in a martyrdom operation? [also called a suicide mission]

[See 2019 Sentencing transcripts, UCE's testimony, direct by

8 2

Ardam, pg. 414 LN 24-25]

" That is correct , yes"

[See UCE's testimony, 2019 sentencing transcripts, pg 415 LN 1-2]

"A GRAND JUROR: Was it ever Mr. Daoud's intention to take his life also with this bomb?

THE WITNESS: No. From the conversations that he had with the undercover he did not want to do a martyr operation."

[See Grand Jury Testimony of Jeffrey Parsons, pg. 15-16, GJ_001-000001.pdf]

Daoud was planning <u>this</u> <u>attack</u> "all along" using a car bomb; he was predisposed. No body persuaded him to use a car bomb; He was <u>not</u> induced. He did <u>not</u> want to do a suicide attack. He did <u>not</u> know you could use a car bomb without blowing yourself up. That's how we know he was planning to use all along. Make that make sense. He was going to blow himself up in a flying car bomb <u>before</u> going to Madinah, Saudi Arabia to study. See. He had Inspire Magazine.

"A Mr. Daoud picked the target and picked the weapon as a car bomb and the date and time of the operation"

[See UCE's testimony, 2019 sentencing transcripts, "Mudafar" redirect by Ardam, pg. 418 LN 21-22]

"Q ... Do you remember the prior questions from both the government and me about the meeting on the 23rd?...

Q Isn't it a fact that towards the end of that conversation Daoud told you like, the thing is I don't even know how we started talking about it... you remember that?

A I remember making a comment during that meeting, he doesn't

recall the exact moment where we began talking about his plan"

[See UCE's testimony, 2019 Sentencing transcripts, pg. 418 LN

p̄g. 404 LN 14-16, LN 18-22, LN 23-25, "Mudafar" cross by Durkin]

MR DURKIN: I'm I'm talking about 8/23/12 transcript page 126

MR. DURKIN: Line 41

Q: Do you remember him saying like like that's the thing. I don't

know how we started talking about it?

A I remember him saying that, yes, sir.

Q And you said it just happened,

A Yes sir

[See UCE's testimony, 2019 sentencing transcripts, pg. 410 LN

7-8, LN 10, LN 15-19, "Mudafar" cross by Durkin]

   "Q ... All I have is ideas and crazy fantasies. That's all

I have. He said that to you didn't he?

A He did say that

[See UCE's testimony,2019 sentencing transcript, pg. 412 LN 13-

16]

Fantasies are out of reach of the Government

See ☒. pg. 7 (Predis)

of this memo

9/14/2012

"UCE: I'll show you right now. And so when you come out with,
with the Jeep, you drive this way, I'm gonna be walking so I'll
show you. As I walk you just, you know, walk, following go in
that direction

Daoud: So you walk and I follow you almost?

UCE: Yes. ...

[See UCE audio transcript, 9/14/12 print out, pg. 41 LN 12-41]

" Daoud: But they [Al Qaeda, in videos] never mentioned that
women are halal [lawful, Islamically] to kill. The only, the
only brother mentioned that I'm like wait a minute, they also
pay taxes and vote. You know. So that's a good... Oh so this
is just like Palestine?[Note: in Islamic law women in Palestine/Israel
are considered enemy combatants because they have 6 months mandatory
military ~~territory~~ training. Normally women in Islamic law are considered
noncombatants]

UCE: Yes

Daoud: Well that kinda makes sense because you know these are
like Israel's best friends

UCE: Absolutely

Daoud: yeah

UCE: They're the same. They're the same

Daoud: Except they're like a different religion. Like well they're
both atheists in a, in a sense. You ~~knwo~~ know what I'm sayin?

UCE: Yeah, a monster with two heads

[See UCE audio transcript, 9/14/12, Id, pg. 43 LN 18-42]

"Daoud: Cuz I don't, I don't know where I'm going. So it's
better you lead. But I'll, you'll be here. So you already know

where you're going. Probably check every like 30 seconds ~~taht~~ that
I'm behind you

UCE: Sure absolutely, I will check brother

[See UCE audio transcript, at Id, pg. 45 LN 16-24]

  "Daoud: Then you only go to the Jeep, then you turn everything
on, then you show me which is the direction box(UI) (laughs)
(so i can see where I'm going), so then you show me where to
drive. Then I'll drive there and I'll park it right there. Insha
Allah [if Allah will]. Al hamdu lillah [all praise is due to
Allah]. I'm feeling more comfortable."

[See UCE transcripts, audio, at Id, pg. 45 LN 36-44]

  "Daoud: And keep reviewing the plans cuz my memory sucks, my
navigation sucks. There's a lotta disadvantages, I mean like,
you know, Insha Allah [if Allah will]

UCE: The car that you have, right you have the right faith, you
have stone faith. You believe and you are willing to make sacrifices

Daoud: Yeah , if i didn't believe this I would run right now
(laughs)

UCE: Let's park this car right here brother

[See UCE audio transcripts, at Id, pg. 47 LN 20-34, 9/14/12]

UCE: You can press. Do you wanna press the button brother?

Daoud: I wanna press the button with you

[See UCE audio transcripts, at Id, pg. 50 LN 41-44]

UCE: Now it's ready to go, trust me. It's ready to go, brother.
It's ready to go

Daoud: Okay so now what's the plan?

[See UCE audio transcripts, at Id, pg. 51 LN 15-19]

  "Daoud: So now it's time to park the car?

UCE: Yes, now we're gonna go park the car, yes. (UI) Alright brother. So this is what we're gonna do. Okay.

[See UCE audio transcript, 9/14/12 at Id, pg. 51 LN 15-19]

[See UCE audio transcript, 9/14/12 at Id, pg. 51 LN 29-33]

<u>Inside the Bomb Car</u>

UCE: So I'm gonna walk over there and then I want you to just drive and follow me over there and then you can park the car in the uh, by the Cactus Bar and Grill. Then I'll wait for you on the corner so we can walk back together (UI)

Daoud: Okay

[See UCE audio transcript, 9/14/12 at Id, pg. 51 LN 43-44, pg. 52 LN1-17]

UCE: Well yeah, no make sure -- this is the uh, this is the uh, this is the stick, that's (UI) park, drive, reverse

Daoud: Okay, I should be okay. My seatbelt is on (UI) (laughs) You walk there?

[See UCE audio transcript, 9/14/12 at Id, pg. 52 LN 35-41]

UCE exits the Jeep, and while he's walking, Daoud is following him while driving because he already lost where the bar was even though they were right next to it[more on his lack of navigation skills soon]. Then Daoud follows UCE a block or 2 away after parking the Jeep in front of the bar. They hold the remote at the same time.

[Redacted....!:

UCE: Press the button again, brother

UCE: HOW DID THEY KNOW???!?!?!?

SEE AFFIDAVIT]

UC: Hey, hey, hey, hey, hey, keep your hands up, keep your hands

87

UM: Hey hey hey hey , keep your hands up, keep your hands up.
Keep your hands up

UCE: Your Sahaba [companion/friend] DID you tell your Sahaba
about this?

UM: Hey be quiet

UCE: Did you tell your Sahaba

UM: Be quiet

Daoud: No

UCE: He's the one who told on us did you tell him? Then how did
they know? How did they find out?

[See UCE audio transtript, 9/14/12 at Id, pg. 53, last page,
LN 12-29]

No Way Home

Daoud has horrible navigation skills. When he says, "My navigation sucks," what does he mean?

Daoud didn't ask for a car. Daoud's dad gave him a car to share with his sister to drive to school.

Daoud only knew how to drive to IFS - Islamic Foundation School - at Villa Park. His school and masjid. He didn't know street names, and only knew one route by how it looked. Anywhere else, if he wanted to drive there, he needed a GPS system.

Daoud met UCE at that masjid. UCE wanted to talk to Daoud away from the Masjid. Daoud followed him to the meeting location. When he took pictures of the bar he used his GPS system to get there, 8/25/12 after the 3rd UCE meeting.
[See FBI report 302_004-000001.pdf]

All the places where UCE met Daoud was close to the Masjid, but Daoud still needed help to and from these places. Once he dropped his gas card at the Walmart parking lot and UCE had to go back and get it for him.

File#      Text Messages

780159Q Brother did i leave a shell gas card in ur car?

8/23/12 18:51:24 [Daoud]

7801717130 No brother. Nothing in car

8/23/12 18:52:35 [UCE]

7801722Q Usure? yellow gas shell card? [Daoud]

Shiz man icant find it ibrought it w me. make dua [pray] ifind it make sure is not in the car.
cuz if it is in there i can take it frm u now

8/23/12 18:56:22 [Daoud]

7801642Q I just checked all inside the car. Nothing. Did you check all your pockets

89

8/23/12 18:56:22 [UCE]

7801560Q I did but my pocket is half ripped sumtymes i drop things
im looking now in between and inside the seats

8/23/12 18:57:07 [Daoud]

7801808Q Im driving back to parking lot to check

8/23/12 18:58:50 [UCE]

7802054Q I see it on the ground

8/23/12 18:59:51 [UCE]

7801543Q I got it. I will wait for you here.

8/23/12 19:00:46 [UCE]

7801580Q Jazak Allahu khair! Dude do uknow the address of date
place? Is where im at at ur way home brother?

8/23/12 19:01:58 [Daoud]

  Daoud needed the address to put in his GPS, if he was going
to meet UCE there

7802012Q Do u want me to meet u there or the masjid

8/23/12 19:03:19 [UCE]

7801529Q If u go to the masjid dat wud be bttr. Udnt have to
go inside u cud just go by it. Thank u So much!!!!!! [Daoud]

7801575Q Be there in 5 min [UCE]

8/23/12 19:05:01

8/23/12 19:04:04

7802056Q Jazak Allahu khair SO SORRY MAN

8/23/12 19:05:01 [Daoud]

[See also pg. 419 in UCE audio transcripts UC_004 PART 4.pdf
8/23/12]

  On 9/5/2012 Daoud's GPS system broke.

7894220Q Brother can u come back here my gpsisnt working!!!

9/5/12 15:10:04

7894338Q 5 min brother. U can follow me

9/5/2012 15:11:46  [UCE]

By the time it was 9/12/12 and 9/13/12 Daoud's GPS was ~~stick~~
still broken.

"adel david: and right now i dnt have a gps so... 2:41pm

piece of dog poo i swear itstopped working for no reason    2:49pm

MDFR: that i5 ok. we can meet at the masjid and i will drive

it to vi5it them. I can drive you back to the masjid    2:50pm"

[See UCE skype text chat, 9/12/12, UC 9-12 Skype, government
exibit print out]

"UCE: You think it would be easier if you ju5t follow me to

maybe not the Walmart maybe it's too far. maybe like to uh, to

a parking lot close by?

Daoud: But I don't have a GPS to get back to the car

UCE: No I'll drive you back though

[See UCE audio transcript, 9/13/12 print out , pg. 35 LN 11-19]

"UCE: No, no, what we're gonna do is tomorrow I will pick you

up, in that car, from the Masjid. You can drive your car, follow

me the Walmart parking lot. We can park it there. You can leave

your car there. You can jump in my car

[See UCE audio transcript, 9/13/12 print out, pg. 33 LN 3-9]

What would happen if Daoud didn't pu5h the button? Daoud didn't

bring hi5 phone when UCE drove him downtown Chicago. Now what?

[See UCE audio transcript, 9/14/12 printout, pg.6]

Thi5 scenario was under "contingencies" for the FBI's plan

~~on~~ (or) 9/14/12. The third contingency was that if Daoud didn't pu5h

the button, UCE would "abandon Daoud" and take the bomb car "to

a predetermined destination" and claim Daoud was "a spy."
[See FBI report 302_002-000097.pdf, 9/7/12]

Downtown Chicago, 30 minutes away from home, he was no idea
where he is. How would Daoud go home?

The 3 priorities

About the 8/6/12 meeting UCE testified,

"Q In your meeting did he tell you any requirements that he would
for a target was chosen?

A Yes. He suggested three priorities for Mr. Daoud. One was that
they wre able to successfully get away. Two, to inflict mass
casualties, as many people as possible. And three, to ensure
that the people understood this was done by Muslim extremists,
and that it made international news."

[See UCE's testimony, 2019 Sentencing transcripts, pg. 311, "Mudafar"
direct by Ardam]

These "3 priorities" were actually used by UCE to entrap Daoud.
UCE promises Daoud over and over they'll get away, and that the
attack would be successful. In all actuality, these were some
of the main reasons why Daoud was never going to do a bombing
to begin with. He wasn't going to do a terrorist attack with a bomb,
or otherwise, because he didn't want to go to prison before he
could go to the Islamic University of Madinah. He also worried
for his parents if he went to jail. Even if he wouldn't get caught
as UCE promised, there would be no point in killing 3-12 people
or even hundreds of people if people didn't know who did it or
why. The purpose of these attacks is to tell America to stop
bombing Muslim people in other countries. Daoud agreed with this
noble cause and its supporters, but he didn't want to go to prison
and not accomplish the goal which was to protect other people.
He felt he could better accomplish this goal by doing what he
was already doing for years before he discovered the modern Mujahideen,

which was to further his education in Islam. He saw everyone
including scholars being scared to preach Islam properly on what
the Religion says about the just war God named Jihad, and other
controversal issues. People are scared to openly disagree with
the Government about these things. Daoud grew a love for reading
books and being outspoken even if what he said was against status
quo, popular opinion, or government interests. He cannot become
a scholar though if he starts bombing people.

I promise you #1:We will not get caught

"Evidence ss 980 - entrapment - predisposition

   5. With respect to the defense of entrapment, evidence of a
predisposition to do what was once lawful, is not, by itself,
sufficient to show a predisposition to to do what is now illegal,
because there is a common understanding that most people obey
the law even when they disapprove of it

   Annotation: p.703, infra"

[see Supreme court, Keith Jacobson vs. United states 503 US 540,
118 L Ed 2d 174, 112 SCT 1535]

   In this case which was found to be entrapment as a matter of
law, Jacobson's "Bogus Penpal" promised him,

"[W]e have devised a method of getting these to you without prying
eyes of U.S. Customs seizing your [503 US 547] mail..."

   Jacobson bought child porn when it was legal. When it was illegal
he didn't buy more, until the government induced him. One way
they did that was making the above promise.

   So even if somehow Daoud used WMDs legally it wouldn't be enough to
prove predisposition because generally people obey the laws here even
never even made or attempted. What about this case, where Daoud

94

if they disagree with them. What about this case, where Daoud ~~now~~
never even made a bomb before, try to make a bomb before, let
alone attempt to use one?

Clicket or Ticket. If you can't do the time don't do the crime.
Are these moral considerations? Why didn't the police just say:
" Be a good citizen, yeah! Because this is a lot less effective
than practical considerations. If the threat of prison time works
on a person, who are the police to whisper in your ear: Do it!
- you won't go to prison-? Is that fair? The UCE thought so.
"Daoud: See that's the thing I always think I wanna go overseas,
I wanna go overseas. But I wanna do something here at the same
time, bec--
UCE: Before we leave, yes!
Daoud : ...Right
UCE: cause I want the to...
Daoud: but i don't wanna be so open that they take me before
I can go alright (laughing)
[See UCE audio transcripts, UC_004 PART 4.pdf, pg 107 LN 31-45,
7/17/12, first meeting]
UCE: you you and I will do it together. So we're not going to
get caught
Daoud: So, you know
UCE: I , I swear
Daoud: ... how not to get caught?
[See UCE audio transcripts, at Id, pg. 197, 8/6/12 second meeting]
"UCE: I don't want your parents to suffer and I want you because
you're a good [Muslim] brother and you believe. I want for many
years... not just one suicide attack and that's it

95

[See UCE audio transcripts, at Id, pg. 201-206, 8/6/12]

"UCE: I promise you one, we're not gonna get caught

Daoud: Insha Allah

UCE: and we're not gonna be nowhere near the bomb. No one's gonna be able to uh, connect it to us

Daoud: right

UCE: No one's gonna know

[See UCE audio transcripts, at Id, pg. 453 LN 3-14, 9/5/12, 4th meeting]

UCE not only promised Daoud he wouldn't go to jail but he promised no consequences whatsoever. Daoud didn't have to do anything besides take pictures of the bar from the outside·hardly better than a Google-Street pho^td and show up at the Masjid for UCE to take him downtown and push the button.

It's crazy how UCE mentions suicide bombing. Mind you, Daoud supported suicide bombing as a legitimate Islamic war strategy. So why didn't he agree when UCE tried to recruit him to be a suicide bomber?

"UCE: I know.  It's explosives obviously you smell all that. You can tell usually before they go they have this peace. You know cuz we always we'll recording

Daoud: Yeah

UCE: You know so, it's just and to have this peace. It's almost as if you can see taht they're going... [to paradise]

Daoud: Really, you feel peaceful?

UCE: Yes, it's kinda...

Daoud: (laughs)

UCE: But people would think that like they would get nervous.

96

Daoud: I would, yeah!

UCE: But they don't THey have this peace and you talk to 'em.
You almost feel like you, they're already in heaven. Their soul
is already in heaven, just a body's gonna be... that's how calm
they are"

[See UCE audio transcripts, at Id, page, 175, 8/6/12]

Daoud didn't agree to a suicide attack because, among other
reasons, he still had plans to go to school. And I don't think
his parents would like that. When Daoud wouldn't agree to a suicide
mission, UCE just adjusted the plan to where Daoud would agree.
He did not want Daoud to walk away.

Before moving on, look at this post Daoud put on dinhaqq.info,
a pro Jihad forum,

"I know but i could also go to jail for using the software and
they gave tips not to get in trouble but i don't feel confidant
at the moment that i will use the software and keep them from
knowing..."

[See post on Dca_001-000090.pdf]

The software here is called "Asrar al Mujahideen" and this
was something Daoud read from Inspire Magazine. It's a software
that they recommended to send the mujahideen encrypted messages!
But they warn that you may be arrested for having it on your
compouter, and tips to avoid detection,

"Before we start talking about that, it is important to note
that
taht getting caught from the intelligence services for using
this program will most likely end you up in prison."

[See INSPIRE issue 2, pg. 58 out of 74]

So if Daoud wouldn't download a software from Inspire magazine

out of fear of jail, it's hard to imagine he'd make a bomb.
Max Casualties and International News

"The government did not induce the defendant to try to kill
hundreds of people in a terrorist attack. It did not persuade,
threaten , or harass the defendant. Nor did it offer him any
reward or appeal to his humanistic side to induce him to commit
the attack."
[See Government Sentencing Memorandum, Doc #329 Filed 4/26/19
page 16 of 60, PageID #: 2987]

For a reward or enticement to be "humanistic" or even moral
is not a condition of inducement.

"The preinvestigation evidence - the Bare Boys magazines -
merely indicates a generic inclination to act within a broad
range, not all of which is criminal."
[See Keith Jacobson vs. United States 503 US 540, 118 L Ed 2d
174, 112 SCT 1535, pg. 7 under syllabus]

And this is a case where the magazines themselves are the
crime - child pornography - that's not predisposition in  a case
for child pornography - but reading Inspire Magazine, which is
totally legal, is proof for Daoud's predisposition fors these
charges, according to the U.S. government.

"(b) the strong arguable inference is that, by waiving the
banner of individual rights and disparaging the legitimacy and
constitutionality of efforts to restrict the availability of
sexually explicit materials, the government not only excited
the accused interest in sexually explicit materials banned by
law, but also exerted substantial pressure on the accused to
obtain and read such materials as a part of a fight against censorship

98

and the infringement of individual rights."

[See Id, pg.4]

Supporting Al Qaeda, Bin Laden, Awlaki, or Just Jihad is too broad inclination. One book used against Daoud is entitled <u>44 Ways to Support Jihad</u> by Shaykh Anwar al Awlaki, may Allah have mercy on him. Many of these things are legal, including learning Arabic and making Islamic songs (nasheeds). These are the 44 ways:

1. Having the right intention

2. Praying to Allah to award you with martyrdom

3. Jihad with your wealth

4. Fundraising for the mujahideen

5. Finanacing a Mujahid

6. Taking care of the family of a Mujahid

7. Sponsoring the family of a Shaheed (Martyr)

8. Sponsoring the families of the prisoners of war

9. Paying your Zakah to the mujahideen *yearly charity*

10. Contributing to the materials needs of the mujahideen

11. Providing Moral support and encouragement for the mujahideen

12. Defending the mujahideen and standing up for them

13. Fighting the lies of the Western Media

14. Exposing the Hypocrites

15. Encouraging others to fight Jihad

16. Protecting the mujahideen and preserving their secrets

17. Praying for the Mujahideen

18. Following the news of Jihad and spreading it

19. Spreading the writing's of the mujahideen and their Scholars

20. the issuance of Fatwas supporting the mujahideen *Religous verdicts*

99

21. Providing the scholars and Imams with information and news about the mujahideen

21. Providing the scholars and Imams with information and news about the mujahideen

22. Physical fitness

23. Arms training

24. First aid training

25. Learning the fiqh of Jihad [Islamic jurisprudence] of Jihad

26. Protecting the Mujahideen and supporting them

27. Developing the Aqeedah of Walaa and Baraa [Islamic concept of Loyalty and Disavowal - Loyalty to Allah, His Messenger, and the believers, diavowal from Satan, disbelief, and disbelievers]

28. Fulfilling our responsibilities toward the Muslim POWs

29. WWW Jihad [supporting Jihad online]

30. Raising our children on the love of Jihad and the mujahideen

31. Avoiding a life of luxury

32. Learning skills that would benefit the mujahideen

33. Joining groups that work for jihad

34 Spiritual preparation

35. Guiding others to the scholars of truth

36. Preparing Hijrah [to migrate where you can better practice Islam]

37. Giving Naseehah [sincere advice] to the mujahideen "the mujahideen make mistakes and have shortcomings and need to be given naseehah"

38. Studying the Hadiths of fitan [lit. trials i.e. of the End of times]

39. Exposing Pharaohand and his magicians

100

40. Nasheeds [Islamic songs]

41. Boycotting the economy of the enemy

42. Learning Arabic

43. Translating Jihad literature into other languages

44. Teaching others about the characteristics of al Taifah al
Mansoorah [lit. The saved sect, or the Victorious Group]
"The Messenger of Allah [saaws] says: A group of my ummah [nation]
would continue fighting, obeying the command of Allah, defeating
their enemies and they would not be harmed by those who are against
them until the hour starts (the Day of Judgment)" (Related by
al Hakim and he stated that the hadith is authentic)

   Another illustration of the kind of stuff that's used against
Daoud for this plot is The book of Jihad. A book written before
America even existed. Awlaki had a commentary also used as evidence
, on the same book. His summary does the book justice,
"Dear brothers, this is a Islamic study course. And we'll be
studying a clasical book. This book was written by Ibn Nuhaas
in the 9th hijri century. So that's the 14th century, in the
Gregorian calander. So it's an old book. It would be therefore
600 years old. That's when the book was written. Now the book
is exclusively on the topic of Jihad. Why are we talking about
such a topic? Number one because this is an interval part of
Fiqh [Islamic jurisprudence]. Open any book of fiqh, you'll find
understanding Islam
(Basic)
Kitab al Jihad. So it's part of fiqh. And it's a very important
part. HOwever because of the circumstances today it has became
became
a
very obecure issue. The issue of Jihad has accumulated

101

many misinterpretations, many confusions so even though it's such an important principle but it's not clear in the minds of everyone. When I say everyone I mean Muslims. And that's why we want to go study an old book rather than a new one. Because with the Salaf, the old Muslims, most likely they would have it right. Unlike al -khalaf (new generations of Muslims] who amongst them you will find an accumulation of different influences. Now I want to state in the beginning and make it very clear, that our study of this book is not an extortation or an invitation to violence or promotion of violence against an individual or society or state this is a purely an academic study. We're studying a book that is 600 years old. Written by one of the ulema (scholars) of As-Salaf (early Muslims). So that is the extent of what we're doing -a purely academic study of an old traditional book.

The book itself is written in the way that was followed by our old scholars, and that is the chapter would start with Ayatul Quran (verses of the Quran) related to the topic, and then it would go on to mention the ahadith (narrations) of Rasulullah, sallahu alayhi wa sallam (the Messenger of Allah, may Allah bless him and grant him peace) and then he may quote some of the statement -s of the scholars. So the comments of Ibn Nuhaas himself (author/compiler) in his book are very few and far in between. However whenever he does make a comment and SubhanAllah (Glory to Allah) his comments are very concise and to the point"
[See Shaykh Awlaki's commentary on Mashaari... aka the Book of Jihad, 2959659.mp3, 1:01-4:32]

Even when they use Inspire Magazines that Daoud had against him is stretching it. 5 out of the 9 issues do not have bomb

instructions [see INSPIRE issues 1,3,5,7, & 8] & some of
those issues don't even have the "open source Jihad section"

on how to do any violence [see INSPIRE issues 3 and 7]. Inspire

has all kinds of Islamic articles and they are well written. Take

this section from the first issue about stopping Global Warming:

" This is a message to the whole world about those who cause

climate change and its dangers - intentionally and unintentionally

- and what we must do."

[See INSPIRE 1.pdf "The way to save the Earth" by SHaykh Usamah

bin Laden, may Allah have mercy on him]

The Cause of Allah is described like this by Shaykh Anwar,

may Allah have mercy on him,

"The image which we should be trying to convey to America is:

'America, if you attack us, we will attack you, if you kill some

of us, we will kill some of you'"

[See Anwar al Awlaki Al Malahem Interview [FULL] at 14:22-14:37]

Another example of this interview ;

"My message to the Muslims in general and to those in the Arabian

Peninsula in particular is that we must all participate in this

Jihad against America. Today, it is America who is leading the

international Crusade against the Muslims. America today is the

Pharaoh of the past. We must all take part. Wwe have a glimmer

Muslims  waiting J had

of hope in this small handful of Mujahideen in Afghanistan, in

Iraq, and in Somalia, who managed to bring the U.S. army to its

knees. Due to this Jihad, the U.S. economy is reeling today.

If this small handful of Mujahideen have managed to defeat America

imagine what would happen if the entire Ummah [Muslim nation]

rose up? America cannot confront the entire Ummah. America is

too weak to do this. America's plots are weak, weaker than a

103

spider's web. America cannot confront this Ummah. All we must
do is take part with our brother Mujahideen and support them
orally physically and financially as much as we can. This is
the obligation upon us today. America seeks to put an end to
Islam and Muslims, but Allah will protect His Religion and He
will defeat America with these Mujahideen. We ask Allah Almighty
to give us a share in this reward."
[See Id, 43:22 - 44:58]

   "HOst: We start this interview on the topic of the huge American
and generally Western Media hype about you, accusing you of being
involved in 14 cases in America, Canada, and the UK. What is
the truth about these claims, which the media is spreading and
what is the cause of this campaign against you?
Shaykh Awlaki: The reason behind this campaign is that I am a
Muslim who calls to Islam. The accusation is that of incitement:
that I incited Nidal Hasan [may Allah free him], and then Umar
Farooq [may Allah free him], and now these other things which
you mentioned. The common denominator of them all is that I incited
them. Incited them to do what? Incited them towards Jihad, incited
them to the Islam which Allah Almighty revealed in His Quran
and the Sunnah of His Prophet. [May Allah bless him and grant
him peace]. This is the accusation. America today does not want
an Islam which calls to Jihad, which calls to the governance
of Islamic Law or which calls to Wala and Bara [Alliance and
Disavowal]. It does not want these aspects of Islam to be mentioned
or propagated. Rather it wants an American Islam, a liberal ,
democratic, peaceful, and civil Islam as they stated and propagated
in some reports such as the one published by Rand. Today we have

104

have a Fiqh [here, understanding of Islam] of pride and demand
for justice, and we also have a fiqh of humiliation and a culture
of subjugation. A well known official in the CIA saidif a Mullah
[Shaykh] Umar stands up against up against us - we will bring
out a Mullah Bradley... it's an American name. In [other] words
he said if you have your truthful scholars, we also have ours,
but they are fake."
[See Awlaki, at Id, 2:36-4:25]

   These are summaries that the Shaykh himself made in a 45 minute
interview which is used against Daoud because he watched and
uploaded it on his Youtube Channel "MajahidNIGGA." It has a great
appeal , reasonably to any Muslim. Awlaki is talking about defending
Muslims who are being slaughtered unjustifiably by America, and
others like them who feel they can do whatever they wish to people
because they are foreigners. He talks about all kinds of support.
You can speak out against America. What's wrong with that? Even
if you are too scared or you're unable to directly partipate
in the Struggle, you can support the Mujahideen with your prayers,
you can support them with your speech. Why does the government
have to be right about everything? They are not right. I think
those terrorists are really on something. I support them. Why
can't I say that? Like Judge COleman said: If I read the magazine,
am I guilty? This is crazy. THink about your religion. You  don't
like my religion. but it's ok, you can hate me and tell me so
it's your right. I respect that. But just think about it do you
want the FBI or CIA standing next to you to interpret the Bible?
Do you think as a Muslim, I appreciate that the Government wants
to interpret Islam for me? That they want to sit next to me while

I read my holy texts, and say: no no no. you can't read that
that's against us. Make an interpretation, a new and false interpretation
that sounds real, about why this part of your religion isn't
really against us. And I say : NO actually according to the scriptures
and how they are meant to be interpretted your enemies are really
following true Islam. THen they lock you up. What right does
the American NONMuslim, Infidel, Nonbelieving government, which
claims to be secular, what right do they have to interpret by
my beliefs? Why can't you take your Shahada , become Muslim and
understand and propagate Islam that's not apologetic, humiliating,
but rather propagate your beliefs with pride, dignity, and against
Government agendas? In this interview and other speeches Awlaki
talks about this a lot. Like, "Battle of the Hearts and Minds"
he talks about Rand Coporation - a think tank that works for
the government openly spelling out how they want to change Islam,
and that if the Muslims don't change their religion, we will
force them to. This is a real issue, and it doesn't matter if
you don't like Islam or terrorists or not. The same idea can
be applied to any belief system. Right now it's easy to make
these cases, pass these laws, because right now, we are talking
about Daoud, terrorists, and evil anti America towel heads. BUt
the concept can be applied to anyone.

Awlaki, may Allah have mercy on him, was a scholar of Islam,
and it's hard to knock what he says because he always has the
book in his hand when speaking. American President barack obama,
ordered his assination with a drone strike. The American government
sent another drone strike and killed, murdered his 15 year old son,
and shortly after that killed his baby daughter, and they were

American citizens. Struck down one by one. I have to agree with

And neither does Daoud _

this? I don't. Why can't I say that? Awlaki is called a terrorist

and an extremist today, but in 100 years he might campaigned by all Musl

or                                                                                                        ms

as a champion of Islam and even free speech and religion because

his Religion

he died preaching Islam. Martin Luther King Jr. was called condemned

, put in jail, and murdered, and people were calling him an Extremist.

Today he has a national holiday. "Never trade freedom for security,"

Ronald Reagon.

Like most Muslims, Daoud also hated America's "Foreign Policy"

against his people. He would also watch a ton of videos of this.

The whole beginning of the "State of the Ummah" by Al Qaeda shows

Z

Americans, zionists, Russians, Serbs, etc slaughter and abuse

Muslim people. Daoud on his channel had films on Chechnya, for

instance, which aren't even fighting  America, but Russia. On

American policies, take this clip for example,

Because

"I begged and cried but he held my mouth because of the group

with him and then a man came and said to them: are you finished?

and then he raped me too. And then the 2 star officer put his

hands on my breast and said: hey , you have a nice breast. Isaid:

I can't, and he put me in a small room with a machine gun and

then the 2 star officer came and told her leave her to me."

[ See Daoud's Youtube history, BB_001-0002858.flv - Iraqi's woman's

interview about her experience dealing with the U.S. military]

Started from 1:56 of the video, continued is part of a speech

of an ex-U.S soldier,

" I asked my buddies, well you know we're here to find weapons

of Mass Destruction and they laughted at me. And I said well,

you know, we're here to help the people, and they laughed at

me, and so people talk about these people killing American soldiers
in Iraq- they're terrorists! They're not terrorists. They're
wearing sandals. And they got an AK, and they got 14 year old
boys building bombs to kill these American soldiers because we've
killed their family. I was ordered to kill those people."
[See video at Id]

The Government has the audacity to use Nasheeds - Islamic songs,
to prove that Daoud was planning the bomb plot they came up with.
A good illustration is the "terrorist nasheed" translated here's
some of it's lyrics:

I am a terrorist

I look at the hills of hittin [Where Salahuddin saved Jerusalem] during the crusades

I am a terrorist

I terrorize the enemies of the Deen [Islam, the Religion]

BY sword, by fire

We repel the plots of the Evil doers

And Allah, the Vanquisher

Gives Victory to the Righteous forces

They [our enemies] killed and committed treachery and oppression
and explosions

So today woe, woe to the aggressors"

It starts with a short speech by SHaykh Abdullah Azzam, may
Allah accept him and have mercy on him, quoting the Quran surah   as a Martyr
8 verse 60: Prepare what you can against them from power, and
from steeds of war, in order to terrorize the enemies of Allah
and your enemy" The Russians invaded Afghanistan and called the
Muslims who resisted "terrorists." How can the U.S government
use his speeches against Daoud, when they claimed to have helped

108

the Muslims win that war? Shaykh Abdullah Azzam, may Allah have mercy on him, said: the Russians are right! We are Terrorists! I found it, it's in the Quran! Daoud used "terrorist" and identified himself as a terrorist, but not because he's going to bomb something or do a terrorist attack. Terrorism, as in terrorist attacks, is something that Muslims used, and he supported. But Calling yourself a terroist, the way Daoud did, is just to say you believe in terrorism against aggressors to defend Justice. An Islamic terrorist is someone who terrorizes the enemies of Islam in a way that would please God.

An example of this , as far as what he believed in , can be found in this chat he had with UCE on skype,

"adel david: dey take our lands, steal from us. mutilate our children rape our women imprison and torture w THE EVILEST METHODS to our soliders and all in the name of Shaytaan [satan] dajjal [the anti-Christ, Jesus, may Allah bless him and grant him peace, is our Messiah too] and Taghoot [other tyrants and false gods ] and den tell us we cannot fight we can't do anything we have to be a good citizen, etc  11:12pm

COMPLETELY INSANE and shayookh [islamic scholars, shaykhs] are backing dem up    11:13pm

What are we supposed to do, just wathc    11:13pm

watch    11:13pm

You either have to be in peace w us (like pay jizya, or have agreement) ur one of us, or we fight you!    11:16pm

MDFR [UCE] yes this is the agreement that our sheikh should talk about not passports    11:17pm

passport is a way to control you    11:17pm

adel david: Allah says in the Quran if we didn't have you put
in check all those peoples of the earth there will be corruption
in the earth. SUBHANALLAH [Glory to Allah] LOOK HOW TRUE THESE
WORDS ARE

MDFR [UCE] yes das a real agreement i don't care what my passport
says       11:18pm

[See UCE skype chat at UC8-19 SKYPE_001.pdf, pg. 21-22]

   The only time Daoud hesitated for a moral reason was when a
shaykh [Amir Saeed] told him among other things, that his passport
served a treaty not to hurt Americans.

   He said it would be sinful. 8/14 , FBI already ordered the
car for the car bomb. Look earlier in this discussion,
"adel david: like do you know anyone who studied for maybe 11
years or more?      10:04pm

...

MDFR [UCE] yes I know my sheikh knows them      10:04pm
[See UCE skype chat, at Id, pg. 10]

   He asked multiple times,
"adel david: but can you get a sheikh who studied just as much
or longer dan the sheikh who talked to us telling us the real
fatwah [religious verdict]?      10:18pm
or me the real fatwah      10:18pm
MDFR: our sheik usam bin laden gave his fatwah and he knowsmore
about jihad than any sheikh in america      10:19pm
my sheikh studied more than 11 years and he has seen what jihad
is and how the kufars fight      10:20pm
[See UCE Skype chat, at Id, pg. 12]

And before UCE induced him, this situation caused Daoud to hesitate,
See -



DEEN AL HAQ — THE VOICE OF KHURASAN

> منتدى > User Control Panel > Private Messages > Sent Items
> Salamu Alikom; Ramadan Karim

Welcome, Saqr Al-Islam
You last visited: 25 Minutes Ago at 04:24 PM
Private Messages: Unread 0, Total 4;

| User CP | New Posts | Search ▾ | Quick Links ▾ | Log Out |

**Your Control Panel**

Your Profile
Edit Your Details
Profile Picture
Networking
Contacts & Friends
Settings & Options
Edit Avatar
Edit Signature
Edit Email & Password
Edit Options
Edit Ignore List
Private Messages ▾
List Messages
Send New Message
Track Messages
Edit Folders
Subscribed Threads ▾
List Subscriptions
Edit Folders

**Private Message:** Salamu Alikom: Ramaden Karim

**Recipients:** AbduLHaQQ — DAOUD  *(handwritten)*

● 2 Days Ago

**Saqr Al-Islam** ☼ — FBI Agent  OCE TWO  *(handwritten)*
Junior Member

Join Date: Jan 2012
Posts: 3
SandraKein: 0
Thanked 38 Times in 3 Posts

🔲 Salamu Alikom Ramadan Karim

Brother, Aadel, this is your brother Iyad, insha'Allah you are doing well. Is eveything ok with you. you mentioned that you are worried about your security! khair insha'Allah what is going on with u, brother? let me kno.
Fi aman Allah

your brother Iyad.

**Quick Reply**

Message:

kno.
Fi aman Allah

your brother Iyad.[/QUOTE]

GOVERNMENT EXHIBIT

OCE TWO DH 3

111



Profile Privacy
Edit Profile Picture
Networking
Contacts & Friends
Settings & Options
Edit Avatar
Edit Signature
Edit Email & Password
Edit Options
Edit Ignore List
Private Messages ▾
List Messages
Send New Message
Track Messages
Edit Folders
Subscribed Threads ▾
List Subscriptions
Edit Folders

**Saqr Al-Islam** ● FBI
Junior Member

Join Date: Jun 2012
Posts: 3
JazakAllah: 6
Thanked 10 Times in 3 Posts

Re: Salamu Alikom; Ramadan Karim



Quote:

Originally Posted by **AbduLHaQQ** DAOUP
*Asalamu alaykum*

*yes, recently i have been doing iteekaf. ima make this message short insha'Allah, and i have talked to a few people about jihad and now people here are concerned, and i think there were a few spies here too. they said one or more people want to call homeland security on me. pray for my protection please.*

*masha'Allah though i am very happy for you. you sound excited. i Hope i get to experience what you have in terms of fighting training etc. may Allah give your family patience*

wa alikum alsalam, brother Aadel, FBI
May Allah SWT accept your siam and 'itikaf in this holy month of Ramadan. I'm very excited for you to think of jihad as it is a major pillar of our deen especially in this holy month of Ramadan. As for spies, they are everywhere indeed. Just be careful who u talk to. I've seen your youtube channel and your messages in youtube and I found that there's nothing to worry about as far as jihad. everybody is talking about jihad in the open, so don't really stress yourself much plus u have some margins of freedom there, I mean in america. brother, what is homeland security? is it like our mabahith in the Arabia? if you intend to do something for the cause, you can consult your brother here because we have our experienced mashaykh and they can guide you to do it safely. be brave, brother and remember that this dunia is only a temporary place for us as Muslims. our ummah has been humiliated on the hands of the americans and still is. keep in touch and consult me about your plans. you need to trust the brothers who you talk too and make sure they have the same iman about jihad that you have. I think this forum is more safe than youtube to communicate. As you know, brother I have put my life on the line for jihad, and while writing to you I have my Ak 47 on my shoulder. our group is yet still in the back lines but we've done a lot so far. we are protecting women and children passing into Turkey. pray for our safety. we are going to move to Idlib suburbs soon where the real fighting is taking place. I'm excited for you brother that you r thinking of jihad. May Allah protect you and save you and blind the eyes of the infidel enemies from seeing you. Ramadan kareem insha'Allah.
Fi aman Allah
Your brother Iyad

Forward | Reply

---

**Quick Reply**



Message:
A B I U A ▾
message short insha'Allah, and i have talked to a few people
about jihad and now people here are concerned, and i think
there were a few spies here too. they said one or more
people want to call homeland security on me. pray for my
protection please.

112

 



TO  FBI

Welcome, Saar Al-Islam.
You last visited: 27 Minutes Ago at 04:24 PM
Private Messages: Unread 0, Total 4.

| User CP | New Posts | Search ▼ | Quick Links ▼ | Log Out |

**Your Control Panel**

Your Profile
Edit Your Details
Profile Privacy
Edit Profile Picture

Networking
Contacts & Friends

Settings & Options
Edit Avatar
Edit Signature
Edit Email & Password
Edit Options
Edit Ignore List

Private Messages ▼
List Messages
Send New Message
Track Messages
Edit Folders

Subscribed Threads ▼
List Subscriptions
Edit Folders

**Private Message: Re: Salamu Alikom; Ramadan Karim**

■ 5 Hours Ago

AbdulHaQQ ●       DAOUD
Member

Join Date: May 2012
Posts: 38
Thanked: 35
Thanked 179 Times in 38 Posts

1. Re: Salamu Alikom; Ramadan Karim

Asalamu alaykum     *

your messages mean so much to me. Jazak Allahu khair. Ramadan kareem, that's so awesome man masha'Allah i hope Allah lessens your fears, and that you have a lot of fun killing the enemies of Allah and saving the Muslims from them. I talk a lot so people overheard me you know what im saying? homeland security is like a government service that makes sure the place is secure and it can basically send me to prison or something Allah alim. I'll pray for your safety insha'Allah. Yes i have someone that can help me do work here but now I don't think i can for now because I think now im on the homeland list or at least now in people's watch more than before so maybe I should stay low. may Allah accept your islam and your prayers and your jihad too

Ameen may the infidels and apostates (like spies) have blind eyes seeing me.

your brother aadel

btw, one brother here even got a shaykh to change my views. So do you know any shayookh with you that can answer my questions? i would like to talk to shaykh that isn't censored by the U.s government or any government. Jazak Allahu khair

↩Forward | 🔒Reply

**Quick Reply**

Message:
Allah lessens your fears, and that you have a lot of fun killing
the enemies of Allah and saving the Muslims from them. I
talk a lot so people overheard me you know what im saying?
homeland security is like a government service that makes
sure the place is secure and it can basically send me to

113

IDFBI_001-000183

That was Daoud telling FBI's OCE "Iyad" that he wasn't going
to do the plan anymore out of fear of getting arrested. OCE "Iyad "
and UCE "Mudafar" do nothing but egg him on. "Iyad" offered him
a fatwah on these things in June and Daoud asked him again for
the Fatwah which he never gave.

The writer doesn't agree with the U.S government giving any
fatwah. But one thing they are not supposed to do, legally ,
they are not supposed to provoke him or incite him for the plot
they created. BY 11pm Daoud agrees with the agent in the skype
chat, who kept adding   fuel to the  fire, which were Daoud's
anger over legit greviences.

"UCE: It's gonna be big news. I promise you , brother"
[See UCE Audio transcripts, at UC_004 PART 4.pdf, pg. 452 43-
44, 9/5/12]
Daoud: Okay, so how many people?
UCE: It's not gonna be 5 or 12. It's gonna be maybe
Daoud: Insha Allah
[if Allah wills]
UCE: ... hundreds of people
[See UCE audio transcipts, at Id , pg. 464 LN 36-41]

"UCE: It'll be on a Friday night with hundreds of people there...
and then when you push this button..
[See UCE audio transcripts, at Id, pg. 571 LN 34-41, 9/13/12]
"UCE: (laughs) You know we're gonna kill a hundred people
Daoud: At least 100 people
UCE: At least, yeah, that's like at least a 100 people and we're
gonna injure a lot more
[See UCE audio transcripts, at Id, pg. 573 LN 5-12, 9/13/12]

114

"UCE:... hundreds of people, insha Allah are gonna be dead. All
these kuffars are gonna be crying, and it's gonna be like
Daoud: yeah
UCE:... it's gonna be like 9/11. Like the the craziness you saw
on 9/11 on TV...
[See UCE audio transcripts, at Id, pg. 579 LN 27-35]

   "UCE: They will finally remember. They will suffer the way
we have suffered."
[See UCE audio transcripts, at Id pg. 592 LN 8-9]

   "UCE: yeah but it's gonna be destroyed and all those people
are gonna die
Daoud: How many people do you think are here?
UCE: Oh, in there, insidethe restraunt, and the building at least
200 people brother"
[See UCE audio transcripts, at Id, 9/14/12, pg. 657 LN 38-45]

   "UCE: In a few months there's gonna be good news. Insha Allah
we're gonna defeat the Americans and they're gonna come home...
[from Afghanistan]"
[See UCE audio transcripts, from Id, pg. 357 LN 42-45, 8/23/12]

   Why do you think the bomb was 1000 pounds? It wasn't Daoud's
idea.

   "Q Okay. In this case the ultimate inert bomb that was constructed
was a thousand pound car bomb, is that right?
A That is correct
Q Why that -- why was that the bomb that was created?
A Partly because that is essentially the most amount of supplies
we can put in a vehicle. And you couldn't fit much more than
that. But also I wanted Mr. Daoud to understand how devastating

this bomb would be...

And I expressed to him in several instances the number of bodies the number of dead people, the destruction, the building that would be destroyed so he could ~~viualize~~ visualize and understand that this will be a devastating explosion. That there will be... people will be killed, and again, with the possibility that he would then take that information, comprehend it, process it, and walk away...

[See UCE's testimony, 2019 Sentencing transcripts, "Mudafar" direct by Ardam, pg. 352 LN 8-25]

You picked the biggest possible bomb, why?
"Q Well why didn't you just tell him that it wasn't proper under Islamic Law or under the hadiths or under anything else?
A Because... everyone of those people who did not agree with Mr. Daoud and his his interpretation of violent Jihad his response was ~~taht~~ that they are wrong. I am right. I am no longer going to listen to them.

So if I were to say the same thing, ~~taht~~ that my sheikh and I do not agree with his interpretation of violent Jihad, he would then turn away"

[See UCE's testimony, 2019 Sentencing transcripts, "Mudafar" cross by Durkin, pg. 377]

"A .. Since he didn't express to me any specific operational plans, but just in general his views on Al-Qaeda and Jihad I wanted him to ~~ocntemplate~~ contemplate if he wants to do anything in regards to helping the brothers, and I didn't wwant him to feel any pressure from me or anybody else. So I asked him to think about it on his own during the month of Ramadan, if he wants to help the

116

brothers in any way"

[See UCE's testimony, 2019 Sentencing transcripts, pg. 281 LN
25, pg. 282 LN 1-7]

So in other words, he didn't have a plan, and you wanted him
to make one.

"Q Did the meeting continue?

A yes, the meeting continued

Q  Why

A  He wanted to keep discussing his views about religion or Al
Qaeda
~~QEDA~~. He just wanted to discuss his views on these topics further

[See UCE's testimony, 2019 Sentencing :Transcripts, "Mudafar"
direct by Ardam, pg. 282 LN 11-16]

What UCE meant to say about this first meeting  was - Daoud
just wanted to tell me his plan to use a suicide car bomb before
traveling overseas. I'm sorry, a FLYING SUICIDE  car bomb.

Consider this idea,

"A... And he can spend time alone, on his own accord, write anything
down that he wishes so there's no pressure from me."

[See UCE's testimony, 2019 Sentencing transcripts, pg. 382, "Mudafar"
cross by Durkin]

UCE wanted Daoud to be alone to write plans, and alone to take
Photos
~~phots,~~ in order not to pressure him, BUT not during the operation.
Why not? It's a fake bomb. UCE instead, remained with Daoud till
the moment of his arrest. Daoud and UCE held the remote at the
same time when Daoud pushed the button. If that was a real bomb
it would have already exploded while UCE was ~~also~~ still holding the
detonator. Then UCE let go of the remote and said to Daoud, "Push
the button again brother." [See Affadavit]. Take the UCE's logic,

117

Let him write alone so we don't pressure him. Let him take photos alone so we don't pressure him. Let him do the operation alone so we don't pressure him. But Daoud <u>didn't</u> do the operation alone. So: Don't let him do the operation alone so we can pressure him.

Part 3: the Criminal Design

about the notes and photos and apply it to the bombing. ~~UCE~~ pressured
It was their plan all along ~~Daoud. That's inducement, not predisposition.~~

The 7th Circuit court of Appeals said FISA has no age limit,
so let's do this:

a. Daoud's life

September 1993 He's born with a Palestinian father, and Egyptian
mother

1999 6 years old. Plays video games. Loves Mortal Kombat. Attends
public school

2001 7 years old. Doesn't understand 9/11. First attempt to fast
Ramadan. Gets low grades. Goes to summer school

2003 9 years old. Parents give him Quran translation. Doesn't
comprehend much

2004 10 years old. First time he finished Quran translation.
Comprehension still low. Starts praying 5 times a day. Attends
Muslim Sunday school. Becomes addicted to Nintendo and Playstation.
Loves Cartoons [#1 the Simpsons]. Loves America. Goes to Egypt
first time. Pyramids suck. Age of Discernment [women are interesting]

2005 11 years old. Can't find Palestine on map in school. Learn
why. Hate Israel.

2006 12 years old. Loves South Park [watches more cartoons].
Hates America whenever realized they're killing Mullim people.
Disagrees with 9/11 but understands motive. Attends Muslim Saturday
school

2007 13 years old. First listen to Awlaki Cds: "the Hereafter"
and "Lives of the Prophets" series. Awlaki is still popular and
considered a mainstream and moderate Muslim preacher. Daoud had
intentions on becoming a defense attorney. Older brother can't

120

end addiction to drugs. Last year Daoud attends public school.
The discovery starts with 7th grade report card

2008 13-14 years old. Attends Islamic Foundation School (IFS)
full time. School under surveillance. 8th grade. First makes
posts on his Youtube account "Adelown"

2010 16 years old. Downloaded all Islamic lectures from kalamullah.com
onto an ipod. Exceeds 2000 mp3 files. Includes all Awlaki lectures.
Likes music for the first time [starting with Michael Jackson,
started getting into Heavy Metal]. Reads life of the Prophet
Muhammad for the first time, may Allah bless him and grant him
peace.Inspires him to read more about history and religion. Reads
the Bible and the GIta. First thoughts of going to Madinah to
study.

   Decides not to go to college and become a comedian instead
of a lawyer
[See EMAIL_001-003203.pdf, 11/22/10, "i have an ipod 30gb black
　　　　　　man is filled with Islamic lectures LYK TWO THOUSAND
AUDIO"]

2011 17 years old. Changes profession choice from a comedian
to a professor on Islam. Then again to an Imam [aka sheikh ,
shaykh, mullah, scholar]

   Decided to go to Medressah i.e. Islamic school after High school
for 5+ years. Makes plans and ultimately succeeds in graduating
High school a semester early the following year. He did this
as part of his attempt to attend a 6 month intensive Arabic course
in Canada to be ahead of his studies.

   Finds out music is sinful. Listens to nasheeds instead. Eventually
almost completely cuts down from video games and TV because it's

121

a waste of time. Watches super long Conspiracy theory series
"the Arrivals." Consequently , searches for and watches Osama
bin Laden for the first time. Stopped studying conspiracy theories
and starts studying the GLobal Jihad. Quickly becomes a supporter
because what they were really preaching as opposed to what he
heard about them, was completely in line with Islamic religious
texts.

He learns after becoming a supporter of Al Qaeda, that his
favorite shaykh growing up, Anwar al Awlaki, also joined Al Qaeda.
2012 Made Powerponit project for a book report for Current Events,
senior year, "The Osama bin Laden I Know," and the time of making
this report, he's a supporter of Bin Laden, but still thinks
9/11 was an inside job by the U.S. government. Gets an A+.

Thinks of his options for Medressah, ends up getting a chance
to get accepted to Madinah University.

Doesn't know that civilian targets are condoned by Al Qaeda
until reading Inspire Magazine. He was more into their battles
with Russian and American soldiers. Concludes 9/11 was not an
inside job by the U.S. government, and was Islamically justified
to defend Muslims who were being killed by America and its allies
in Muslim countries. Eventually concludes that Islamic law doesn't
have a class for civilians, and that suicide bombing is Islamic
if done for the right reason. Keeps studying religion and religious
law.

Gets accepted to Madinah University a week before being arrested.
1/21/11 YTUBE_001-0000048.pdf, pg. 116. Daoud tells "Qwertyfshag"
about wanting to go to Medinah
4/24/11 EMAIL_001-003064.pdf, YOU HAVE TO BE THAT OLD TO BE

122

A PROFESSOR "He tells teacher

4/30/11 YTUBE_001-0000048.pdf, pg. 113 12:44pm, sent "Qwertyfshag" link to Arabic school in Canada

5/6/11 EMAIL_001-002965.pdf - Information of being an Imam.docx - Daoud sends that document to himself

5/16/11 EMAIL_001-003604 - sends "America paper" for school, "so read this and read it clear I don't care what the government says. I love Al Qaeda, I love Taliban, and I love Osama bin Laden; and I don't care who says I'm crazy because there's something I love too, in the Bill of Rights that Americans fought the government for and this right is called Freedom of speech"

6/14/11 EMAIL_001-003562.pdf, "hey I just finished 11th grade, and I wish to graduate early.

3/20/12 EMAIL_001-014159.pdf - Daoud emails family friend who could push his paperwork to attend Madinah University at Saudi Arabia

5/16/12 EMAIL_001-002858.pdf - He gets the list of documents to send to the school's website, "Plz see the required docs below so plz try to send them asap to help you book a seat for you in the University" oh712003@yahoo.com

This takes awhile because Daoud had to obtain, scan, convert, translate, and convert each of the documents before he could submit them online on their website; in that order; hardest part was translation. The last translation was for his physical

8/15/12 EMAIL_001-002836.pdf - "We finally got the physical translated." The FBI ordered the car for the car bomb 8/14/12

9/2/12 EMAIL_001-022922.pdf - "... your order now is under process with professor in University Islamic in Madina who is considered

a friend of Mohammad... you will get good news - oh712003@yahoo.com
9/7/12 EMAIL_001-023028.pdf - "Hi Adel I received a call about
u today. My friend said u will be accepted for the next year
inshallah. In two months time they will ask u to provide some
docs and finalize your scholarship" mhmd11@gmail.com

That was the email Daoud got news of getting accepted to Madinah.
The date is also when FBI made their final arrest plan
[See FBI report 302_002-000097.pdf, 9/7/12]

They were fully aware of Daoud's plan to go to this University.
Second Report
"Redact!] On or about 5 /15/2012 Chicago queried [Redact...!]
database for any travel conducted by ADEL DAOUD. The following
travel was revealed..."

Every time Daoud got on a plane since 5/31/2004. They also
searched his father and mother's travel records. The last time
being his hajj to Makkah where he consequently visited Madinah
and Jerusalem between 10/29/2011 and 11/19/2011 with his father.

"Although DAOUD previously had been issued a U.S. passport
in August 2011 DAOUD stated in a letter to the USSD taht he
needed a new passport due to traveling to Palestine and having
an Israeli stamp on his passport. Furthermore, DAOUD explained
that he would not be able to enter Saudi Arabia with an Israeli
stamp on his passport. A new passport was issued to DAOUD on
04/12/2012 [Redact....!]

[Redact...!] In conclusion, Chicago [FBI] believes that DAOUD
is currently in the process of enrolling in the Islamic University
of Madinah and intends to travel to Saudi Arabia. Most likely
Daoud is hoping to be enrolled this summer. Although Chicago

did not find records of DAOUD's claimed travel to Palestine, Chicago assesses that DAOUD most likely traveled to Palestine based on his latest U.S. passport application, the aforementioned email to oh712003@yahoo.com..."

[See FBI report, 302_002-000004.pdf, 5/20/2012]

The FBI from the beginning of this investigation knew Daoud was planning to attend University in Saudi Arabia. The aforementioned email was the person helping Daoud push his paperwork as cited previously.

Compare that with UCE "Mudafar's" testimony,

"Q This communication was on August 10th?

A That is correct..."

"A He states that there's a chance he may be accepted at the Medina school in Saudi Arabia, and he may leave shortly after Ramadan. And as a result would not be able to complete his operation. And we as the FBI had no visibility on whether he would be accepted and how soon he would be departing for Medina. But we understood that we needed to give Mr.Daoud the opportunity to walk away. And if he got accepted to this school and he departed without following through with his plan, that just his decision."

[See UCE's testimony, 2019 sentencing transcripts, "Mudafar" Direct by Ardam, pg. 323 LN 5-6, LN 18-25, pg. 324 LN 1]

"Q At this time did you have any knowledge about his application to go to school in Medina?

A None whatsoever. The FBI had no idea when he would be accepted or when he would go, but we did not want to pressure Mr. Daoud, and we did not want to hurry and do this operation before he departed. Should he get accepted, and go to Medina to study,

then that's what he decides to do. We wanted to actually give him the opportunity to do that by postponing the attack so he's not pressured."

[See UCE's testimony, 2019 Sentencing transcripts, "Mudafar" Direct by Ardam, pg. 326 LN 5-13, still talking about 8/10/12]

The question could have been simply answered with yes or no. But UCE here volunteers information, "we did not want to hurry and do this operation before he departed." No body asked that. Who said you were trying to lock him up before going to Madinah?

126

b. Inspire Magazine [Yemeni Al Qaeda English magazine]

5/6/12 By this date, after watching a yahoo news report about it, Daoud downloads Inspire Magazine. He is still reading his first issue.

"im still not finishe with the first one."
[See Youtube messages, YTUBE_001-0000048.pdf, pg. 61]

The first issue he read was issue 8.
"i read 8,9, and im almost done w 1 (i got 8 and 9 first then got the rest)"
[See pg. 55 at Id, to OCE "Salah" 5/21/12]

5/9/12 "Daoud using Daoud Account 1, sent himself (i.e., to Daoud Account 1) a link for Inspire magazines, issues one through nine"
[See Daoud complaint, Document #1, page 9 of 36]

5/22/12 This is what Daoud told OCE "Salah" about using the magazines to carry out an attack,

"Well dude i think you should READ IT [Inspire magazines]before thinking about trying any instructions... I'm going to insha'Allah read all of them then if i decide to try any of those instructions ill go back to it."
[See Daoud's Youtube letter to OCE "Salah" at , Government Exibit - OCE ONE - 18]

So he read issue 8,9, and almost 1. Remember there are 9 issues.

6/6/12 "So i am still on issue 2"
[See Daoud's Youtube letter to OCE "Salah" at, Government Exibit - OCE ONE - 31]

6/28/12 " i think im ON issue 5"
[See Daoud's Youtube letter to OCE "Salah", GOvernment exibit, ONE ONE - 44]

127

7/5 /12 "I am reading issue 5"

[See Daoud's youtube letter to OCE "Salah", Government Exibit
- OCE ONE - 49]

7/18/12 "i am still on 5!"

[See Daoud's youtube letter to OCE "Salah", government exibit
- OCE ONE - 49]

"We have been able to copy your [Amazon] kindle onto a disc...
The disc contains all the downloaded material on your Kindle
in readable form with exception of the deleted items."

[See Prosecutor's letter 4/5/23 to Daoud]

In the aforementioned disc only Inspire issues 5, 6, and 7
were present. So not only was he still on issue 5 when the FBI
                              he already  (read
kidnapped him, he deleted the other issues. He wasn't going back
to look at them.

"hahaha  I read categories of books at a time. I don't read
one by one. i may have too far I though i have over a hundred
or 2 hundred books books to read and im supposed to read 9 hours
a day"

[See Daoud's Youtube letter to OCE "Salah", government exibit
- OCE ONE - 53, 7/11/12]

"obviously there are more books on my kindle so insha'Allah
I want to finish the books on my desk before the end of Ramadan
and insha'Allah after Ramadan I will go to madina."

[See Daoud's letter to OCE "Salah", youtube, government exibit
- OCE ONE - 55, 7/13/12]

The Kindle CD in Daoud's discovery by count has over 365 books
on Islam, Islamic history including the Lives of the Prophet
Muhammad and his companions, may Allah bless them and grant them

128

peace. Lives of the other prophets, may peace be upon them; Islamic law, the Quran, Hadith books, Quranic commentary, books on learning Arabic, books on other religions including but not limited to Hinduism, Christianity, and Satanism/Yazidism; books on American history [ex. A people's history of the united States by howard zinn], world history, and even Arabian nights (a novel). He had books specfically about Jihad but given his collection it makes sense. Was he supposed to ignore wars in religion and history? His ipod was the same way. He liStened to a ton of Islamic speakers. He even listened to Hamza Yusuf, who he hated. He possessed lectures on a ton of Islamic topics  as well. Examples, marriage and purification of the heart. He was really working on becoming a scholar. He had a ton of books on his desk, as cited in the quotes previously which the FBI took from his desk and never gave back. Some of those books were given away or about to be thrown away and he took them home. He bought close to $200 worth of books on 2 occasions, and was locked up before able to finish the 2nd group. He didn't want to read more stuff on his kindle until he finished the books on his desk.

c. Daoud's membership in ansar1.info and dinhaqq.info - Ansar
al Mujahideen and Deen al Haqq pro Jihad social forums - and
FBI's infiltration and attemped infiltration
                              attempted

2/6/12 EMAIL_001-010154.pdf

Daoud gets invitation/validation on ansar1.info

3/22/12  YTUBE_001-0000048.pdf, pg. 75

Daoud's Ansar account is banned,

"my ansarmujahideen account was banned and they said they will
never lift the ban!"

5/10/12 YTUBE_001-0000048.pdf, pg. 58

Daoud is unbanned from Ansar1.info

5/12/12 See Id

Daoud is re-banned from Ansar1.info

5/14/12 OCE "Salah " first contact Daoud

[See "Salah's" youtube message, government exibit, OCE ONE -
1, email]

5/17/12 OCE "Iyad" first contacts Daoud

[See FBI report , 302_002-000011.pdf]

5/19/12 OCE "Iyad" messages, " I wonder brother if you are able
to see the mujahideen forums online," this is his 3rd message
to Daoud

[See letter at , YTUBE_001-000048.pdf, pg. 5]

5/21/12 OCE "Iyad" says, "by the way I tried to register in ansar1.info
                                         because
but I wasn't able to becasue it's only by invitation. I was wondering
if you can invite me or one of the brothers that you know on
Ansar"

[See Id, pg. 5]
6/1/12 OCE "Iyad" asks again for an account on ansar1.info, "any

luck on Ansar?"
[See OCE "Iyad's" youtube letter to Daoud, government exibit
, OCE TWO - 22 ]

6/4/12 He never gets re-unbanned from ansar1.info but he invites
both OCEs to dinhaqq.info successfully. This forum is also invitation
only

  "o yeah to get you a dinhaqq account insha'Allah (i think i
told you about it) is a terrori$t website XD.. Just give me your
email ill tell them to add you. ill tell you when ~~you when~~ to
register insha'Allah"
[See Daoud's letter to OCE "Salah", government exibit - OCE ONE
-25]

  "[Redact..!] FBI Chicago identified that ADEL DAOUD was associated
with the dinhaqq.info forum moniker "AbdulHaQQ" subsequent to
the identification, FBI Chicago OCE-4218 identified numerous
posting by "AbdulHaQQ' on the Dinhaqq.info forum. Attached to
this EC as a digital 1A Package i$ a PDF file identified postings
related to ' AbdulHaqq.; The postings were acquired by OCE -
4218."
[See FBI report, Dca_001-000131.pdf]
[See also FBI report , 302_002-000112.pdf

                    9/12/12 "capture by OCE"
See al$o , IDFBI_001-000049.pdf "Salah's " Invitation/Registration
See also any dinhaqq messages from either OCE it shows their
registration date at June 2012. example , IDFBI_001-000103.pdf,
"Salihoon" is "Salah", government exibit - OCE TWO - DH 3, "Saqr
Al- Islam" is OCE "Iyad"



Salah Al Hani — Jun 11 (2 days ago)

FBI

Al salamu alaykum akhi Bahadur:
I just registered on the site. My name there is  Salihoon
I used this email address and I didn't put your name as the referer because i didnt know if that would be ok. inshaAlla the brothers will accept my membership.
Jazaka Allaha khayran akhi Bahadur and may Allah add this to your hasanat.

Your brother in Allah
Salih

Bahadur Noorzai — 10:15 AM (7 hours ago)

Dinhaqq

Asalam o Alaikum brother,

Your account Salihoon has been activated brother, now you can use The blessed forum of Deen Al haq to support mujahideen "taliban and AQ brothers" I am looking forward to hearing from you in Deen al Haq (DalH) soon InshaAllah.

May Allah SWT reward you.

Your brother in Islam
Bahadur Noorzai

From: Salah Al Hani <salaha73@gmail.com>
To: Bahadur Noorzai <bahadurnoorzai@yahoo.com>
Sent: Monday, June 11 2012 6:33 PM

IDFBI_001-000051



IDFBI_001-000086

The FBI knew which forums he was on,
"websites: forums.online.com

. Deen Al Haqq

. Jamiah Hafsa Urdu

. Ansar al - Mujahideen Network English language extremist
forum (AMEF)

"

[See FBI Report, 302_002-000032.pdf]

Jamiah Hafsa is the only one that's not invitation only.
" [Redacted..!] FBI-Chicago's captioned Group I UCO will be used
to target Adel David, user of email account arabnigga21@yahoo.com
subject of full FBI international terrorism investigation [redact...!]
captioned Group I UCO will be used to fully explore DAVID"S links
to terrorism, terrorism financing , and other threats to national
security...

... Adel David, believed to be an 18 year old male of Egyptian
and Palestinian descent living in the Greater Chicago area, has
stated on web forum [Redact!] that he read an article on bomb
making in Inspire Magazine and would make the bomb if he could
find the required materials...'

[See FBI report, 302_002-000001.pdf, report 5/15/12, full investigation
started 5/10/12, this is the first report]

The redacted web forum is ansar1.info [See Affadavit]. This
post about "the bomb" doesn't exist for the following reasons:

1. The FBI does not have access to the posts on Ansar1.info.
That's why not only "the bomb" post is not in the complaint,
Grand Jury transcripts, including the one of Par⁀sons cited previously,
it's no where to be found at all. NO POSTS ~~taht~~ Daoud made or

134

supposedly made in this forum is anywhere in the evidence.

This is because jhuf.net needs no invitation. dinhaqq.info
needs an invitation but Daoud invited both OCEs to join successfully.
They have all his dinhaqq posts and the post in the Complaint
is from dinhaqq.

The FBI's OCEs tried to infiltrate ansar1.info through Daoud,
but Daoud was banned 5/12/12, and couldn't invite the OCEs to
that forum after they befriended him online. 5/10/12 was the
day they said he made "the bomb" post on ansar1.info ,and this
was also the day he got his account back on ansar1.info.

Without a user name and password, the FBI didn't have access
to the posts of ansar1.info, not even the ones ~~he~~ Daoud made or supposedly
made. That's why there are no posts he made from this forum anywhere.

supposedly made this forum

2. Daoud was unbanned the same day of the launch of the investigation

He emailed himself the 9 issues of Inspire the day before.
Before that he was already reading issue 9 on 5/6/12 then he
read issue 9 and was reading the first issue by 5/21/12.

He has one day to make this post, and that's a problem. Issue
8 doesn't even have a bomb making article. It has how to make
a remote if you have a bomb. Issue 9, which he got at the same
time, has a how to make a fire bomb article- using gas and stereo
phone [that's not hard to find]. Issue One, which he read next,
has the famous article entitled "How to Make a Bomb in the Kitchen
of your Mom." But he just couldn't find the materials, right?

"The Bomb" post was a forgery. The dinhaqq post in the complaint
was the soonest and most similiar post they could find and was
the only post like that quoted during Grand Jury proceedings
with Jeffery Parsons and other FBI / government accounts of what
happened. The forged post was blacked out i.e. redacted due to
"National Security " concerns.

Wow. Great job. This is not the FBI. This is the FIB.  Fibbing
Investigators Bureau. And the Appellate court of the 7th circuit
was aware of this too [See exibit].

They only knew Daoud was on ansar1.info to start with because
they were already spying on his and others' email accounts without
a warrant [See Affidavit].

The Appellate Court knew about this and still justified it.
The FBI/FIB apparently isn't to blame for depending on their
own lies.

Appellate Court's Opinion.

UNITED STATES OF AMERICA, Plaintiff-Appellant, v. ADEL DAOUD, Defendant-Appellee.
UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT
761 F.3d 678; 2014 U.S. App. LEXIS 20316
No. 14-1284
June 16, 2014, Decided
June 4, 2014, Argued; June 9, 2014, Argued

**Editorial Information: Subsequent History**

{2014 U.S. App. LEXIS 1}Supplemental Classified Opinion Decided July 14, 2014

**Editorial Information: Prior History**

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. No. 12 CR 723 - Sharon Johnson Coleman, Judge.United States v. Daoud, 2014 U.S. Dist. LEXIS 10716 (N.D. Ill., Jan. 29, 2014)

**Counsel**          For UNITED STATES OF AMERICA, Plaintiff - Appellant: William E. Ridgway, Attorney, Mark E. Schneider, Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Chicago, IL; Jeffrey Michael Smith, Attorney, DEPARTMENT OF JUSTICE, National Security Division, Counterterrorism Section, Washington, DC.

          For ADEL DAOUD, Defendant - Appellee: Thomas Anthony Durkin, Attorney, DURKIN & ROBERTS, Chicago, IL; John D. Cline, Attorney, LAW OFFICE OF JOHN D. CLINE, San Francisco, CA.

          For AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, ELECTRONIC FRONTIER FOUNDATION, Amicus Curiae: Matthew R. Segal, Attorney, ACLU OF MASSACHUSETTS, Boston, MA.

**Judges:** Before POSNER, KANNE, and ROVNER, Circuit Judges.

**CASE SUMMARY**Suppression of information obtained in electronic surveillance of a defendant was not warranted since the applications for surveillance under FISA were free of procedural defects and were supported by probable cause to believe that the defendant was an **agent of a foreign power** engaged in terrorist activity.

**OVERVIEW:** HOLDINGS: [1]-Suppression of information obtained in electronic surveillance of a defendant was not warranted since the applications for surveillance under the Foreign Intelligence Surveillance Act, 50 U.S.C.S. § 1801 et seq., were free of procedural defects and were supported by probable cause to believe that the defendant was an **agent of a foreign power** engaged in terrorist activity; [2]-Even if the applications for surveillance were based on false or inaccurate information from informants, it was not unreasonable for the federal officer to rely on the information in making the applications.

**OUTCOME:** Order reversed.

**LexisNexis Headnotes**

*Governments > Federal Government > Domestic Security*

A07CASES                    1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

*Exhibit E* - No Intent before talking to FBI

Account 2, which continued until on or about September 12, 2012. In summary, OCE2 purported to be a 17 year-old, Australia-based person with a recently-developed interest in violent jihad. During their communications, Daoud recommended that OCE2 read *Inspire* magazine and sent OCE2 a website link to the publication, which OCE2 downloaded. Daoud characterized the magazine as "amazing" and remarked that he may use instructions from the magazine to carry out an attack. With respect to his future plans, Daoud wrote:

*Did I?*

> i need people who are devoted if i don't start my own group (where i am from) then i will go over seas. in each case i will let you know. im trying to invite people to go with me to the cause of Allah. but man is hard to tell people to be terrorists.

*The in hagg Din hagg Post*

### Daoud Seeks Guidance Regarding Whether and How to Carry Out an Attack in the United States



15.    On or about May 31, 2012, Daoud posted a comment to a jihad-related internet forum,[14] discussing his interest in carrying out an attack within the United States, modeled on instructions from *Inspire* magazine:

> I live in the United States of America/hypocrisy. I want to in the future insha'Allah go for jihad in the Cause of Allah but I wasn't sure where to go. I wanted to go to Yemen because of the hadith quoted by anwar al awlaki where the prophet (may Allah's peace and blessings be upon him) says that there will be 12,000 that were appear in Abyan [a region in Yemen] and they will be the best between me and them.

---

[14] Daoud characterized the forum as "a terrorist website" and "a good jihad source with real mujahideen on the site" in communications with OCE2 on or about June 4 and 5, 2012.

138



(from the Quran) and i almost think he going to call for it then he has something general like be a good example or something. lol man I will be the opposite."

      b.    On or about June 3, 2012, OCE1 asked whether Daoud has "friends in America" who "support jihad too," to which Daoud responded: "i know a few brothers who support jihad and im trying to 'brainwash' more brothers into supporting it."

      c.    On or about June 4, 2012, OCE1 asked whether Daoud had "ever talked about plans," to which Daoud replied, "i did discuss some plans but with very trusted brothers." Daoud also stated, "encouraging muslims to go for jihad is dawah.[13] inspire magazine was started cuz a verse of the Quran where Allah says to inspire the believers."

      d.    On or about June 7, 2012, Daoud, using Daoud Account 1, sent an email to OCE1 with documents attached, including "The Book of Jihad."

    14.    Another FBI undercover employee ("OCE2") sent a message to Daoud Account 1 on or about May 14, 2012, in response to a video Daoud had posted online, which listed the Daoud Account 1 as a point of contact. That same day, Daoud responded. The two then exchanged emails over the next few days, at which point Daoud directed OCE2 to communicate using Daoud

---

[13] "Dawah" is an Arabic term meaning to share the message of Islam.

It's such a beautiful hadith and i hope to Allah that i could be among those 12,000.

I have also been reading the english Inspire magaizine. Masha'Allah is the best magazine I have read ...

The point is in this magazine they encourage Muslims in the West especially in the USA to attack IN America. By all means this is something i would consider. But in know that if i started attacking in America I would probably not be able to go to Yemen or anywhere else for Jihad in the Cause of Allah.

Is there a way i could do both, or what's your opinion on that? i personally think it's easier and more rewarding to go to Yemen but at the same time i hate the oppression of the USA and i would love to do something that would hurt it from the inside.

16.     In a subsequent posting to the same internet forum, on or about June 2, 2012, Daoud wrote that he recognized "9/11" was "halal,"[15] but requested advice about other circumstances in which Americans may be killed in accordance with the Quran.

17.     Between on or about May 29, and on or about June 15, 2012, an individual using a computer located within Daoud's residence[16] viewed a number of videos relating to violent jihad and the propriety of killing Americans, including:

- "We are Terrorists (Sheik Abdullah Azzam)"

---

[15] "Halal" is an Arabic term referring to that which is religiously acceptable according to Islamic law.

[16] Based on the other online activity before and after these videos were viewed (*e.g.*, the checking of accounts associated with Daoud), I believe the online activity described here and elsewhere in this Affidavit was conducted by Daoud.

139








> Dinhaqq.info - sample OCE 1 - FBI
> ["Salihoon = See Join date
> ["Righteous ones=] FBI
>   AbduLHaQQ - "slave of the Truth"
>   is Daoud

140

IDFBI_001-000103



Saqr Al-Islam
Senior Member

Join Date: Jun 2012
Posts: 9
Thanked: 6
Thanked 13 Times in 3 Posts

Re: Salams Akhoon; Ramadan Karim

Quote:

> **Originally Posted by AbdulHaQQ**
> *Asalamu alaykum*
>
> *yes, recently I have been doing iteekaf. ima make this message short insha'Allah, and i have talked to a few people about jihad and now people here are concerned, and I think there were a few spies here too. they said one or more people want to call homeland security on me. pray for my protection please.*
>
> *masha'Allah though I am very happy for you. you sound excited. I Hope I get to experience what you have in terms of fighting training etc. may Allah give your family patience*

wa alikum alsalam, brother Aadel,
May Allah SWT accept your siam and 'itikaf in this holy month of Ramadan. I'm very excited for you to think of jihad as it is a major pillar of our deen especially in this holy month of Ramadan. As for spies, they are everywhere indeed. just be careful who u talk to. I've seen your youtube channel and your messages in youtube and I found that there's nothing to worry about as far as jihad. everybody is talking about jihad in the open. so don't really stress yourself much plus u have some margins of freedom there, I mean in america. brother, what is homeland security? is it like our mabahith in the Arabia? if you intend to do something for the cause, you can consult your brother here because we have our experienced mashaykh and they can guide you to do it safely. be brave, brother and remember that this dunia is only a temporary place for us as Muslims. our ummah has been humiliated on the hands of the americans and still is. keep in touch and consult me about your plans. you need to trust the brothers who you talk too and make sure they have the same iman about jihad that you have. I think this forum is more safe than youtube to communicate. As you know, brother I have put my life on the line for jihad, and while writing to you I have my Ak 47 on my shoulder. our group is yet still in the back lines but we've done a lot so far. we are protecting women and children passing into Turkey. pray for our safety. we are going to move to Idlib suburbs soon where the real fighting is taking place. I'm excited for you brother that you r thinking of jihad. May Allah protect you and save you and blind the eyes of the infidel enemies from seeing you. Ramadan kareem insha'Allah.
Fi aman Allah
Your brother Iyad

**Quick Reply**

Message:

message short insha'Allah, and I have talked to a few people about jihad and now people here are concerned, and I think there were a few spies here too. they said one or more people want to call homeland security on me. pray for my protection please.

---

Dinhaqq.info- Sample OCE 2- FBI

"Saqr al Islam" See Join date
["The Eagle of Islam"] FBI
AbduLHAQQ - "Slave of the truth"
is Daoud

141



**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

---

*Barry Jonas*
*Assistant United States Attorney*

*Dirksen Federal Courthouse*
*219 South Dearborn Street,*
*Chicago, IL 60604*

*Direct Line: (312) 886-*
*8027*

April 5, 2023

Adel Daoud, USM #43222-424
c/o Metropolitan Correctional Center
Chicago, IL

Re:   *United States v. Adel Daoud*, No. 12 CR 723/13 CR 703/15 CR 487

Dear Mr. Daoud:

We are writing to address three issues: imaging your electronic devices; the protective measures sought by the government during the sentencing testimony of the FBI undercover agent; and, per the Court's order, providing you a list of the witnesses who will testify during the sentencing hearing.

**Electronic Devices**

You have previously requested complete forensic images of the electronic devices that were seized from your home on the day you were arrested. We are writing to address your request.

The attached is a color-coded spreadsheet which itemizes the items seized from your home (Ex. 1). The items highlighted in red, which include two laptop computers and a desktop computer, were returned to Mr. Durkin and Mr. Herman on or about December 14, 2012. Enclosed is a copy of the receipt for the return of the items (Ex. 2). It is our understanding that, on or about December 17, 2012, your father picked up the returned items from Mr. Herman. Enclosed is a copy of the note reflecting that action (Ex. 3). Also enclosed is an FBI serial reflecting the return of some of the items (Ex. 6).

The items highlighted in green are the electronic devices that are still in the possession of the government. As you may be aware, at the government request, the Court ordered the government to make "full logical copies and full data extractions of the defendant's electronic devices in the government's possession." Since the issuance of the order, the government has looked further into its ability to make images of all 12 of the electronic devices and has learned that there are several obstacles to doing so.

142

First, the provision of hard drives. In order to make the images, each device needs to be copied onto its own hard drive. Typically, and as happened in this case, the defendant must provide a blank hard drive if he or she wishes to have the government create a forensic image of an electronic device (see attached discovery letter dated November 16, 2012, informing Mr. Durkin to provide a blank hard drive if you or he wanted any forensic copies of electronic media (Ex. 4)). The U.S. Attorney's Office does not currently possess 12 blank hard drives.

Second, the MCC, for security reasons as we understand it, has stated a preference for not providing you with an additional 12 hard drives.

Third, due to the nature of some of the electronic devices, the FBI would be required to send the device(s) to FBI headquarters to create full forensic images, which could take weeks or even months, jeopardizing your ability to review the material in time for the June 20th sentencing hearing.

Finally, in order to make a 100% image of any device, the image would require an executable software that, it is our understanding, the MCC does not have or allow on its computers. The full logical copies are images that are readable by you on the MCC computers but may not include every digit of information contained on the device.

To address these issues, the government proposes the following:

We have been able to copy your Kindle onto a disc (it is our understanding through your standby counsel that you are primarily concerned with reviewing the Kindle so we focused on that device). The disc contains all the downloaded material on your Kindle in a readable form with the exception of the deleted items. The RCFL has been able to see, but not access, what has been deleted and it may be possible to recover those items but to do so would require the Kindle to be sent to FBI Headquarters. Included with this letter is the copy of the Kindle disc (RCFL_007) and a screenshot of the deleted items (Ex. 5). The disc does not contain the executable program entitled "spywareterminatorsetup.exe(1)"because that program contained malware.

Additionally, if you want to review any of the electronic devices still in the government's possession, to include the Kindle, or any of the other items identified in the spreadsheet (other than the items that have been returned), we can either bring you over to the U.S. Attorney's Office and have you review the items along with your stand-by counsel (we will not agree to this proposal unless your stand by counsel is present in the room with you) or we can return the devices/material to your stand-by counsel. It is our expectation though, that the MCC will not allow you to possess the

143

original devices at the MCC (we can inquire if you would like). Please let us know through your standby counsel if you wish to exercise either of the options.

### Protective Measures for the Undercover Agent's Sentencing Testimony

On March 27, 2023, the government filed the enclosed motion for a protective order seeking certain measures to be put in place when the undercover agent testifies. The measures are the same that Judge Coleman put into place during the first sentencing hearing. The specific measures we seek are set forth in the motion.

A classified companion motion in support of the motion for a protective order, has also been filed *ex parte*, and under seal. A copy will not be made available to you.

### Sentencing Hearing Witnesses

The government anticipates calling the following witnesses to testify during the sentencing hearing:

1) FBI Special Agent Jeff Parsons. Agent Parsons will address the sentencing exhibits that have previously been provided to you.

2) Mudaffar – the FBI undercover agent a/k/a undercover employee (UCE). Mudaffar will testify about your communications and meetings with him.

In addition to calling these two witnesses, the government will play some of the recordings from your prison cell when you were housed with "Vino." The government will also play the victim impact video of Justin Hancock.

Please let us know if you have any questions or wish to discuss any of the information contained in this letter.

Very truly yours,

MORRIS PASQUAL
Acting United States Attorney

By:    *s/Barry Jonas*
BARRY JONAS
TIFFANY ARDAM
Assistant United States Attorneys

CC:
Quinn A. Michaelis, Esq.

3

144

## D. Subtle inferences to the Plot by Agents the entire investigation

"In June 2012, one of the FBI online covert employees told defendant about a ~~purprted~~ purported cousin who resided in New York and was an operational terrorist."

[See Government's "Factual" Basis pg. 9, Document #302, page id #2455]

The reality however i9 ~~taht~~ that this cousin was brought up from the beginning.

5/21/12 OCE "Salah" says,

"Akhi [my brother] I have a cousin who was forced by his parents to leave Australia because they thought he was becoming extreme in Din [Religion], and now he is living with one of my uncles on the eastern coast."

[See OCE "Salah's" youtube letter to Daoud, IDFBI_001-000036.pdf]

The 4th report, FBI, 302_002-000011.pdf, on 6/20/12, was the most authentic when it said, "In order to infiltrate DAOUD"S group of friends, OCE [Redact!] will notify DAOUD that his aforementioned cousin..."

They wanted to lock up Daoud. They wanted him to have co-defendants. This is consistent as to why on 6/29/12 they interviewed his father u9ing a pretext. This is the fifth FBI report, "On 06/29/2012 FBI Chicago interviewed the father of the captioned [Redact!] subject ADEL DAOUD, utilizing a suitable pretext, in order to assess the father's overall behavior and cooperation level with law enforcement... AHMAD would likely be open to future contact with the FBI and might even encourage hi9 son to cooperate with the FBI if he felt his son was in trouble with the law."

[See FBI report, 302_002-000015.pdf, 7/13/12]

Thi∮ is inconsistent of the 7/17/12 report - 302_002-000022.pdf
- that this cou∮in was only talked about since June
"During the last month of communication between DAOUD and OCE
[redact!] OCE [redact!] has indicated to DAOUD he has a 'cousin'
residing in the United States..."

The FBI was planning this plot the whole investigation, hoping
to get co -defendants, like I said. That idea i∮ consistent to
why UCE solicited Daoud's "Sahaba" [friends, companions]
"MDFR : maybe you can bring one of your ∮ahaba that your really
really tru∮t and can help u∮   11:4PM"
11:24PM"

[See UCE skype chat, Government exibit, UC 8-10 SKYPE]

"MDFR: please be careful only the sahaba you really reallty
reallty tru∮t   11:38PM]

[See UCE skype chat, at Id]

"UCE: Your ∮ahaba. Did you tell your ∮ahaba about thi∮?
UCE: Did you tell your ∮ahaba
UM: Be quiet
UCE: He's the one who told on u∮ did you tell him?...
[See last page UCE Audio transcripts 9/14/2012]
Daoud:: No
UCE: He's the one who told on u∮ did you tell him?...
[See Last page, UCE  Audio transcripts, 9/14/12]

Thi∮ i∮ why OCE "Iyad" asked Daoud if he had like minded friends,

"tell me brother Aadel, do you have friends in America that
support Jihad too?"
[See OCE "Iyad's" Youtube letter to Daoud, government exibit

- OCE TWO - 24, 6/3/12]

The Same online agent asks again,

"Do you have black Muslim friends? I wonder how they think of
the deen [religion] and Jihad!"

[See OCE "Iyad's" email to Daoud, government exibit

- OCE TWO - 37, 6/8/12]

Daoud told that same online agent that ,

"he only trusts a few select individuals to discuss his plan."

[See FBI report, 302_002-000011.pdf, 6/20/12]

Let's see the rest of that message,

"i did discuss some plans but with very trusted brothers. i don't
have a gun. mannn my parents would already freak out if they
saw me buy a gun and using it. maybe when im not living with
my parents i will get my own gun"

[See Youtube letter, from Daoud to OCE "Iyad", IDFBI_001-000062.pdf,
6/4/12]

If that's how Daoud felt about bringing a gun, what about making
a bomb?

"Furthermore in a response to OCE [Redact!]'s planned travel
to the United States on 06/30/2012, DAOUD responded, "I have
an idea that's pretty realistic if you come insha'Allah"

[See FBI report 302_002-000022    7/17/12]

While reading further think if this describes Daoud as "a defendant
who lacks the means to commit the crime when first approached
by the government is nonetheless predisposed if he 'had the idea
for the crime all worked out' and lacked merely the present means
to commit it and if the government had not supplied [the means]
someone else very well might have." [taken from Mayfield]

147

This explanation will consist of a few messages

6/28/12

Daoud said among other things, "I have one idea that i  think
might work but im not totally decided yet. it seems likely that
i will insha'Allah go overseas for Jihad, so i might give you
the choice to either come with me or to do operations on my behalf
(and encourage others to participate with you )"
[See Daoud's youtube letter to "OCE " Salah", IDFBI_001-000100.pdf,
6/28/12]

Daoud "giving" OCE "Salah" the "choice" to do something is ~~becasue~~ because
since commicating "Salah" would say things like,
"So akhi [my brother] inshaAllah I will learn from your advice
and I nominate you as my amir [commander]"
[See OCE "Salah's" email to Daoud, government exibit - OCE ONE
-13, 5/21/12]

The following is more parts of the message cited in the FBI
report,

"i am trying to find ideas on how i can go overseas and or
do work here at the same time , so im thinking about sending
people to do work here while i do work overseas (like go overseas,
and tell them and command brothers here what targets etc). this
idea is still in development though.

Insha'Allah, Allah will give me guidance. I am still arguing
to myself and thinking what to do. My advice now is to train
physically as you have been doing, mentally, read books about
Islam, fiqh, tafsir, history, etc read books on military skills
and so forth ; spirittually pray read Quran etc
i still live with my parents brother and would advise that

148

if you did something like that you should take help from your
cousin (does he have his own place by the way?) and plan this
out (like where you will stay  etc)cuz I invited friends before
but only for a day max (to sleep over). I have an idea that's
pretty realistic if you come insha'Allah. Maybe you can come
here and then come for iteekaf [staying over the masjid last
10 days of Ramadan]

   operations however take time. I am still coming up with ideas
on what to do So when i know for sure what i want done and what
to do etc ill let you know. but im starting to back away from
operations here (it's worrying me a lot) and just go overseas
[See Daoud's Youtube letter to OCE "salah", IDFBI_001-000102.pdf,
6/30/12]

   Is it a surprise then that,
"the OCEs never discussed a specific plot. See Generally OCE
ONE   1-95 and  OCE TWO 1-84"
[See 2019 Government Sentencing Memorandum Document #329, page
17 of 60]

   Why did the OCES never discuss a specific plot? Because Daoud
never brought up a specific plot. Daoud was not planning a bombing
[See Affidavit]. The following are messages that
This is the messages after. These are from an
FBI Report where it shows messages back and forth between Daoud
and the agents [Quoted below, DCa_001-000455.pdf]
"Salah": Akhi [my brother] if I make it to america and we meet
would you consider me in your idea? Just the thought of that
makes me want to come to america tomorrow : -) Wallah [by Allah]
Im ready Allah knows whats in my heart
My cousin's name is Mudaffer... He should be home before Ramadan

starts, wow Ramadan is here again. Wallah [by Allah] its the
best time of the year for me"

[See Id, 7/3/12, pg. 3-4 out of 11]

"Salah": How did you do it the first time when you began to
think about Jihad/ I am exactly where you were then

Daoud: i don't know exactly when i started really seriously thinking
about Jihad but i remember mentioning to my dad about it. but
my love for Jihad i think came from ~~teh~~ the Quran, the Seerah [life
of the prophet, may Allah bless him and grant him peace], the
sahaba [his companions] and then some other stories of Jihad

Most of the people i give dawah (for them to support Jihad)
already agreed with a lot of the things i was saying but were
like you and wanted to talk or they needed someone to discuss
these things with. So they are easy to educate them a little
about the issue then they support right away. then you have others
that will just think you're a terrorist or just miss the point
entirely          staying over the Masjid

I think my iteekaf thing was the most realistic way. i want
to go overseas in Madina to learn the deen [religion] insha'Allah
after Ramadan, so just letting you know... i have a lot of ideas..
as i only have ideas  for inside this country but any ideas you
have I'm open."

[See Id, 7/3/12, pg. 5-6 out of 11]

Daoud didn't know why "Salah" wanted to move from Australia,
where he said he was, from, to America [compare with Report 7/17/12 pg. 147]

"I don't know if im going to have a group for sure... I'm
either making my own group, or im going overseas insha'Allah...
~~butkimi~~Htit1coonfhaediosatHe(about reason you want to go to new

150

but I'm still confused on the exact reason you want to go to new york, is it cuz what i said (about the group)?

[See Government exibit - OCE ONE - 29, 6/5/12, to OCE "Salah"]

" i only have ideas for inside this country." Doesn't that sound like when Daoud said 9/13/2012,

"Daoud: Cuz before it was just fantasies. You know I only imagined doing something like this

UCE: and now it's gonna be real, brother"

[See UCE Audio transcript, 9/13/12, pg. 66 or pg. 595 at UC_004 PART 4.pdf, LN 3-7]

You making his fantasies real; that's illegal. He's blameless.

Under the conversation cited in 7/3/12 - DCa_001-000455.pdf - there are 7 points which are Redacted. These were 7 points made by OCE "Salah." Closely paraphrasing this is what he said:

Based on his communications with Daoud he concluded

1. That Daoud understands the implications of his statements

2. That Daoud told his father about his interest at some point

3. That Daoud understands his motivation for Jihad and the religious justification for such

4. That Daoud does not see a distinction between civilians and military personell. That his Radicalization is at at an advanced stage and any attempt to persuade him to a different idea or concept is unlikely to succeed

5. That he plans to study abroad at Madinah University with the goal of eventually join an armed jihadist confict abroad, but still remains devoted for armed jihadist action in the United States.

6. That should he be stopped from traveling by say, law enforcement

151

then committing an armed jihadist attack in the U.S. will become
his priority

7. That Daoud's ability and willingness to Radicalize others
makes him a threat that could only increase with time

Note about Radicalization

What's the significance of the OCE's question, "How did you
do it the first time when you began to think about Jihad?" What
wavs Daoud's answer?

"i don't know exactly wheni started really  seriou5ly thinking
about Jihad but i remember mentioning to my dad about it but
my love for jihad i think came from the Quran, the seerah, the
sahaba, and then some other stories of jihad"

W;hat was the point OCE made to this?

"That Daoud told his father about his interest at some point"
and

"That Daoud understands his motivation for jihad and the religious
justification for 5uch"

They wanted to know if he really under5tands why he supports
jihad. He does because he clearly says where he got the concept
from [ie. the Quran, the seerah, the sahaba, ie. religious texts]

OCE "Iyad"asked the 5ame question,

"Masha'Allah! I'm wondering what made you so multazim with your
deen[religion] and supportive of jihad while living in balad
al kuffar! [Land of the non-believers] Tell me brother, how it
all started? Was it your parents or older brothers who directed
you to embrace this deen al haq [the religion of the truth]in
the right way? It is really hard to find a young man in your
age with this Islamic mentality in America!"
[See Government Exibit - OCE TWO - 37, 6/8/12]

When Daoud says, "Most of the people i give dawah (for them
to support jihad)..."

OCE notes, "That Daoud's ability and willingness to Radicalize

others makes him a threat that could only increase with time,"

SO what makes him a threati$ his "Radicalizing others" not "the bomb" plot he never made. And that's again, not an imminent threat [i.e. to radicalize others]. An imminent threat would be what they said when they charged Daoud. That's right. "The bomb" plot.

What's Radicalizing others? "Giving people dawah to support Jihad." Dawah means calling pepole [people] to Islam. If you're not Mu$lim, i can give you Dawah by calling you to Islam. I would then proceed to tell you why [how] you $hould become a Mu$lim becau$e Islam i$ the truth and God's true religion. If you're Mu$lim but you don't pray, don't read Qur$n, or in this case you don't under$tand the concept of Jihad, and I explain to you where in the religoiu$ [religious] texts it says to pray, how to pri$ay, how much Qur$n you $hould be reading, or how Jihad was under$tood by the Prophet Muhammad , may Allah bless him and grant him peace? thi$ all fall$ under "Dawah" becau$e these things fall under Islam. The fact that Daoud understands hi$ own Radicalization, and where he learned the concept of Jihad from $ religiou$ texts, means he can teach it to other$. This makes him a threat. It can only increase with time through studying and teaching the Religion.

Let's define "Radical"

Radical 'radi3l adjective 1. relating to the basic nature of something: fundamental: She made r$dical changes in her life 2. Supporting complete political or social reform 3. departing from tr$dition; innovative or progressive 4. mathematics relating to the root of a number or quantity

[See Oxford American Dictionary and Thesauru$]

154

Daoud is a "Radical" Muslim because he's an Islamic Fundamentalist. He doesn't understand his religion by local custom. He seeks to understand Islam from its fundamental sources: the Qur'an and the Sunnah. The Sunnah is the example of Prophet Muhammad, may Allah bless him and grant him peaCE. This would reasonably lead to the conclusion that society needs total reform. If Daoud radicalizes someone it means he calls people to the fundamental aspects of the Religion rather than common understanding or custom. Radical Islam is Islam by the Book. It means nothing else. This is what I mean, this is what Daoud means, and this is what the Government means, but they refuse to openly acknowledge this publicly, With exceptions [Donald Trump for example]. Why else would it be relevant for the Prosecutor to quote Qur'an and Hadith against Daoud at sentencing [see introduction].?

Here's a parable in American history: think about Mormons and Joesph Smith. Mormons used to believe in, among other things, marrying a maximum number of wives. To protect their right to fully practice their religion, they fought the U.S. government. When they lost, their prophet at the time (not Joesph Smith) makes the announcement: I just got a revelation! God says we can only have one wife now!

So the mainstream church now, no longer believes that and finds ways to sugarcoat their history. The Mormons who are serious enough to read their history and scriptures completely disagree with the status quo because this is something their prophet Joesph Smith really believed in. Mormons have a number of Fundamentalist Churches, and Fundamentalists who don't belong to any church. Only when this actually leads to a crime are any of them arrested.

The government doesn't and shouldn't "test their commitment" or "see if they're serious" about their Religious beliefs like the FBI and prosecutors did to Daoud because he's a Muslim. The foresaid summary and the following quote comes from the book; Under the Banner of Heaven - A story of Violent Faith  by Jon Krakauer,

"There is a dark side to religious devotion that is too often ignored or denied. As a means of motivating people to be cruel or inhumane - as a means of inciting evil, to borrow the vocabulary of the devout - there may be no more potent force than religion. When the subject of religiously inspired bloodshed comes up, many Americans immediately think of Islamic Fundamentalism, which is to be expected in the wake of the September 11 attacks on New York and Washington. But men have been committing heinous acts in the name of God ever since mankind began believing in deities, and extremists exist within all religions. Muhammad is not the only prophet whose words have been used to sanction barbarism; history has not lacked for Christians, Jews, Hindus, Sikhs, and even Buddhists who have been motivated by scripture to butcher innocents. Plenty of these religious extremists have been home-grown, corn-fed Americans.

Faith-based violence was present long before Osama bin Laden and it will be with us long after his demise. Religious zealots like Bin Laden, David Koresk, Jim Jones, Shoko Asahara, and Dan Lafferty are common to every age... In any human endeavor, some fraction of its practioners will be motivated to pursue that activity with such concentrated force, and unalloyed passion that it will consume them utterly. One has to look no further

156

than individuals who feel compelled to devote their lives to becoming concert pianists, say, or climbing Mount Everest.

For some, the province of the extreme holds an allure that's irrestible. And a certain percentage of such fanatics will inevitably fixate on matters of the spirit.

The zealot may be outwardly motivated by the anticipation of a great reward at the other end - wealth, fame, eternal salvation - but the real recompense is probably the obsession itself. This is no less true for the religious fanatic than for the fanatical pianist or fanatical mountain climber."

[See Id, pg. XXI - XXII]

And all these FBI reports were secretly labeled under "Sunni Extremism" and "the Shabaka Ranger." Daoud is a sunni Muslim. Other than the fact that Shabaka sounds like Arabic or Hebrew, the writer does not know what that is. Joshua Herman does though.

[See Affidavit]

157

E. More Subtle inferences to the Plot and the Nature of the Inducement

"UCE: First Allah, then you, brother. First Allah, then you
for doin all this. For helping me brother

Daoud: Jazak Alakhair [May Allah compensate you with good]

UCE: cuz I couldn't do this without you, brother. I can't do
this, I can't do this alone. I'm just one person you know"

[See UCE Audio transcripts, 9/13/12 printout, pg. 65 LN 13-22]

"UCE:... it is motivation and I know that at least in this
country there are brothers who believe in Jihad the way I do
and the way you do

Daoud: yeah

UCE: That makes me feel very good, brother. I love you for the
sake of Allah, brother"

[See UCE Audio transcript, 9/13/12 print out, pg. 83 LN 2-11]

"How can I find someone I can trust to take me to the fight?
I can't talk to anyone at the masjid[Muslim church] and I don't
think any of my friends understands me... They are so in love
with this dunya [the life of this world] it makes me sick. Akhi
[my brother] I am desperate I have no experience and I only need
a hint or a good brother to talk to who can guide me. Allah Subhanuhu
wa Taala [the Creator, Glorified and High] willed that we crossed
paths so if you can help me Jazaka Allahu khayran [May Allah
compensate you with good] now and in the akhira [afterlife] and
I hope you understand me. I will keep you in my dua [prayers]
akhi [my brother]. I feel the truth and iman [faith] is in your
heart. Your brother in Allah"

[See OCE "Sallh's" email to Daoud, 5/15/2012, IDFBI_001-000013.pdf]

"Please remember my parents in your dua [prayers]... say duaa

for my cousin [the UCE "Mudafar"]... say dua for all the Al -
[His "family", code name Salah Al- Hani]
Hani family... say duaa for all the mujahideen [Muslims, fighting For
Jihad]... say dua for our ummah [Muslim nation]... please say
dua for our brothers and sisters in Syria and Iraq and Afghanistan.
Please say dua for all of Muslim children who are hungry and
scared and suffering because aside from the attacks by the kuffar
[disbelievers] their own Muslim brothers are not paying attention
to their condition... please say dua for me... I love you for
Allah's sake, and I thank Him for putting you on my path."
[See OCE "Salah's" Youtube letter to Daoud, IDFBI_001-000101.pdf,
7/26/12]

"You are in my duaa [prayers] always akhi [my brother] and
may Allah subhanuhu wa taala [the Creator Glorified and High]
guide you always, and give you success and grant you your wishes.
Akhi [my brother] insha Allah [if Allah will] you will let you
know if I ask too many questions and I will understand... your
very grateful younger brother"
[See OCE "Salah's" Youtube letter to Daoud, government exibit
- OCE ONE -17, 5/22/12]

"I love you for His sake brother and inshaAllah he will use
us for His glory and the glory of out [our] Deen [religion]"
[See OCE "Salah's" youtube letter, 9/2/12, government exibit
ONE ONE -94, ]

"Akhi [my brother] Adel Allah knows how much I love you for
His sake subhahuhu wa Taala [glorified and high]. Jazaka Allahu
khayran [may Allah compensate you with good] for every word of
advice and guidance. May Allah answer your duaa and you go to
study and inshaAllah become a famous aalim [scholar]. Famous

159

only for His sake."

[See OCE "Salah's" youtube letter to Daoud, government exibit, OCE ONE- 59 , 7/15/12]

"... look at Yemen and how the mujahideen [Muslims fighting for Jihad] apply shar'Allah [the legislation of Allah] in Abyan and Ja'ar. I have seen reports where Muslims express their happiness at gaining their dignity for the first time because they were rightfully treated by Ansar al - Sharia [aka Al Qaeda in the Arabian Peninsula i.e. in yemen] , or in Somalia where Harakat al - shabab made tremendous and successful efforts to ease life on our Muslim brothers there..."

[See youtube letter from OCE "Iyad", IDFBI_001-000008.pdf, 5/19/12]

"... I'm with you akhi [my brother], the cowardice literally makes me sick. One either lives his life like a sheep or a lion, and subhan Allah [Glory to Allah] , the ummah [muslim nation] was asleep for a looong time. Just a handful of mujahideen [Muslims fighting for Jihad] and things are finally turning around and the world is paying attention and thinking twice before committing to another adventure... Islam over ALL!"
[See OCE "Salah's" email, IDFBI_001-000012.pdf, 5/14/12]

"Akhi [my brother] I have thought about this and I am at a point where I either talk to someone and hope to reach the right brothers or sit and give up like the millions of muslims while our ummah [muslim nation] is getting raped...
[See OCE "Salah's" email, IDFBI_001-000033.pdf, 5/18/12]

"You know, brother I'm very concerned with what is happening to our Muslim brothers in Syria and the problem is that no one

160

is doing anything to stop the massacre..."
[See youtube letter by OCE "Iyad", IDFBI_001-00067.pdf, 5/28/12]

"... like I told you before this deen [religion] will not rise except by Jihad and insha'Allah we are for it to the end!"
[See youtube letter from OCE "Iyad", IDFBI_001-000084.pdf, 6/8/12]

"I have no doubt that this deen [religion] will not rise on this earth except by Jihad in the path of Allah and that's why I can't watch idly like a girl and see Muslims brutally killed like sheep in Syria and Yemen therefore I've decided to make my move and insha'Allah will show the whole world what a Muslim can do to defend his deen [religion]!"
~~[See youtube letter from OCE "Iyad", IDFBI_001-000084.pdf, 6/8/12]~~
[See youtube letter from OCE "Iyad", government Exibit, OCE TWO -22, 6/1/12]

"I can see that you will be someone who Muslims everywhere will be proud of when they hear you defending your deen[religion] against the kuffar [disbeleivers]
[See youtube letter from OCE "Iyad", government exibit - OCE TWO - 72, 7/23/12]

"I wonder if your mosque sheikh is allowed to speak about things like that or at least what the american infidels are doing in syria?... I have to cross in a smugling way thru Jordan. I'm working on it right now and I should be ready by the end of Ramadan as it is planned."
[See OCE "Iyad's " youtube letter, government exibit - OCE TWO -74, 7/27/12]

"My family now knows that I'm in my way to my charity [jihad] but they tried hard to pull me back but I told them I would die

if I have to do so. now I think they are convinced that their
son is no more a little boy and he can decide for himself...
How are things going with you in america, the kafir [disbelieving],
the americans are equally distributing troubles in our Muslim
lands all over the world. Insha'Allah you Muslims of america
are doing something about changing the evil policies of those
infidels"

[See OCE "Iyad", government exibit OCE TWO 76]

"I spent sometime with the brothers here on close to real fightingand
I've even shot RPG! I'm ready and fully confidence that I will
serve my deen [religion] in the best way taht ~~[that]~~ Allah set for me
but if I'm killed, I pray to Allah to accept me shahid [martyr]
in jannah with His pious prophets... Insha'Allah you will be
a prominent scholar as I mentioned this before, we need you as
a scholar who can stand up and defend his deen [religion] and
guide the mujahideen in their fight elavate deen al haq [the
religion of the truth]...

Brother you said you are trying to do something there [this
is while Daoud is getting set up by the UCE]. AlhamduliAllah
[all praise is due to Allah] that will be nice because it is
obvious that everyone of us should do his part and as a Muslim
you can at least do something along with the people in your mosque
or maybe with your sheikh to ease the sufferings of our Muslim
brothers and sisters in Syria..."

[See OCE "Iyad", government exibit, OCE TWO - 78- 8/13/12]

"Brother , I initially told them to make my move any day in
Ramadan but they told me to wait until the end of Ramadan so
I'm planning and preparing myself insha'Allah"

[See OCE "Iyad", IDFBI_001-000147.pdf, 7/20/12]

"Iyad" made Hijrah [migration] from Saudi Arabia to Syria for Jihad. He didn't just talk about it. "Salah" said he lived in Australia and made Hijrah to do jihad with his cousin in America. Daoud's new friends were going but he wasn't. "Iyad" said he had to wait after Ramadan was over to fight in Syria. "Mudafar" the UCE, told Daoud the same thing. Wait until Ramadan is over. The government took full advantage of the fact Ramadan was scheduled to end shortly before 9/11. Jihad is often translated as "Holy War" for a reason. It's a sacred and righteous *July* deed. Islamic law explains when this is voluntary or not. When it's an obligation - not voluntary - it's a major sin to abandon it. Daoud's *belief* ~~beleif~~ is he had to help with Jihad - generally - because of Muslim suffering due to invasions and occupations in the Muslim world. Fard Ayn - an individual obligation- a term used against him by the prosecutor - means in this context that because Muslims are being attacked, Daoud felt responsible for the suffering *war-caused* of all Muslim people in the world ~~that's being attacked~~. Ramadan is the month you ask Allah for forgiveness and you strive to be a better person. Why not plan on how to be a better person by thinking about Jihad?

"UCE: Yeah [America] kills innocent Muslims just because they're in the village. They're not doing anything."
[See UCE Audio transcripts, 7/17/12 printout, pg. 7 LN 14-16]

"UCE: I know. I know. and that's the, the battle that I fought inside. I knew that my parents weren't happy that I was going, but when I got there, I think the , their biggest fear was that I was going to get hurt. You know they were afraid.

163

Daoud: yeah, uh, but that's what all parents want. They just want...

UCE: safety

Daoud: ... your, not just safety, but they want you to grow up, have a nice house ...

UCE: I know

Daoud: ... have a nice wife, have a nice family...

UCE: That's that's for this world

Daoud: and die and do the same thing over again

UCE: That's for this world. That's not for me. That's not what I wanted. YOu know when I went, and I was there for a long time and I I helped the Mujahideen [Muslims fighting for Jihad] brothers and we fought. and I would call my parents once in a while, you know we didn't have phones in Afghanistan. Every one in a while you get ...

Daoud: Not while you're in battle

UCE: Yeah, so once in a while I'ld call and I'll tell them I'm okay. Especially during the month of Ramadan, just so they're at peace. I would tell them that I'm okay during the month of Ramadan."

[See UCE audio transcripts, 7/17/12 print out, pg. 9-10 LN 25-44, LN 1-24]

"UCE: They realized my parents afterwards realized ~~taht~~ that I was doing  was right. and my father told me afterwards , he said what you did was the right thing to do for deen. It was the right thing to do for Islam. It was hard for, for them as parents to accept it , right away.

Daoud: yeah

164

UCE: But afterwards they did, they prayed for me and they gave me their permission that what I was doing was right, so...

[See UCE audio transcripts, 7/17/12, pg. LN 41-44, pg. 11 LN 1-11] Lesson here: Ask your parents when we're done.

" UCE: Even the young fight, 10-12 year olds they fight and the fight strong. In America it's hard to find --"

[See UCE Audio transcripts, pg. 13 7/17/12 print out, LN 12-16]

" "UCE: ... Yeah. It's hard to find a brother whose willing to fight, a brother whose willing to make the sacrifice. Someone, a good Muslim brother who knows that the true path is not...

Daoud: In your couch...

UCE: ... yes

[See UCE audio transcripts, 7/17/12 printout, pg. 13 LN 20-28]

"UCE: It's not on the couch watching TV, or, or in a house or anything like that. So, when my cousin said there's this brother. Who, who might be able to help I said, yes I will meet him. You know, and humdulillah [all praise is due to Allah] I'm so happy that I did come you know because for a while I wasn't sure if you you were, uh, when you did come today I was very happy I'm glad that I had finally met you brother. and , really the uh, the month of Ramadan is upon us."

[See UCE audio transcripts, 7/17/12, at Id, pg. 13 LN 32-44]

"UCE: This Friday, and it's my favorite time. You

know I love the month of Ramadan..."

[See UCE Audio transcripts, 7/17/12, at Id, pg. 14 LN 4-5]

"UCE: ... yes, and I think no, this is a holy month where you become closer to being closer to Allah and closer to your Muslim brothers"

[See UCE audio transcripts, 7/17/12 at Id, pg. 13 LN 12-15]

"UCE: you know? And you make sacrifices, and there's hardship, and it's for deen [the religion]"

[See UCE audio transcripts, 7/17/12 at Id, pg. 14 LN 19-21]

"UCE: and it's my favorite month and a lot of times I think about the things I wanna ¡achieve in my life and the things that I wanna do and during that month, it comes to me, you know? I feel, I feel at peace, I feel like ok what do I want...

Daoud: At Ramadan, I feel like a new person

UCE: ...yes!

[See UCE audio transcripts, 7/17/12 at Id, pg. 15 LN 1-11]

Then look at the agent's solicitation,

"UCE: We can, you know the ... one of the reasons I came back to the U.S. just a couple months ago was because since the Americans are leaving [Afghanistan]. We wanna make sure they leave

Daoud: and stay gone

UCE: and and stay, and you want 'em to leave with disgrace with dishonor as losers"

[See UCE audio transcripts, 7/17/12 at Id, pg. 106 LN 15-24]

And they knew they had time to finish their plan before Daoud could successfully "travel without their knowledge" or "visibility" to Madinah University.

"MDFR: he says we have to wait for Ramadan to end. We can do

it after though. He is fully supporting our plan. Just not during
Ramadan.    11:52PM"

"MDFR: Yes, he said insha Allah you will be here for a few days
after Ramadan and after our charity work, you will be excepted
to madinah.    11:52 PM"

[See UCE skype chat, government exibit UC 8-12 SKYPE]

When Madinah University's school year starts is not top secret
information, like most schools, it's on their website. If you
know arabic and you have internet you can see this. The school
year for Madinah starts Maharram, the first month of the Islamic
calandar. Daoud was locked up the end of the 10th Islamic month
Shawwal, Ramadan is the 9th month. [see affidavit]

Almost if not every page in every transcript between Daoud
and the agents they call Daoud Akhi - my brother -. pick up any
page , and in some variation they are calling him this.

"In Sorrells, the court found that an entrapment instruction
was warranted even though defendant was promised no extravagent
profit for obtaining alcohol for the government informant; the
informant's persistent appeal to military camaraderie qualified
as a potentially entrapping inducement. 287 U.S. at 441 "
[Taken from Mayfield case]

Nothing about the transactions at issue in Sorrel, Sherman,
and Jacobson can be characterized as 'extraordinary' as that
term is colloquically [2014 U.S. App. LEXIS 43] understood. The
entrapment defense was available because the government's solicitation
of the crime was accompanied by subtle and persistent artifices
and devices that created a risk that an otherwise law - abiding
person would take the bait. The ploys were not 'extraordinary'

in the strong sense of tha-t word, but they exceeded the typical
Sting in which the government merely offers an ordinary opportunity
to commit a crime, without more."
[See quote taken from Mayfield]

Daoud wasn't paid to do this. He agreed to go because he was
doing the right thing for Allah, Islam, and the Muslim people.
And the agents acted like they were his Muslim brothers who also
wanted to do the right thing, felt the same pain he did for his
people, and continued to call him...

When I read Sorrels "military camaraderie" I laugh. This is
nothing compared to how they exploited how Daoud feels about
his most sacred beliefs, his loyalty to Islam, Muslims, and Jihad. on the Path of Allah
The Messenger of Allah, may Allah bless him and grant him peace,
said: Jihad is the peak of Islam.

Contrary to the other cases , this plot, on top of that, was
quite extrordinary. Blow up a city block and let them know we
don't want them in Afghanistan. Never come back. All you got
to do - is push the button. You won't get away with it. You'll
get away with it for many years. Do it.

Let's not live in a fantasy world. Jacobson was innocent. But
he's a child molester! No body likes those cases. But you still
induced him. He was still obeying the law. Sherman was innocent
~~because he was~~
of giving someone drugs. But he's a druggie! He's a Dope-head!
But he was still innocent. you used what you knew about him to
set him up. The CI said he was going through withdrawal. Daoud
is innocent. But he's a terrorist! He said so! But he's still
innocent of the charges. And you manipulated him using his most
sacred beleifs, his guilt for not helping the Muslim people,

168

and his anger for the sake of Allah about America's injustices towards them. The fantasy world would be that Jacobson never liked boys, Sherman was never addicted to drugs, and Sorrels didn't agree to sell alcohol during prohibition, or that Daoud wasn't a fan of terrorist groups.

The best reason anyone could give to keep Daoud in jail is that he's dangerous because his Radical belief system - HIS RELIGION. It was a reason enough to arrest him when he said Bin Laden and Awlaki are following true Islam, and I want to be a sheikh to preach that Islam. The bomb plot at this point is irrelevant. The real reason Daoud was arrested is clear. Even if him being an Islamic Fundamentalist makes him dangerous then consider: How many other dangerous people are left alone or even released from prison every day for no other reason than the fact that it's the law?

Part 4: Epilogue and the Affidavit

The other 2 cases

Before 9/14/2012, Daoud never got locked up, and never felt handcuffs prior to that night.

Since being locked up the government gave him 2 more cases. And then what? you guessed it. We'll make the other cases go away if you just plea guilty to Weapons of Mass Destruction.

The first case is their main and strongest case. The case I just went over about 200 pages. I wasn't planning to make it that long. I promise though, it's still a summary. ~~I was trying to make it brief but at the same time complete.~~

If the FBI/FIB treated Daoud this way the first case, how about ~~the~~ their star witnesses in these other 2 cases? A jail-house Gangster Snitch and a child molester. I mean if you think somehow they are more reliable than Daoud could they also be more reliable than FBI agents?

This is their witness for their second "Vino" William Vincent Paschal,

"Three subjects,  Sean M. Peoples, M/B/08DEC 1983, William V. Paschal M/B/12DEC1978 and Suan Paul C, Williams, M/B/29DEC1986 were detained with the assistance of CPD units. Victims Chakira Pasco, Darece Lake, and Antoinet Lake arrived at the scene of detention and positively identified all 3 subjects as the offenders who were inside of 12638 S. Paulina, residence of victim Darece Lake, who took their purses and other items while at gunpoint."

"Once inside they seperated the victims and held each one at gunpoint, as they ransack the house in there attempt to find something to take. The offender who was assigned to Ms. Darece A. Lake had pointed his weapon at her direction. He then threw

171

her on the ground, next he stepped on her hand, and demanded money from her. He then saw the chain she was wearing and took it from around her neck.

The offender who was assigned to victim chakira V. Pasco had ordered her at gunpoint to get on the ground. He then sat on her buttock as he pointed his gun in the back of her head, after he demanded from her. She told the offender that the only money she had was in her pocket. The offender then retrieved some money out her pocket. The offender then hit her in the head with his gun and asked for more money. The offender also told her if he didn't get any money that he was gone to shoot her."

" I then questioned William V. Paschal and at 1:51 Pm he was given his constitutional rights and warnings, which he stated that he understood. He then demonstrated by initiating each segment. He also finalizes the form by signing the document as I witnessed. In our conversation he explained that he was working with a Chicago detective as a informant, regarding weapons trafficking. He had gone on to say that the victims in this incident was not the targets for the Chicago investigation. I also explained that he was not to be conducting his own investigation without the Chicago detective consent. When asked what was his part in this incident. He just stated since I didn't want to contact the Chicago detective for him, he no longer wanted to talk to me."
[See report at CPPD_001-000001.pdf, pg. 4, 9, 10, out of 17, dated 10/13/2010, Home Invasion]

This if their witness for the 3rd case, Justin Hancock,
"Hancock pled guilty to knowingly transporting child pornography..
See 18 U.S.C ss 2252 A(a)(1). He [2016 U.S. App. LEXIS 2] admitted

172

that he had 1200 videos and 16,000 images of child pornography, many of which were graphic in nature, and involved sexual acts, including sexual intercourse with prepubescent children.' His plea agreement specifically mentioned images and videos of prepubescent females performing oral sex on , or being vaginally or anally raped by adult males."

[See United States of America v. Justin Hancock, 825 F. 3d 340; 2016 U.S. App. LEXIS 10137 No. 15-1779]

Vino is clearly a manipulator, and you wouldn't trust Hancock with the camera you used to record his statement.

Besides a phone call they said Daoud ordered the  the hit on UCE, "discovered" by Vino, the gangster snitch, and the last few days Vino was recording Daoud in their cell, the whole month or 2 months they ~~were~~ were locked in a cell together before that, for nearly 24 hours a day, is completely based on his word.

Then after Daoud's lawyers talked Daoud into doing the Alford plea, after they couldn't get him to sign the prosecutors' plea agreement, they receive evidence ~~that~~ that Vino got $15,000 for setting up Daoud, getting the bond he wanted before Christmas; that his handler, the detective, Drake Carpenter was with him on the phone as he told him, "Yeah I got him to say what I needed him to say. I maneuvered man... I maneuvered like a mother fucker man..." His handler just says, "That's good... he doesn't understand the game"

[See former counsel's 2019 sentencing memorandum]

This is beside the fact that the recording they had weren't a a full 24 hours in a day, and Vino knew which hours were recording. They said Daoud solicited Vino to order a hit on UCE "Mudafar"

173

for $20,000. Is that what happened? And was it $20,000 or Jolly Ranchers? [See Affidavit]

Hancock wrote his statement And had it recorded twice. They claimed on May 23, 2015 Daoud attempted to murder Hancock for a drawing he made in December the previous year, due to it being religiously offensive.

They bank entirely on motive, taken from posts Daoud made in the first case to "prove" the other 2 cases. "Murder for Hire" and attempted murder of an inmate.

Hancock said he could never forget that day - May 13, 2015 - [See Hancock's video testimony]

He was not going to die. There is no proof of attempted murder and he changed his story from,
"When asked why he thought Daoud attacked him he explained about 6 months ago Daoud assaulted him. Hancock said that, 'Someone must have gotten in his ear because we were friends, we had settled that.'"
[See Mcc's report, 302_014-000001.pdf]
to his sentencing video testimony saying Daoud was plotting the
<sub>him</sub>
whole time to kill and tried to slit his throat.

I talked to the C.O. who worked the unit that day. In the MCC report, he's interviewed too. There is no indication at all in his story, that this was as serious as they paint it. This could have been a jail ticket - 120 days no commissary - [See Affidavit]

174

Other Attempts to keep Daoud in Prison and the very real threat
of Double Jeopardy

The first case depends entirely on Motive - he was planning
this because - this is what he believed in -! Look at his messages
and comments! Look at his books and magazines! Look at his videos
and songs!

That's the case. The same stuff is used in the other 2 cases
as supporting evidences.

Take what happened recently for example, when ~~SIS~~ BOP intelligence
services ~~in MCC prison~~ in MCC Chicago labelled Daoud now as an ISIS member:
A C.O. hears Daoud having a conversation about being happy
of Americans leaving Afghanistan. Pro Jihad Pro Taliban statements.
So the C.O reports to Counter Terrorism of the BOP, Counter Terrorism
tells SIS to search Daoud's stuff. They tell him: Do you got
a cup? A mug...? Daoud hands him his cup. He's not ashamed. What's
on his cup? The Shahada. Arabic writing ca rved: There's no god
but Allah, Muhammad is the Messenger of Allah. SIS showed Daoud
a copy of the Shahada drawn the same way, and Daoud confirmed
it was the same thing. They said this is the ISIS flag and that
the Shahada is an Extremist Slogan. They went to his stuff and
took Arabic materials. They took nasheeds he copied from his
discovery, his Arabic notes, said he authored them, and classified
him in the Jail Sentry as being an ISIS member.

Remember: Pro Taliban statements or Pro Jihad statements +
Shahada Cup + (what they found) Arabic war songs / nasheeds about
Saving Jerusalem = ISIS member. Daoud fears the same evidence
in his case or the same kind of evidence that was used in his
case will be used to justify locking him up again when he gets

175

out of prison. [See Affidavit]

The following are quotes from "MCC-DAOUD_001 Bates stamped SENSITIVE"

Description, "Enclosed is a disc containing reports from the MCC along with photos of items seized from your cell"

Report date: 6/5/2023

"Daoud will receive the security Threat Group assignment of ISIL-ISIS" pg. 14

"On September 14, 2012, when Daoud committed his instant offense, ISIS did not exist formally. Over time and based on the aforementioned information it appears Daoud has become a supporter of ISIS and their version of Islam. Instead of stepping away from radical ideology, Daoud has embraced it. Daoud appears to be escalating his support for ISIS, which is concerning with his upcoming release date of May 3, 2026." pg. 13

"Inmate Daoud was talking to inmate Smith about 'Osama Bin Laden' and supporting of 'Taliban in getting Americans out of Afghanistan... Inmate Daoud was specifically talking about a 1000 pound bomb'" pg. 2

"Inmate Daoud would often state an extremist Jihad ITO belief and attempting to get Inmate smith to agree" pg. 3

"Both Inmates stated they would not engage in similar conversations" About the Cup,

"Inmate Daoud explained that the flag/Arabic writing was a flag the Prophet Muhammad rode, with into battle and translated to 'There is no God but Allah' and existed long before - ISIL'" pg. 5

Then the Arabic writings,

176

"IA Boussay noticed that the Arabic writing had nothing to do with Arabic media outlets or Daoud's criminal case and instead was handwritten Nasheeds, or chants often found in the background of ISIS propaganda videos." pg. 5

"Additionally an open - source search of the nasheeds/chants yielded negative results. This means Daoud created them, and he did not derive them from something already written." pg. 14

"Daoud wrote a song titled 'the Fighting of the soldiers of God' This song, appears to be about the conflict between ~~Israela~~ Jerusalem and Palestine." pg. 7

"Daoud wrote another song about Jerusalem titled, 'Jerusalem is calling us '... about the mujahideen killing people of the Jewish faith and 'taking back' Jerusalem'" pg. 7

"The final song is about waging Jihad against the disbelievers, those that have transgressed against Islam and the awakening of a generation." pg. 8

"Subject: Discussion of International Terrorist (ITO) Support and Recruitment." pg. 7  sound familar?

[Compare with Affidavit]

Their latest Attempt

While I was making this document, leaks of what I was writing were obtained by the Prosecutors and were used during the sentencing proceedings June 22nd and 23rd 2023. UCE now makes the claim Daoud did the wires, acknowledges knowledge of Daoud going to Madinah University, and shys away from bringing up who brought up the target, the car bomb, and the date.

Daoud was invited shortly before sentencing by the prosecutor, Barry Jonas, to see discovery he wasn't able to see in MCC prison.

This happened on appoximately 3 ocassions. One video was viewed by Daoud of him walking away from the car bomb. He told his assistant Quinn Michaelis that the angle of the video is not good because you can't see that Daoud was following UCE, and not meeting him as the agent reported. June 23rd this video which was never an exibit before was played at his resentencing hearing with a short notice shortly before the hearing, and after he went to their office and talked about the video with Ms.Michaelis.

The Ipod classic was finally given to Daoud to see in one of these meetings. The screen was broken, and it wasn't working despite the fact he was provided with a charger. The Ipod classic had everything he was consuming from his computer. And only samples of his computers were copied. If videos and songs are evidence, really evidence in this case then that means the Government, has again, destroyed evidence.

   "Justice delayed is Justice denied."
Martin Luther King Jr

Sincerely,
Adel Daoud

178

US District Court

Northern District of Illinois

Eastern Division

USA                                            12 CR 723

v.                                             13 CR 703

Adel Daoud                                     15 CR 487

Affidavit in Support to the Attached Memorandum

I hereby affirm that the following facts are true, correct,
and complete. That I am of majority age, and competent to state
the matters herein. In support Affiant, Adel Daoud, will state
the following:

The first Case

1. THAT I never had an actual plan to commit the bombing before
meeting UCE, or OCEs.

2. UCE wanted me to help him with his group's plan

3. I was not able to come up with more ideas on how to do an
attack. This is why I gave him targets instead.

4. When I gave him the targets, I thought my job was done. UCE
pushed me to participate

5. UCE told me to take pictures of the target once I agreed.

6. UCE insisted that I pick the target from my list. When I said
a military base, he didn't agree. When I said a bar, he agreed

7. UCE came up with using a car bomb

8. The FBI picked the date of the operation. I never told someone
'let's bomb the week of 9/11 before I go to Madinah University'
, or something to that effect

9. Before pushing the button, I never activated the bomb, attach
wires, or help make the bomb

10. UCE told me and promised me multiple times that I would not
go to jail for helping him, and that this operation would be
successful. The purpose of the attack was to tell America to
leave Afghanistan and stop murdering Muslim people in other countries,
including their support for Israel and tyranical governments
in the Muslim world

11. If UCE never made me these promises I would never participate

12. If I thought for any reason that this plot was morally wrong
or sinful, I would never agree.

13. If I thought that for whatever reason UCE was no longer able
to produce the bomb, I wasn't going to make one myself, or do
any terrorist attack without him.

14. When UCE gave me the ultimatum to come 'only if I believe
in Jihad', I understood that to mean that if I didn't come with
him I would be a fake Muslim and a bad person who God would punish.
"No matter what happens, at least I won't be a hypocrite." Was
may last thought before pushing the button with UCE.

15. I believe the Quran is the literal words of Allah, and that
Muhammad , may Allah bless him and grant him peace, didn't speak
from his own desire but revelation inspired by the Almighty.
Jihad is in the Quran and the teachings and life of prophet Muhammad,
may Allah bless him and grant him peace. To disbelieve in anything
God or His Messenger said, or to even doubt it is considered
disbelief in my Religion. UCE told me his sheikh wanted to make
sure 'i have no doubt in my heart.' A hypocrite ie. a fake Muslim
is condemned in the Quran more than anyone else. I felt that
refusing to come with UCE meant what he said, namely, "Jihad
is something you believe in", "it's not something someone can

force on you, because you know in Islam you can't force anybody" and "Jihad is something you believe in. Either you believe in it or you don't." I.e. if I didn't come , then I didn't believe in Jihad. Therefore I would be rejecting the Quran and the Sunnah of Muhammad, may Allah bless him and grant him peace. I would be a hypocrite, a fake Muslim, an apostate, and an infidel. When he said "in Islam you can't force anybody" I thought he was referring to verse 2:256 of the Quran : Let there be no compulsion in religion... which is a verse explaining not to force nonbelievers living with the Muslims to become Muslim. No body was forcing me to be a Muslim or believe in Jihad specifically so I said Yes, I believe.

16. I was not testing UCE when I asked him the legal ruling if American women specifically were lawful targets in Islamic law. He looked me in the eye when I asked that question, and told me yes. I believed him.

17. I asked UCE about the permissibility of targetting American civilians during a Skype text chat during the month of Ramadan. He said his sheikh knew scholars more knowledgable than the Sheikh I talked to, and that Osama bin Laden, may Allah have mercy on him, understood Jihad more than any sheikh in America. He gave me the above stated ultimatum, and told me not to talk to the sheikh again. [the ultimatum, i.e. Either you believe in Jihad or you don't]

18. I told UCE I wanted to press the button with him. Meaning, we can press the button together. When I pressed the button, we were both holding the remote, and we were therefore pressing the button together. That was my intention.

19. Then UCE let go the remote, and told me, "Press the button

181

again, brother." I did and when "we" were getting arrested he
screamed, "How did they know?!??!" This is not on the audio provided
to me. And I still never saw the video where we pushed the button.
20. The Audio was tampered with, and I know because I was the
one being recorded. One example, is when UCE was driving me downtown
on 9/14/2012. It was Sunset, and that coupled with the lights
of the skyscrapers looked beautiful to me, so I said, "Masha
Allah, so beautiful." Meaning, Allah has willed, so beautiful.
UCE looked at me with disbelief and there was a dead silence.
I waved my hands in fear, "I wasn't praising them in any way!
I just like the landscape!" Meaning I'm not praising the American
disbelievers. I'm loyal to Islam. But it looks beautiful.
21. The dead silence didn't end until I broke the ice by saying,
"Would it hurt them if we targetted the Sears tower?" Then he
finally spoke and said, "Yes. it's worth millions of dollars."
I said "maybe we should target ~~taht~~ that one next" and laughed.
22. This is not in the Audio. Whenever I said, "Masha Allah"
it sounds faster and sarcastic. "Masha Allah so beautiful maybe
we should target that one next, hahaha!" Is all that's left from
the above dialogue.  I told Herman this whole story and I asked
Durkin and Herman for years by all means of communication to
get me an audio expert and they would ignore me.
23. The UCE on 9/14/2012 told me to do the wires in the car bomb.
He asked me to do this previoully and I told him no. I never
helped with the wires.  On 9/14/12 the car bomb was already parked
in a parking lot right next to the bar. I went inside of it with
UCE when he parked his car next to the bomb car. The wires were
already connected and had yellow wire caps around them. UCE told

182

me to tighten the caps. I had my hand over one but I didn't touch
it and I was afraid to. He gently twisted my fingers around it
and said, "Like this." When I saw how simple his request was
I twisted the cap *second* and said, "I overestimated the difficulty."
He responded, "Yes *yeah* you overestimated the difficulty." The caps
and the wires , resembled an old light bulb that was still on,
but you can still twist tighter.

24. I do not know every time they changed the Audio recordings
because they were very long.

How the FULL Investigation Began

25. I read redacted evidence pertaining to my case which I no
longer have.

26. The document 302_002-000001.pdf, the FBI Report said they
were already spying on my email account drobnigga21@yahoo.com
along with other email accounts before they launched their "Full"
Investigation on me on 5/10/2012. They made no mention of any
warrant. This same introduction is repeated and redacted in many
documents and none of them mentioned any warrant or justification
for this surveillance.

27. They , the FBI, said that I made the post that I would make
"the bomb" if I could find the required materials, on ansar1.info
- ansar al mujahideen- I never made this post and I never said
this

28. They had Redacted OIAs- otherwise illegal activities. This
included how much money they can give someone to establish credability
at one time, and a larger sum of how much they can spend per
operation. It included reposting pro-jihad videos on pro-jihad
forums

29. OCE "Salah" commented on the document labeled DCa_001-000455.pdf, 7 points. These points were redacted, which I read multiple times. To the best of my collection, almost verbatum, he said the following:

The based on his communications with me that

(1.) That Daoud understands the implications of his statements

(2.) That Daoud told his father his interest at some point

(3.) That Daoud understands his motivation for Jihad and the religious justification for such

(4.) That Daoud doesn't see a distinction between civilians and military personel. That his Radicalization is at an assumed advanced stage, and any attempt to persuade him to a different idea or concept is unlikely to succeed

(5.) That Daoud plans to study abroad to Madinah University with the goal of eventually joining an armed jihadist conflict overseas, but still remains devoted for armed Jihadist action in the United States.

(6.) That Should he be stopped from traveling, by say say, law enforcement, then committing an armed Jihadist attack in the U.S. will become his priority.

(7.) That Daoud's ability and willingness to radicalize others makes him a threat that could only increase with time

30. All the FBI reports had captions redacted marked, "Sunni Extremism" and "Shabaka Ranger." I am a Sunni Muslim.

31. I told Thomas Anthony Durkin and Joshua G. Herman that I was able to read the redacted texts. This was some time after the Appellate Court refused to let them see it and they tried to get a hearing in front of the Supreme court.

32. When I told Durkin and Herman this information in the courthouse

184

legal visiting room, they darted their eyes, got scared, and said "We cannot uАe." And that if they did the government would remove them from being my counsel.

33. Prior to that I brought up the Redacted evidence to Joshua Herman during a legal visit at MCC prison. He said , "Do you know what Shabaka Ranger is?" I said, "No, what iА it?" He got scared and stopped talking.

## More on the First Case

34. I have no ideology besides Islam. I was studying and I'm still Аtudying to become a scholar of Islam

35. When I told OCE "Iyad" about discuАsing plans, I was not talking about the bomb plot or some other terrorist attack.

36. When I told OCE "Salah" that I had a realistic idea if he came to America, I was not taАking about the bomb plot. I was not planning on doing a terrorist attack with him if he came either. I thought I was clear on that when I told him I was expecting to go to Madinah UniverАity right after Ramadan.

37. I was never going to do a terrorist attack becauАe I was planning to go to Madinah UniverАity right after Ramadan for at least 6 years, and probably more becauАe of my interest in Islamic sciences. The bomb plot was not my invention.

38. My other reasons for not wanting to do a terrorist attack besides my plans to travel, included not wanting to go to prison for the sake of my parents, and not being capable of doing any attack that would effectively change U.S. Foreign Policy.

39. I hated Israel Аince I was 11 yearА old whenever I tried to find Palestine on the map and I was briefly explained why.

40. I hated America since I was 12 yearА old. I liАtened to Shaykh

Anwar al Awlaki, may Allah have mercy on him, since I was 13
years old. Awlaki didn't join Al Qaeda yet and was still considered
a popular and moderate Islamic speaker. I was also a "moderate
Muslim." I disagreed with 9/11 growing up, but I understood
the motive.

41. I only believed 9/11 was an inside job by the U.S government
for a year including when I made the "Osama bin Laden I know" powerpoint
project for school senior year high school. I watched Osama videos
since I was 17 years old. After I became a supporter of Al Qaeda
I found out that Shaykh Awlaki also joined Al Qaeda.

42. I wanted to become a scholar of the Religion because I love
reading books and teaching people what I learned from those books.
I grew a love for being outspoken, and speaking the truth even
when I would be misunderstood by people or If I offended others,
including the U.S. government.

43. I wanted to be a scholar who would not not censored or compromised
by the U.S. government or any government. I had the intention
to tell Muslims the truth about our Religion even about Jihad
or controversal issues besides Jihad. I had the intention that
if someone told me, 'Daoud, don't preach about ABC' that I would
preach ABC.

44.     Everything I searched about whether it was Halal to kill
civilians, or to conduct suicide bombings, etc was part of my
learning of what is acceptable in Islamic law concerning the
Just war God named Jihad.  These were not part of plans for a
terrorist attack.

45. Everything I watched such as 'how to make a pen bomb' or
'how to make tnt' was due to curiousity and boredom online. I

never made or tried to make these things, even for fun.

The book I had on my kindle about IEDs was confusing to me and I stopped reading it after a few pages. I found that same book in a bookstore catalogue.

Inspire had well written articles and good quality designs and images. It was a cool magazine. The fact that it had bomb articles in some of them made it even cooler.

The Organic Chemistry of explosives book never worked when i clicked on it, and neither did the illustrated sniper skills book.

46. Being a Shaheed is a good thing because Allah said in the Quran it's a good thing and that the shuhada i.e. shaheeds ~~with~~ will be with the Prophets in Paradise. I don't know when or how I will die. I hope one day, somehow , I will be a shaheed. It's recommended in my Religion to wish to be a Shaheed, and our Prophet and many of his companions asked to be martyrs and many really did. May Allah bless them accept them, and grant them peace forever, Ameen.

47. I called myself a terrorist because my loyalty to Islam and and Muslims, and specifically Quran surah 8 verse 60: and prepare what you can against your enemy and the enemy of Allah from power and steeds of war in order to terrorize them... an Islamic terrorist terrorizes the enemies of Islam in order to defend Justice and earn God's pleasure. That's the concept. It has nothing ~~to do~~ to do with a specific plot to bomb something.

The Second Case

48. Vino William Vincent Paschal asked me for $20,000, ~~about~~ - To Get a Bond - while we were in a cell together in Kankakee. Then, when I said ~~that~~ I have no money, he asked if he did something bad to me if

my parents would pay him to stop. Then he asked if I'd pay him
to do a terrorist attack. I said no.

49. He kept asking me about my case until I told him the whole
case. He learned also a lot about my personal life including
the house my family has in Egypt. He got the number of the agent
because he would snap [snatch] pages from my discovery while I was reading
and tell me to identify them.

50. Vino would punch me, pull my hair, twist my arm, "borrow"
a ton of commissary and phone calls and never pay back, and constanly
yell and insult me, which I could do nothing but insult him back.
He would make open and subtle threats against me. He would threaten
to beat me up and told me about an "Arab boy" that got raped
in the unit next to us, which he didn't stop. There were no other
Arabs besides me while I was in that jail , or even Muslims at
all besides 3 during the 4 months I was there.

51. I had a cellee that was Muslim and the pod worker, I called
"drey." They moved him 4 cells down because "that's where they
usually put the pod worker," he told me. Then the police put
Vino in my cell.

52.Vino ordered me to practice a code at random that I didn't
understand until I got the 2nd case. He told me he wanted to
kill UCE for free because he wanted to. He also wanted a $20,000
loan to bond out of jail from his "assassin" who he wanted me
to call. He wanted me to say the code to the "assassin" so the
"assassin" would believe that I was a real person and would pay
Vino the $20,000 back to pay back the "assassin."

53. The code was:

You got the picture?

How much you got?

20gs.

We would always have the same parts, with me saying "20gs." He told me to practice it randomly which I did. Do you got the Picture? I'd start till the end.

When I asked what picture he was talking about he, "You know! A picture! Like a painting!"

When i screamed "what 20gs I don't have any money!" He told me he knew but it was just to get a loan from the "assassin" for him to get a bond.

When he explained to me he wanted me to call the assassin from my phone, I screamed "Hell no!"

Vino shaked me and yelled at my face , "YOU'RE GONNA DO YOUR PART!!"

54. Vino changed that code after I practiced the old code in the recorded cell to "How is uncle Mike doing."

55. Vino ordered me to give him a "gift" for while we were in the recorded cell after he order the "assassination" of UCE. I screamed, " What you want? Commissary?!?" He yelled , " DON't TELL ME WHAT THE GIFT IS!"

56. Vino tried to set me up with a fake terrorist he called "Taha." When he told me he wanted me to talk to Taha on the phone, I wrote a list of questions to make sure he's not another spy, then and explained it to Vino upon him asking me, he ripped my questions while screaming and cancelled the call.

57. The entire time I wouldn't move cells or complain because last time I did that people were calling me a snitch and I feared for my safety.

189

58. Guards in Kankakee called me privately while Vino was recording me and asked me if he was bullying me. I lied and said no, he's a nice guy.

59. I told Vino while we were recorded about the assassination, "You know I got nothing to do with this right?" He screamed, "WHAT YOU MEAN YOU HAVE NOTHING TO DO WITH IT" This isn't in the recording

60. I asked Vino if he'd snitch to go home to his family. He was almost asleep but immediately got up and screamed, "DID YOU JUST CALL ME A SNITCH?!?!" I was scared to indicate to him in anyway that I knew he was a snitch.

61. I knew he didn't kill anyone when I made the call and lied when I said I was relieved. I was happy when they moved me back to the other unit without him.

When he said the agent was dead, I gave him the "gift" which was a Quran translation - because he needed one - and commissary I knew he liked including Jolly Rancers, donuts, and tortilla chips. I never agreed or understood that I ever have to pay him $20,000.

62. I was more scared of Vino than the possible consequences in court. I thought , "What are they gonna do? Give me more discovery?" That was less scary than making Vino mad. When I left the unit, he by this time, memorized my phone password and stole the rest of my phone money.

63. I did not solicit Vino to kill UCE

**The Third Case**

64. I did not attempt to murder Justin Hancock

65. On or about January 31, 2023, tuesday, I went down to medical

190

services at MCC Chicago prison for a blood test. I was in a room
with J. King and nurse Holubik. King was the C.O. working on
the unit the day I attacked Hancock on May 23, 2015.
66. King said he thought there was a fight, and didn't even know
there was a stabbing until the other police told him. He went
to Hancock's cell and said, "What? What happened?"
Hancock said, "Daoud attacked me."
King lips, "Yeah, whatever," calls the lieutenent and this was
the first time he ever had to call the lieutenent for something
67. The story was humorous and at no point of time did it sound
like attempted murder. I did not ask King to tell me the story
and he insisted that I listen. I listened to his side of the
story with Holubik.

MCC search of my stuff May 2023

68. SIS Harris called me and another prisoner and told me that
someone overheard me talking to Inmate Smith about a 1000 pound
bomb and Osama bin Laden. I told him that's my case and I was
talking to him about my case. He told me ," You better stop talking
about that stuff, or not, I don't care." I never agreed to stop
talking about it.
69. Then a couple weeks later I got a visit from SIS Baufard
(check spelling) and she informed me that they were going to
search my stuff. Then she specifically about "a cup... a mug.."
I asked her if she wanted to see it, and I knew what she was
talking about. She said yes. I brought it back and showed her
without shame because I had the Shahada carved on the cup. She
showed me a print out of the same thing from the internet, and
I confirmed it was the same. She told me this is the "ISIS flag"

70. I told her this is Arabic for "There is no god but Allah, Muhammad is the Messenger of Allah", that this is the Islamic flag and any Muslim could use it.

71. She said the Shahada is an extremist slogan. I told her "No it's not, it's in our prayers, our call to prayer, you need to say and believe this to be a Muslim ." When I said this same thing is written by many groups and flags, including Saudi Arabia, she insisted this was used by ISIS because of its design. I told her I understand what she meant but what she was saying doesen't change what I'm saying. LT. Crout who was with her said, "You're right" or "He's right" referring to me.

72. I told SIS Boufard that the Arabic writings were part of my learning Arabic and stuff I copied from my discovery. I told her Media is used in my discovery and a lot of it is Arabic. I did not mean to say and I did not say media "outlets." I do not know everything that was taken because I have a lot of legal materials, Arabic, papers inside and out side the legal boxes they searched. I did not agree with her reasoning to take my cup because many prisoners put flags or otherwise mark their cups to prevent them from being stolen. I put my religion on mine.

73. SIS Baufard promised to give me back my papers back, all of which she still didn't give them was not part of the copies used against me in court or in the CD provided for me. I had a lot of Arabic notes that I was using to learn Arabic, besides the stuff I copied from my discovery.

## My Former Attorneys

Joshua G.

74. My former lawyers, Thomas Anthony Durkin and Herman told me I'd go to trial the whole time I was incarcerated until almost

7 years into the case, Durkin talked me into doing the Alford
plea pleading , "I don't want to see you get hurt." He insisted
that I sign the prosecutors agreement, but when I told him it's
against my religion to sign false confessions, he insisted instead
on doing the Alford plea so I can maintain my innocence, and
this is something he brought up before.

75. Durkin and Herman brought up the idea of signing multiple
times but I was not interested in the deal and I still wanted
to go to trial to prove my innocence. Once they called me to
the prosecutors' office and my mom was allowed to bring in real
homemade food. My lawyers were there, my parents were there,
and the prosecutors were there briefly and then left me to talk
to my lawyers and parents. The whole purpose of the meeting was
to get me to sign and for my parents to encourage me to sign.
I wouldn't sign. Another meeting like this took place and it
was still not successful. Durkin asked the prosecutors if they
could agree to an Alford plea since I insisted I was innocent.
They said no. This was the first Home Food meeting. One of
the prosecutors, I believe William Ridgeway, told me that I wasn't
"as bad" as the other Muslims with terrorism cases, and this
is withstanding the fact that I had 3 cases. I asked them if
Joining the Free Syrian Army would be considered cooperation
since they are openly being funded by the U.S. Government. Ridgeway
said that to send me to Free Syrian Army "would be Treason," Durkin
thought the whole thing was crazy.

The deals offered to me consisted of pleaing guilty to attempted
Use of a Weapon of Mass Destruction, and dropping the other 2
cases.

76. When I got sentenced, and the prosecutors appealed the sentence and won, I came back to MCC Chicago. I asked Durkin if I had grounds to take back my Alford plea. He said I had "plenty of grounds" because I "didn't get any benefits from the Alford plea" and they treated me just like a guilty person". I said "Good. Take back my plea. I'm going to trial." He started screaming, cussing, and refusing my request while saying it was "a suicide mission" and I repeated his yelling screaming and cussing a few times. I told him "What's the difference? This is the same case. Nothing is different" He gave me an ultimatum, "If you want to go to trial you might as well fire us." So I did. While I was doing that, I consequently found out that the funds he was still receiving from my dad was extortion and fraud and I filed on this previously. This included Durkin, Herman, and Dr. Steven Xenakis. My allegations made so much sense Judge Lee finally *And found me competent without drugs* allowed Durkin to leave my case. Barry Jonas said in court over the phone that Durkin tried to get him to agree to a competency hearing "to cover up what he's doing."

The Cheating Prosecutor

77. Shortly before the first days of resentencing proceedings in June 22 and 23 2023, in about 3 occasions, I was invited to the courthouse to use laptop in the prosecutors' office to view discovery I could not see in MCC Chicago's discovery computers. My sidebar counsel Quinn Michaelis was there these occasions.

78. There was a video I watched on one of these occasions on the laptop, and I explained to Ms. Michaelis that it was not a good video because of the angle. You cannot see in the video that I am really following UCE and UCE claimed that I met him

alley rather than following him. It also didn't show the pushing
of the button. AUSA Jonas said they could see me and Michaelis
on camera but not hear us. UCE for the first time testified that
I met him in the alley at resentencing, consistent with the report
he made, but not brought up his last testimony 2019. More important
-ly, this video was not an exibit ever played in court until
after this meeting and the fact it would be an exibit was shortly
given before resentencing and after the aforementioned meeting.
79. The videos that didn't work in the jail didn't work in the
prosecutors' laptop provided to me in the courthouse. I have
never seen the video of UCE and me pushing the button.
80. On the 3rd meeting they finally brought me my Ipod classic,
which I had on my person the night I was arrested, and was working
on that night. Upon seeing it, it didn't work even though the
government provided me with a charger. The screen was broken.
I had over 700 nasheeds, not all pertaining to Jihad, and I had
over 2000 audio files on Islamic lectures, and not just by Shaykh
Anwar al Awlaki but over a dozen scholars and over a dozen Islamic
topics. The entire Quran by multiple recitors, audio books, videos,
and everything I was actually playing from the files saved on
my computer were ont this device. Only samples of the computters
from my houlle were provided to me or could be provided to me
according to AUSA Jonas
81. Pages of this Memo before I completed it, were used and pre-
refutation attempts of what I wrote were made so far during resentencing
; One example is the claim that I connected the wires. This was
not in UCE's last testimony, nor was the video where they claimed
I did this. I did not connect the wires.

82. I asked Barry Jonas in the last aforementioned meeting for the other angles of the aforementioned video where I walk away from the car bomb. He said, "Do you need the other angles?" I said yes. He never provided me the video

## My Fear of Retaliation

83. I am not an ISIS member or a member of any organization

84. I believe my prosecutor, Barry Jonas, takes my case personally because he is a jew, and I said a lot of things against the State of Israel and jews; specifically the Zionist Jews. These things were quoted many times throughout my case even though it has little to do with the accusations. I only found out Jonas was a Jew within the past year. He mentioned taking a day off for a Jewish holiday in court.

85. I told UCE to announce his attack through Al Qaeda. I believe ISIS has been brought up in my case in the news and in court to keep my case relevant, and to pave the way to prosecute me again using the same and/or similar evidence, such as nasheeds.

86. I fear for Retaliation coming by or through the U.S. Government for the things stated herein.

## Verification

I, Adel Daoud, will affirm under the penalty of perjury that the information stated herein in the attached Memorandum "Daoud's Sentencing Memorandum with Attached Affidavit/Objections to 'Government's Factual Basis for Defendant's Plea of Guilty Pursuant to North Carolina v. Alford'" is true and that I have written/typed and read this Affidavit and submit the same with purpose. That this is being submitted for the reasons requested within the body of these documents. Affiant declares under the penalty of perjury pursuant to 28 USC Sec 1746 on the 6th day of July, 2023.

Respectfully submitted

_Adel Daoud_

Notary _[signature]_, Date _7-11-23_

My Commission Ends _____

SAMEKA L GIBBS
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 7, 2026

197

# Bargain Books

**July 15, 2022** Edward R. Hamilton *Bookseller* Company • Falls Village, Connecticut



Page 27 $7.95



Page 87 $4.95



Page 64 $5.95



Page 106 $12.95



Page 144 $5.95



Page 120 $4.95



Page 88 $5.95



Page 96 $5.95



Page 92 $6.95



Page 20 $6.95



Page 2 $7.95



Page 90 $4.95



Page 89 $4.95



Page 155 $5.95



Page 127 $5.95

# OUR GUARANTEE

198

## You must be satisfied with any item purchased from this catalog or return it within 60 days for a full refund. No questions asked.

All items are new, and all books are hardbound unless marked otherwise. Shipment is normally within 48 hours. Some items may be temporarily out of stock, in which case a second shipment will be made, normally in 14 days, but in no case later than 60 days. Most items are in limited supply and at these prices may sell out fast. If any item is sold out your money will be refunded by bank check.

# Military History

**L: Inside gram.** By es readers AL sniper Spec Ops of their art. nd mental pushed to trates how e military or photos. **$4.95**



★**1928953 EAST CHINA SEA 1945: Campaign 375.** By Brian Lane Herder. During the Pacific War, the island invasions of Iwo Jima and Okinawa were the last two major ground campaigns. This well illustrated work explores the air-sea aspects of the pivotal battles that took place. It also explores the devastating impact of the kamikaze attacks, and considers the contributions of the USAAF and the British Pacific Fleet. 96 pages. Osprey. Paperbound. Pub. at $24.00 **$17.95**

**E D-DAY: Slapton** s a work of ale how at l lost their exercise, jer." The question ts of the ortance of of photos. **$7.95**



**1922424 JULIUS CAESAR'S INVASION OF BRITAIN: Solving a 2,000-Year-Old Mystery.** By Roger Nolan. This ground-breaking study painstakingly traces the places where the Romans landed in 55 BC and 54 BC, and also reveals four temporary marching camps that Caesar's army built as it drove up from the South Coast in pursuit of the British tribal leader, Cassivellaunus. Nolan also identifies the place mentioned in Caesar's Commentaries where the British ambushed the Romans. Color photos. 145 pages. Frontline. Pub. at $34.95 **$6.95**

**ER' UNITS t Aircraft** s no other American than the acemaker." features of e 1950s, it innovation s with the 96 pages. **$7.95**

nce of the yti. One of s ever built, l the bar in operational l. Through pilots who work, and what it was l fighters. **$16.95**



**4944453 HELL WEEK & BEYOND: The Making of a Navy SEAL.** By Scott McEwen. McEwen describes the seven most grueling days of a Navy SEAL's training, using each one to teach the reader a lesson about grit and perseverance in their own personal "hell weeks." 294 pages. Center Street. Pub. at $28.00 **$7.95**

attle **Story.** 2, 1879, a ,700 British erwhelming his compact lled profiles, strations of istory Press. **$7.95**

**4986350 HOWARD'S WHIRLYBIRDS: Howard Hughes' Amazing Pioneering Helicopter Exploits.** By Donald J. Porter. From the Second World War to the mid-1980s, discover how many of the world's most innovative helicopters were developed under the leadership of Howard Hughes, one of the most fascinating characters of the 20th century. 224 pages. Fonthill. Paperbound. Pub. at $29.95 **$7.95**

**LM: Their Fate of a** 1759, after raham, the e, and the Montcalm, could know ie tale of a ry of both ng account 302 pages. **$5.95**



**1922548 OPERATION TOTALIZE: Battleground Normandy.** By Tim Saunders. By early August 1944 the Germans fighting in Normandy had been worn down by the battles around Caen, while to the west, the American Breakout was finally gaining momentum. A change of tactics to a night armored assault and the conversion of 72 self-propelled guns to armored personnel carriers was successful. Fully illus. 276 pages. Pen & Sword. Paperbound. Pub. at $22.95 **$6.95**

**UIDE TO** of the Army, detect, and on items in Understand ies of firing s, adapters, Thoroughly and safety Well illus. **$5.95**



**486817X THE WAR FOR AFRICA: Twelve Months That Transformed a Continent.** By Fred Bridgland. The Cuban-South African conflict in Angola in 1987 to 1988 can be considered a "war for Africa." It was one of the turning points in the history and development of Africa. The author's account ranges from the infantry fighting a secret war to the efforts of diplomats to bring an end of the bloodshed. Photos, some in color. 501 pages. Casemate. Pub. at $32.95 **$6.95**

atold **Story** er. Everyone Keating, in would arrive In October Acclaimed ping saga of rs who were pages. Back **$4.95**

**4982932 HOW TO BECOME A MERCENARY: The Ultimate Guide to the Weapons, Training, and Tactics of the Modern Warrior-for-Hire.** By Barry Davies. Learn where and how to find work; how to understand and apply the most modern tactics; what languages to master; which weapons are preferred; how to disappear after you've completed your job; and much more. Illus. in color. 292 pages. Skyhorse. Paperbound. Pub. at $16.99 **$5.95**

**4863038 FIGHTER AIRCRAFT SINCE 1945.** By Frank Schwede. Offering information on the development and variants of jet engines, this survey covers the initial jets available at the end of WWII up through their use and technological prowess today. Fully illus. in color. 127 pages. Pen & Sword. Paperbound. Pub. at $17.95 **$5.95**

**1922114 THE BATTLE OF PLASSEY 1757: The Victory That Won an Empire.** By Stuart Reid. Describes the events that lead to the Battle of Plassey in 1757. This victory established Britain as the dominant force in India, the whole of which gradually came under its control and became the most prized possession in its empire. Few battles in history have ever had such profound consequences. 270 pages. Frontline. Pub. at $39.95 **$7.95**

---



★**4886844 AVENGING PEARL HARBOR: The Saga of America's Battleships in the Pacific War.** By Keith Warren Lloyd. Telling the story of the severe damage dealt to each ship at Pearl Harbor, and the incredible acts of courage performed by the sailors of each crew that morning. It continues with how each ship was raised and repaired and the mustering of new commanders, officers, and crewmen. Continuing as each ship returns to the battle fleet, and the ultimate triumph at the Battle of Surigao Strait. 16 pages of photos. 330 pages. Lyons. Pub. at $29.95 **$21.95**



**4711696 U.S. ARMY IMPROVISED MUNITIONS HANDBOOK.** This handbook describes in detail how to build munitions from seemingly harmless materials that can be bought at drug or paint stores, found in junk piles, or acquired from military stocks. Features explanations of how to construct explosives, detonators, propellants, incendiaries, delays, and more. 600 illus. 251 pages. Skyhorse. Paperbound. Pub. at $12.95 **$5.95**



**1925164 U.S. ARMY OPERATIONS FIELD MANUAL.** Required reading for Army leadership, this up-to-date doctrinal guide for running the greatest army in the world details how the U.S. military will organize, train, equip, and conduct in the modern climate of "persistent conflict." Illus. 318 pages. Lyons. Paperbound. Pub. at $15.95 **$4.95**



**473548X WHEN THE IRISH INVADED CANADA: The Incredible True Story of the Civil War Veterans Who Fought for Ireland's Freedom.** By Christopher Klein. Presents the fascinating story of how a band of Union and Confederate veterans, just after the end of the Civil War in 1866, fought side by side to undertake one of the most fantastical missions in military history: to seize the British province of Canada and hold it hostage until the independence of Ireland was secured. Illus. 365 pages. Doubleday. Pub. at $28.95 **$6.95**



★**1929534 WARSHIPS IN THE BALTIC CAMPAIGN 1918-20: New Vanguard 305.** By Angus Konstam. Following the Russian Revolution, the Baltic states became a battleground between Russian Reds and Whites, German troops and emerging Baltic independence forces. In November 1918, the British decided to intervene in support of Baltic independence. Includes archive photos and illustrations of warships involved and is a concise account of this campaign. 48 pages. Osprey. Paperbound. Pub. at $19.00 **$13.95**



★**1910825 BRITISH GUNBOATS OF VICTORIA'S EMPIRE: New Vanguard 304.** By Angus Konstam. The warship that enforced the rule of the British Empire at the height of its power was the modest steam gunboat. Gunboats were the warships available anywhere in the world to advance British interests. Initially these gunboats were designed for the Crimean War, but they soon proved too useful and versatile to be scrapped. Fully illus., many in color. 48 pages. Osprey. Paperbound. Pub. at $19.00 **$13.95**



★**4897382 ARMIES OF THE GERMANIC PEOPLES 200 BC-AD 500: History, Organization & Equipment.** By Gabriele Esposito. An overview of the military history of the Germanic peoples of this period and describes in detail the weapons and tactics they employed on the battlefield. Color photos. 168 pages. Pen & Sword. Pub. at $34.95 **$26.95**

**1922068 ARMIES OF CELTIC EUROPE, 700 BC-AD 106: History, Organization & Equipment.** By Gabriele Esposito. A study of the fascinating Celtic warrior culture, their armies, strategy, tactics and equipment. Esposito features dozens of color photographs of reenactors to help bring these magnificent warriors back to life. 172 pages. Pen & Sword. Pub. at $34.95 **$9.95**

---



★**4952162 SYRIA AND LEBANON Campaign 373.** By David Sutton. In 1941, Australian, British, Indian and Free forces invaded the Vichy French-controlled mandate of Syria and Lebanon. This examines the high military and political actions that lay behind the operations, as well experiences and hardships endured by the men on the ground. The battles in Syria and Lebanon were complex actions. Well illus., some in color. 96 pages. Paperbound. Pub. at $24.00



**1922157 CENTURION: Armoured Fighting Vehicle. Post-War Tank Battles.** By Robert Jackson. An excellent source of reference for the modeler, this volume provides details of available photographs of award-winning model artworks showing the color schemes applied to these tanks, as well as tracing the history of the Centurion. 64 pages. Pen & Sword. 8½ Paperbound. Pub. at $25.95



**1922785 T-54/55: Soviet Cold War Main Battle Tank—TankCraft 16.** By Robert Jackson. As well as tracing the history of the T-54/55, this text is an excellent source of reference for the modeler, providing details of available kits and photographs of specific commissioned models, together with artworks showing the color schemes applied to these tanks. Each section of this title is supported by a wealth of archive photographs. 64 pages. Pen & Sword. 8½ Paperbound. Pub. at $22.95



**4986458 MASTERS OF MAYHEM: Lawrence of Arabia and the British Military Mission to the Hejaz.** By Stejskal. Explores how Lawrence and British Military Mission supported unconventional warfare in the Hejaz—the Arab Revolt, with the creation of Hedgehog force and formation of armored car sections and other units. Photos & 184 pages. Casemate. Pub. at $32.95



**4986482 NAPOLEON'S ADMIRALS: Flag Officers of the Arc de Triomphe 1789-1815.** By Richard Humble completely new study of the 26 admirals honored on the Arc de Triomphe in sheds new light on the longest naval modern history, 1793-1815, and those who led Napoleon's navy. Illus. 249 Casemate. Pub. at $45.00

★**4890957 THE BATTLE OF HUE 1968: Fight for Imperial City.** By James H. Willbanks. Some of the bloodiest fighting during the Communist 1968 Tet Offensive took place in Hue, the former capital of Vietnam under the Nguyen dynasty. The brutal urban battle ensued as combat raged from house to house; it was the bloodiest fight and resulted in the largest destruction of Hue. Fully illus., many in color. 96 pages. Osprey. Paperbound. Pub. at $24.00



**4910842 GENERALS OF THE ARMY: Marshall, MacArthur, Eisenhower, Arnold, Bradley.** Ed. by James H. Willbanks. Examine the connection between the institution and the success of these exceptional men. This concise volume provides an intriguing look at their lives and contributions to the defense of the Photos. 262 pages. UPKy.



★**4931599 SEMINOLE WARRIORS VERSUS US SOLDIER: Second Seminole War 1835-42.** By Ron Field. During the century, U.S. forces confronted the Seminole people in a series of bitter wars over the Florida. This study assesses the forces fielded on both sides, casting light on the tactics, weaponry, and combat record of the Seminole warriors and their U.S. opponents during the Second Seminole War. Fully illus., most in color. 80 pages. Osprey. Paperbound. Pub. at $20.00



**1922645 ROMAN EMPIRE AT WAR: A Compendium of Battles from 31 BC to AD 565.** By Don Taylor. Offers a brief description of every significant battle fought by the Roman Empire from Augustus to Justinian. The information for each is drawn exclusively from Ancient, Late Antique, and Medieval texts, in order to offer a description of each battle based on the earliest surviving sources which chronicle the event. Illus. 215 pages. Pen & Sword. Pub. at $34.95

 **Like us on Facebook.com/EdwardRHamiltonBookseller**

F I U  11-17-20  AG

# Appeals court vacates 16-year term in Loop bar terror plot

**BY JASON MEISNER**

A federal appeals court has thrown out the 16-year prison sentence for a suburban Chicago man convicted in a terrorist bombing plot, saying the judge paid only "lip service" to the seriousness of the crime and overplayed the defendant's immaturity at the time the FBI caught him in the sting.

The ruling Tuesday by the 7th U.S. Circuit Court of Appeals sends the case of Adel Daoud back to the district court for resentencing, marking yet another twist in an unusual terrorism case that began more than nine years ago when Daoud was just 17.

In addition to terrorism charges stemming from the plot to bomb the Cactus Bar & Grill, Daoud pleaded guilty to separate indictments accusing him of soliciting the murder of the undercover FBI agent at the center of the sting operation and attacking a fellow inmate with a jailhouse shank while awaiting trial in 2015.

Daoud, now 27, is being held at a federal prison facility in Kentucky and is currently scheduled for release in May 2026.

In its 26-page opinion, the appellate court wrote that in handing down the lenient sentence — which was less than half of the 40-year term requested by prosecutors — U.S. District Judge Sharon Johnson Coleman "sterilized Daoud's offense conduct in ways that cannot be reconciled" with the facts.

The appellate panel wrote it was particularly puzzled by Coleman's "general emphasis on Daoud's awkwardness, goofiness and impressionability," saying the record did not reflect that those character traits played a major role in his crimes.

"We do not see how social ineptitude could excuse repeated violent criminal behavior that reflected an extraordinary disregard for human life," Judge Amy

St. Eve wrote in the opinion, which was joined by Judges Kenneth Ripple and Michael Brennan.

In an emailed statement, Daoud's attorney, Thomas Anthony Durkin, wrote the wrongheaded opinion slapped away the "sound discretion" of a good judge with an intimate knowledge of the defendant.

"In hindsight we should have tried these cases so the public could have seen the callousness and absurdity of the government's tactics," Durkin wrote.

Daoud, of Hillside, was 17 when he came under FBI scrutiny in 2011 while exchanging messages online about his hatred of the U.S. government and his desire to die a martyr.

FBI analysts posing as terrorists eventually got Daoud to meet with an undercover agent, who was purportedly their "cousin" interested in waging jihad.



Adel Daoud

Over several months, Daoud and the agent met a few times in the Chicago area to discuss potential targets for an attack, including movie theaters, a suburban mall and military recruiting centers, prosecutors alleged. Daoud's handwritten notes he brought to one meeting made reference to a "big bomb."

In one meeting in Villa Park in August 2012, Daoud allegedly told the agent he wanted to maximize the carnage so he would feel like he "accomplished something."

"If it's only like five, 10 people, I'm not gonna feel that good," Daoud said in a recording that was played at his sentencing hearing. "I wanted something that's ... massive. I want something that's gonna make it in the news like tonight."

Daoud was arrested in an alley across from the Cactus Bar & Grill on Sept. 14, 2012, after he twice pressed the detonator to what he

thought was a 1,000-pound car bomb he'd parked outside the crowded pub.

Two months after his arrest, Daoud was being held at the Kankakee County Jail when he offered to pay $20,000 to his cellmate to have fellow street gang members track down and murder the agent who'd deceived him, saying that "all spies must die," according to prosecutors.

In May 2015, Daoud attacked a fellow inmate at the Metropolitan Correctional Center, using a toothbrush he'd fashioned into a shank to slash the victim while he slept in his cell, prosecutors said. Daoud was allegedly angry the inmate had previously drawn a picture of the Prophet Muhammad, which Daoud considered an insult to his religion.

In early hearings on the charges, Daoud was prone to frequent outbursts in court and once accused Coleman of being a reptilian overlord. The judge eventually found Daoud mentally unfit for trial and sent him to a federal facility for treatment. A year later, he was found to be rehabilitated.

In issuing her sentence in May 2019, Coleman chided both sides for infusing their arguments through the years with "hyperbole and hysteria" and said it was clear in many of the recorded conversations that Daoud was an "immature young man" who was easily egged on by the undercover agent.

But the 7th Circuit said in its opinion that Coleman had given "short shrift" to Daoud's intentions. Not only was Daoud undeterred when the FBI offered him opportunities to call off the bombing, "the possibility of mass casualties excited and motivated (him)," the opinion stated.

*jmeisner@*
*chicagotribune.com*

Durkin's written comment after Appeal

200

1

Durkin
defends
accusations
Daoud
made
against
him by
requesting
the
Government
for a
Competency
hearing

```
 1                    IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
 2                              EASTERN DIVISION

 3
      UNITED STATES OF AMERICA,       ) Docket Nos. 12 CR 723
 4                                    )             13 CR 703
                            Plaintiff,)             15 CR 487
 5                                    )
                     vs.              )
 6                                    )
      ADEL DAOUD,                     ) Chicago, Illinois
 7                                    ) January 27, 2022
                            Defendant.) 9:38 o'clock a.m.
 8

 9            TRANSCRIPT OF PROCEEDINGS - TELEPHONIC MOTION
                  BEFORE THE HONORABLE JOHN Z. LEE
10

11    TELEPHONIC APPEARANCES:

12
      For the Plaintiff:          HON. JOHN R. LAUSCH, JR.
13                                United States Attorney
                                  BY:  MR. BARRY JONAS
14                                219 S. Dearborn St., Suite 500
                                  Chicago, Illinois  60604
15

16    For the Defendant:          MS. QUINN A. MICHAELIS
                                  73 West Monroe Street
17                                Chicago, Illinois  60603

18                                DURKIN & ROBERTS
                                  MR. THOMAS A. DURKIN
19                                209 South LaSalle St., Suite 950
                                  Chicago, Illinois  60604
20
                                  LAW OFFICE OF JOSHUA G. HERMAN
21                                BY:  MR. JOSHUA G. HERMAN
                                  53 W. Jackson Blvd., Suite 404
22                                Chicago, Illinois  60604

23    Also Present:               MR. COLLIN SMITH, MCC
                                  MR. ROBERT STEELE, MCC
24                                DR. BONNIE NOWAKOWSKI, MCC
                                  DR. DAVID SZYHOWSKI, MCC
25
```

1         And at this point in time, Ms. Michaelis, Mr. Daoud

2    is still seeking appointment of new counsel?

3         MS. MICHAELIS:  Yes, your Honor, that's correct.

4         THE COURT:  Mr. Jonas, does the government have a

5    position one way or the other with regard to Mr. Daoud's

6    request for new counsel?

7         MR. JONAS:  Judge, we've got no position with regard

8    to the request for new counsel.  If given the opportunity, I

9    would like to respond to Mr. Durkin's filing yesterday if this

10   is the appropriate time.

11        THE COURT:  If you want to make a record, you can go

12   ahead and do so now.

13        MR. JONAS:  I'll be brief, your Honor.

14        Mr. Durkin made a filing accusing the government of

15   improper motivation -- improper motives, specifically trying

16   to take advantage of the defendant's mental health issue,

17   according to Mr. Durkin, and as a result, the government -- it

18   appears the government is not filing a motion requesting a

19   competency hearing for these improper motives.  Nothing could

20   be further from the truth.

21        Mr. Durkin and I had several conversations over the

22   past weeks where he asked the government to file something.  I

23   told him I do not have firsthand information which would

24   warrant filing a competency motion.  So, he, I think, was

25   annoyed at that.  I think he views it that if the government

202

1    files a motion, it gives him cover.

2          Accusations of the defendant's mental health to the

3    Court, the defense -- Mr. Durkin's position that the

4    statements, the accusations against him are false.  In other

5    words, if the government filed a motion that defendant was not

6    competent or seeking a competency hearing, it gives Mr. Durkin

7    cover against the accusations.

8          Mr. Durkin filed a motion.  It can be viewed as sour

9    grapes.  So, for some reason he attacked the government.  His

10   accusations are false.

11         The reason why the government did not file anything

12   regarding the mental health status was because: A, we have no

13   firsthand information that would indicate the defendant has a

14   mental health issue at this time; B, he has an attorney who is

15   meeting with him who, it sounds like, Mr. Daoud has been

16   cooperative with and who is in the best position to make an

17   assessment as to whether there's a competency issue; C,

18   frankly, the filings that the defendant has made are coherent;

19   they do not appear on their face to be the rantings of someone

20   who's having a mental health issue or is off his medication;

21   and, D, as we just heard from the MCC, he missed a few days,

22   but not enough that would cause any mental health imbalance so

23   that the filings would have been impacted.

24         If the Court ultimately decides to have a competency

25   hearing, we don't have a problem with that.  That's fine.  But

1  I don't see a record for it at this time. I think if

2  anything, the Court should just let Mr. Durkin and Mr. Herman

3  go, appoint a new attorney and we proceed forward.

4          Thank you, Judge.

5          THE COURT: All right. Thank you.

6          For the record, just so that I preserve the record in

7  this case, can I have Ms. Acevedo, my courtroom deputy, swear

8  in Dr. Nowakowski and Dr. Szyhowski, please.

9          Carmen, go ahead.

10    (Drs. Nowakowski and Szyhowski duly sworn.)

11          THE COURT: So, Dr. Nowakowski, do you affirm that

12  all the statements you made today at this hearing are true and

13  correct, to the best of your knowledge?

14          DR. NOWAKOWSKI: Yes.

15          THE COURT: And, Dr. Szyhowski, the same: Do you

16  affirm that all the statements you made today are true and

17  correct, to the best of your knowledge?

18          DR. SZYHOWSKI: Yes.

19          THE COURT: And, Dr. Szyhowski, what is your first

20  name, please, for the record?

21          DR. SZYHOWSKI: David.

22          THE COURT: And, Dr. Nowakowski, what is your first

23  name, please?

24          DR. NOWAKOWSKI: Bonnie.

25          THE COURT: Thank you.

BLACK'S
LAW DICTIONARY

# SEVENTH EDITION

# BRYAN A. GARNER
# EDITOR IN CHIEF

lawful if pursued individually. ● This right is protected by the First Amendment to the U.S. Constitution. The government may not prohibit outsiders from joining an association, but the insiders do not necessarily have a right to exclude others. Cf. RIGHT OF ASSEMBLY.

**freedom of choice. 1.** The liberty embodied in the exercise of one's rights. **2.** The parents' opportunity to select a school for their child in a unitary, integrated school system that is devoid of de jure segregation. **3.** The liberty to exercise one's right of privacy, esp. the right to have an abortion. — Also termed *right to choose.*

**freedom of contract.** The doctrine that people have the right to bind themselves legally; a judicial concept that contracts are based on mutual agreement and free choice, and thus should not be hampered by external control such as governmental interference. ● This is the principle that people are able to fashion their relations by private agreements, esp. as opposed to the assigned roles of the feudal system. As Maine famously said, "[T]he movement of progressive societies has been a movement from *Status to Contract.*" Henry Sumner Maine, *Ancient Law* 165 (1864). — Also termed *liberty of contract.*

> "Like most shibboleths, that of 'freedom of contract' rarely, if ever, received the close examination which its importance deserved, and even today it is by no means easy to say what exactly the nineteenth-century judges meant when they used this phrase. At least it may be said that the idea of freedom of contract embraced two closely connected, but none the less distinct, concepts. In the first place it indicated that contracts were based on mutual agreement, while in the second place it emphasized that the creation of a contract was the result of a free choice unhampered by external control such as government or legislative interference." P.S. Atiyah, *An Introduction to the Law of Contract* 5 (3d ed. 1981).

**freedom of expression.** The freedom of speech, press, assembly, or religion as guaranteed by the First Amendment; the prohibition of governmental interference with those freedoms.

**Freedom of Information Act.** The federal statute that establishes guidelines for public disclosure of documents and materials created and held by federal agencies. 5 USCA § 552. Abbr. FOIA.

**freedom of petition.** See RIGHT TO PETITION.

**freedom of religion.** The right to adhere to any form of religion or none, to practice or abstain from practicing religious beliefs, and to

be free from governmental interference with or promotion of religion, as guaranteed by the First Amendment and Article VI, § 3 of the U.S. Constitution.

**freedom of speech.** The right to express one's thoughts and opinions without governmental restriction, as guaranteed by the First Amendment. — Also termed *liberty of speech.*

**freedom of the city.** *Hist.* An immunity or privilege from some burden, esp. from county jurisdiction and its privilege of municipal taxation and self-government, held under a royal charter.

**freedom of the press.** The right to print and publish materials without governmental intervention, as guaranteed by the First Amendment. — Also termed *liberty of the press.*

**freedom of the seas.** *Int'l law.* The principle that the seas beyond territorial waters are not subject to any country's control. ● Ships on the high seas are subject only to the jurisdiction of the country whose flag they fly, except in cases of piracy, hijacking, hot pursuit from territorial waters, slave trading, and certain rights of approach by warships. — Also termed *mare liberum.*

**free election.** See ELECTION.

**free enterprise.** A private and consensual system of production and distribution, usu. conducted for a profit in a competitive environment that is relatively free of governmental interference. See CAPITALISM.

**free entry, egress, and regress** (ee-gres / reegres). *Hist.* A person's right to go on land as often as reasonably necessary. ● A tenant could go on land to gather crops still growing after the tenancy expired.

**Free Exercise Clause.** The constitutional provision (U.S. Const. amend. I) prohibiting the government from interfering in people's religious practices or forms of worship. — Also termed *Exercise Clause.* Cf. ESTABLISHMENT CLAUSE.

**free fishery.** See FISHERY (1).

**freehold,** *n.* **1.** An estate in land held in fee simple, in fee tail, or for term of life. ● At common law, these estates were all created by enfeoffment with livery of seisin. **2.** The tenure

## Certificate of Service

I hereby certify that I have caused a copy of this Memorandum
to be served to all parties of interest through the clerk by
placing same in inmate legal mail on this the 12    day of July,
2023.    This being submitted under the penalty of perjury
Respectfully submitted,

Adil Darwid

207



Adel Daoud - 43222424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605

Office of the U.S. District
Court United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

07/18/2023-35

SCREENED
JUL 1 7 2023
US MARSHALS

Legal
Mail



**METROPOLITAN CORRECTIONAL CENTER**
71 W. VAN BUREN ST., CHICAGO IL 606005
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

**JUL 1 3 2023**

If the sender raises a question or problem over which this facility has no jurisdiction,
you may wish to return the material for further information or clarification.
If the sender encloses correspondence for forwarding to another addressee,
please return to the enclosure to the above address.