

U.S. District Court

Northern District of Illinois

Eastern Division

**FILED**

DEC 0 5 2023 MLK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

USA                          12 CR 723

v.                            13 CR 703

Adel Daoud              15 CR 487

A Supplement to My sentencing Memorandum

/ Motion to Squash Arrest or Dismiss Indictment/

Motion to Impeach the UCE and CHS in the Fake Bombing and Murder

For Hire Cases

## Table of Contents by References

1. Innocent                                   pg.1

Gangster Rat Testimony

2. I was not pressuring Daoud              pg.2

3. All our conversations were recorded

                                          pg.2

4. It was not my idea                     pg.2

5. I did not force call                   pg.2

6. Daoud seen as prey immediately         pg.2

7. Didn't want Daoud messed up in the beginning

                                          pg.2-3

8. Dedicated to his religion              pg.3

9. Anything can motivate me!              pg.3

Calls to the Love of his life

10. I'ma tell on his ass so I can get out

                                          pg.3-4

11. I hope my neighborhood blows up       pg.4

12. I'm not a pushover! I'll stab him

                                          pg. 4-5

13. Wife: If I end up Dying               pg. 5-9

14. Blow your fuckin Head off...          pg. 8-21

15. Time of above call                    pg. 22

In the Cell with a Gangster Rat

16. Pack up your stuff                    pg. 22

17. I hate you                            pg. 22

18. More Discovery!                       pg. 22

18.2.                                     pg. 23

19. Are you a snitch?                     pg. 23-25

II

20. Don't ask me if I'm a snitch no more. Kick yo ass!

    pg. 25

21. Vino's "Opportunity" to back out    pg.25

22.     pg. 25-28

23. Vino's attempt to fix the recording   pg.28-29

24.     pg. 29

25. Vino's not convinced that he really fixed the recording

    pg.29

26.     pg.29

27. Pressuring you and shit!    pg.29

28.     pg.29

29.     pg.29-30

30. What's the Code??    pg.30

31.     pg.30

32. SA Mike SA Mike SA Mike    pg.30

33. Monitered Live    pg.33

34. The original "code"    pg.31

35. The Picture    pg.31

36. New Code    pg. 32

37.     pg.32

Gangster Rat Testimony

38. Drake Carpenter    pg.32

39.     pg. 32-33

40. We had no conversations about Daoud  pg. 33

41. All my instructions were from Federal agents, and not Drake
Carpenter    pg.33

Carpenter's calls with his lying pet rat

42. Stand on that Dude![Daoud]    pg.33-34

III

43. I gotta talk to these cats, for real                pg.35

44. Hee say you want you to kill him?                   pg.35-
                                                        36
45. He gonna get on the phone when you tell me          pg.36

46. painting on the phone!                              pg.36

47. Compare with my testimony                           pg.37

48. Rat: I got him to say what i needed him to say

                                                        pg.37-38

49. Daoud: A Loan 20gs?                                 pg.38

50.                                                     pg.38

51. Carpenter: I think they could do whatever they wanna do but
they can't tell you that                                pg.38

52. Carpenter gives Vino/Paschal/Gangster Snitch/CHS instructions

                                                        pg.39-41

Gangster Rat Testimony

53. "Gift" means $20,000 to kill UCE                    pg.41

53.2. Or was it Donuts and Jolly Ranchers?             pg.41

54. Daoud: Once I get down                              pg.41

55. He dead? or He Did? Mercy of the transcriber        pg.41

Gangster Rat Testimony

56. I received a Message from Daoud. Where's the message?!

                                                        pg.42

57. FBI: I do not know                                  pg.43

58. How would he pay $20,000?                           pg.43

59. Did he contact anybody?                             pg.43-44

60. the Gangster Snitch Before Christmas                pg.44

61. My Phone calls [still waiting for]                  pg.44

62. The Accusation in Question                          pg.45

iv

63. I'm not gonna be here for a long time!  pg.45

64. This is a new court case  pg.45-47

65. I get to pick a jury?  pg.47

66. It's not gonna be over in 2 or 6 months! I just told you that!  pg.47

67. You are crazy.  pg.48-49

68. UCE also questioned my sanity  pg.50

69. How many crazies are in jail?  pg.50

70. Forced confined:20+ hours a day, for 35 days  pg.50

71. the Gangster Snitch Before Christmas  pg.50-51

71.2. "Can't pay me" Writes the Rat  pg.51

72. "Coconut doughnuts, some Jolly Ranchers..."  pg.51

Gangster Rat Testimony

73. He agreed to pay you after the fact?  pg.51

74. But that was the agreement?  pg.51

75. Relieved  pg.52

76. $20,000 and a house in Egypt  pg.52

77. No details on the House in Egypt  pg.52

78. Why not Kill Bush or Obama?  pg.52

79. Snitch notes:"Thinks hes going home"  pg.52

80. Bond Before Christmas  pg.53

81. Bond Before Christmas  pg.53

82. Release me!  pg.53

83. Release me!  pg.53

84. FBI Meeting  pg.53

85. It was on his Birthday  pg.53

86. Not my idea!  pg.53

87. No Sir, he testifies  pg.53

v

Gangster Rat Testimony (continued)

88. My Main Motivator was...                              pg.54

89. He thinks he owes me                                  pg.54

90. If he wanted to stay safe in jail!                    pg.54

91. Grand Jury: Prisoners that are prey, are they extorted?

                                                  pg54

Snitch does not need to be monitered                     pg.

Snitch can use unmonitered phones                        pg.54

93.Snitch was picked up by his buddy Handler             pg.55

93.2. Carpenter: Fuck around and get killed!             pg.55-56

94. Call my mama                                         pg.56-57

95. You coming here?                                     pg.57

96.Carpenter: I'm coming in the building right now

                                                  pg.57

97.Carpenter: I just left Kankakee (jail)                pg.57

98.Carpenter told Vino his charges would be "expunged" for setting

me up                                                    pg.57

99.                                                      pg.58

100.Vino: Buy you a drink                                pg.58

101. Carpenter: And they aint paying me!                 pg.58

102.Carpenter: I had to put the spin on it              pg.58-59

103.Carpenter: What the fuck?! Hahaha                    pg.59

104.Carpenter= Carp = Blood                              pg.61

105.Pukee                                                pg.61

106. Vino and Carpenter know the same people             pg.61-62

In my cell

107. Tell them I want no years!                          pg.61

108.                                                     pg.61-62

109. He flipped!                                    pg.62-63

110. Vino Was snitching for over 2 years

111. I know everything!                             pg.64

112. Pee Wee                                        pg.64-65

113. I saw with my own 2 eyes                       pg.65

114. He had started telling me...                   pg.65

115. Just leave Lil Walt here                       pg.65

116. I don't give a fuck! I just want to go home!

                                                    pg.66

117. You're one selfish dude                        pg.66

118: You never wanna help no body                   pg.66

119. That's what I know                             pg.66-69

120. I was probably overdraft                       pg.69-70

121. Let's culls out my mama                        pg.70

122. Carpenter: They telling on me!                 pg.70

123. Feds: We gotta do something by the time he get back to court

                                                    pg.71

124. Carpenter: They 100% on board                  pg.71

125. This is about America!                         pg.71-72

126. They're trying to Expidite this                pg.72

A Pattern of Injustice

127. FBI violates my Miranda rights                 pg.73-74

128. FBI "fixes" the recording                      pg.74-75

129. No pressure                                    pg.75

130. No pressure                                    pg.75-76

131. Vino: Making sure you don't say no.            pg.76

132. Vino: I'll have to kill you                    pg.76

133. No pressure                                    pg.76

VII

134. Aint no snitch! Kick yo ass!     pg.76

135.                                   pg.76

136.                                   pg.76-77

137.                                   pg.77

138.                                   pg.77

139.                                   pg.77

140.                                   pg.77

141. I'm gonna die!                    pg.77

142. Don't punch me                    pg.77

143. I'ma have to kill you             pg.77-78

144. No pressure                       pg.78

145. No trouble                        pg.78

146.                                   pg.78

147.                                   pg.78-79

148.                                   pg.79

149. I need to use the bathroom        pg.79

149.2. SWAT team                       pg.79-80

150. Vino had my pin #, stole my phone money when done telling
I left unit                           pg.80

151. Compare with my testimony         pg.80

152. Do I read your stuff?             pg.81

153. Compare with my testimony         pg.81

154.                                   pg.81

155. Taha                              pg.81

156.                                   pg.81

157.                                   pg.81-82

158. Compare with my testimony         pg.82-83

159. Wife says he raped her            pg.83-85

VIII

160. Wife talks to herself                              pg.85

161.                                                    pg.85

162.                                                    pg.85-86

163.                                                    pg.86

164.                                                    pg.86-87

165.                                                    pg.87

166.                                                    pg.87

167. Wife: Go ahead! Kill yourself!                     pg.87

168.                                                    pg.88

169.                                                    pg.88

170.Vino:We could never be divorce                      pg.88

171.I'ma kill you                                       pg.88-89

172.                                                    pg.89

173.You should of took a hint of all the other people i fucked
up!                                                     pg.89

174.Probably shot!                                       pg.89

175.Wife:I'ma beat it!                                   pg.89-90

176.Vino:If this works out with snitching Daoud...

                                                        pg.90-91

177.Wife: Don't get out of Jail                         pg.91

178. Wife: I don't love you                             pg.91

179. Vino: YOu just don't want to be happy              pg.91-92

180.Gangster Rat Swears: At no time during any of my conversation...

                                                        pg.92

181.Grand jury: Did he ever tell you or indicate to you at any
time that...                                            pg.92

181.2. Snitch:Yes sir!                                  pg.92

181.3.Grand Jury: This is an American boy!              pg.93

181.4. Grand Jury questions FBI; Was anyone else involved?

                                               pg.93

182. Gangster Rat: No reluctance at all    pg.93

183. Gangster snitch: It was immediately after I talked to him!

                                          pg.93-94

184. Third case:Hancock Hospital Report    pg.94

185. MCC's Threat assessment    pg.94-95

186. Report: It's not his blood    pg.95

More Injustices

187. Dad: the Government, they don't let him come see you!

                                          pg.96

188.                            pg.96

189. Psych Reports me delusional to think the court was paying

my lawyer!                          pg.96

190. Dad: If the government don't pay, I pay but take it easy...

                                          pg.96-97

190.2.Durkin: "I'm too old for trial"    pg.97

190.3. Durkin tells Daoud he has a better chance to go to trial

if he stays in jail                    pg.97

191.FBI avoids answering key questions to Grand Jury

                                          pg.97

192. Translating the FBI: "gave opportunity" here means Solicitation

                                          pg.97-98

193. Is this Entrapment? FBI can't answer    pg.98

194. "Opportunity" to back out means the worst forms of inducement

                                          pg.98

195.                            pg.98

196.                            pg.98

X

197.                                                    pg.98

197.                                                    pg.98-99

198. "Opportunity" to Back out, again                   pg.99

199. FBI: UCE was Daoud's mentor                        pg.99

200.                                                    pg.99-100

201.FBI was the real Mastermind                         pg.100

202. I was suspicious of UCE                            pg.100

203. I didn't do anything but show up                   pg.101

204. Beware of much suspicions                          pg.101

205. Hell or Jail?                                      pg.101

206. Milgram Experiment                                 pg.102-107

207. I trusted you with my Life! Now, is this a set up?

                                                        pg.107

208.Hold Hold this                                      pg.108

209.A-adel right?                                       pg.109

210.FBI: I believe he was born here                     pg.109

211. Racial Profiling: He's Palestinian                 pg.109

211.2.FBI admits to 2 main goals: See if I have a plan and stop
me from "Radicalizing" people. FBI Swears I had no plan and the
athat Radicalizing people means "Dawah" and testifies that "Dawah"
means propagating Islam                                 pg.109

212. The Aliyona show                                   pg.110

213. Sheikh Khan says to FBI after the latter's "Citizen's Gathering":
People who wear turbans do not want to embrace the values of
society                                                 pg.113

214. No body said this was my plan, but I'm still in jail for
one                                                     pg.113

215. the Plan in August 2012                            pg.113

215.2.                                        pg.113

215.3                                         pg.113

216.                                          pg.114

217.                                          pg.114

218.                                          pg.114

219.                                          pg.114

220. Recruitment or a bombing?               pg.114

221. Daoud: I didn't want to end up here!    pg.114

222. UCE=more subtle Gangster snitch         pg.114-115

223. He wanted to talk about politics and religion

                                             pg.115-116

224.He was persuaded                         pg.116

225. This case is not that complicated       pg.116

226. Hmm!                                     pg.116

227. They manipulated me uJing my love for my Religion

                                             pg.117

228.                                          pg.117

229. UCE is not scared of me                 pg.117

230. It was nothing like this                pg.117

231. Mercy of the Translator                 pg.117

References                                    pg.118-134

My Affidavit                                  pg.135

Verification                                  pg.139

Certificate of Service                        pg.140

Forgotten or Additional References            pg.141



I begin and end what I say in the name of Allah, the Gracious,the
Merciful. Allah is sufficient for us, and is the Best Trustee.

Here comes, Adel Daoud, sui juris, with a supplement to my
last sentencing Memorandum. This is my situation:

He's been indicted

The general decided

The paper incited

He must be guilty


T The agent presumed

Prosecutors consumed

The judge assumed

We're sure he's guilty


Doesn't matter what we saw

We'll simply change the law

Call it the final straw

We think he's guilty


We have him on a call

It maybe to congressional hall

Our goal is to make him fall

Because we believe he is guilty


T The trial would be perfect

When guilty is the verdict

Even if the evidence is suspect

Nevermind, we find him guilty

\

But he only spoke his mind

To people of every kind

Justice may be blind

But it's been hard to find

Because he's innocent [1]


Vino, the Gangster snitch, testified,

"The FBI agents told me to make sure I was not pressuring Daoud
to have the FBI agent killed." [2]

"to the best of my knowledge, once Daoud and I were moved to
the cell with the recording equipment, all of our conversations
in our cell were recorded, including all of our conversations
about having the FBI agent killed..." [3]


"it was not my idea or suggestion to have the FBI agent killed"
[4]


"Q... did you force Daoud to make that call? [to kill the agent]
A No sir " [5]


"And he's a small person in stature, so, you know, being in
jail he would be considered prey immediately to people because...
so I kind of protect-ed him, and I made him feel comfortable with
me.

Q Okay. Are you afraid that he might kill you now?

A No. I'm not particularly worried about him." [6]


"You had said that you made him feel comfortable, made Daoud

feel comfortable. Did you do that at the direction of law enforcement?

A No not -- not 100 percent. But after, you know, in the beginning it's just like, you know, I didn't really want to see him get messed over until I really found out he was a terrible person."

[7] Compare to quote pg.93, Ref.FN 183

"Q So you're telling us that here's an 18-year-old kid in your cell, you're taking him seriously, his ranting about Israel, according to your notes?

A Yes. And in the beginning, yes. I took him seriously kind of almost immediately because he's very... he's dedicated to his religion.... " [8]

"Q You weren't motivated by money, or in this case leniency from the government?

A In my situation, you know, any consideration would always be a motivation. But my -- the main motivator for me was that the person could be particulary be dangerous to the community. You know, if he was released or if he was able to make, you know acquaintance with someone else that could carry out these things for him, he might actually be dangerous." [9]

Vino is on the phone, while in Kankakee county jail, with his wife. He wanted to read her his letter, but he forgot to bring it. He told Daoud to go get his letter; the cell is locked.

Vino: Hello? Taliban [Daoud] gonna get in that mother fucker

Wife: Ooo! How he gonna get in?

Vino: Man... shit... I don't know. Probably gotta get some terrorist

3

slip up his sleeve... (shouts: Hey Chilongo! Push the button!
Tell him to hit [cell] ten for me!) Hello?

Wife: mmhmm?

Vino: Yeah he a terrorist... he gonna get in...

Wife: (sighs)

Vino: I'ma tell on his ass so I can get out.

Wife: Ooo!

Vino: I'm bogus. I shouldn't do that should I?.... Huh?...

Wife: Ah no, fuck that. You fuck over whoever you got to fuck
over to get out.

Vino: (laughs) [10]


Vino: Fuck them. I hope that whole bitch blow up. I wouldn't
give a fuck if the whole neighborhood burnt down

Wife: Hell... you care

Vino: No I don't

Wife: Yes you do

Vino: I care about my family, that's it [11]


Vino: Ay my cellie know karate

Wife: (laughs) I bet he do

Vino: On the g, he kung fu the (ui) today

Wife: Where he at? In the hole?

Vino: No. Hell naw. He got his ass, he didn't even get caught

Wife: Damn...

Vino: Yeah he (gruesome dude?) he kick the nigga ass real quick

Wife: Think he could do that to you?

Vino: Hell naw. He know he can't do that. Sheet.... (i.e. shit)

4

Vino: Hell naw. He know he can't do that. Sheet... [i.e. shit]
Do I look like some pushover to you?

Wife: So. What?

Vino: Do I look like a pushover to you? Man, I don't look like
a pushover -

Wife: - I didn't - I didn't say that.... I never said that sir

Vino: I told his ass: (feigns accent): You don't know. [Daoud:]
He (talk) what the fuck is that? (Feigns accent) I'm like: You
don't know if I'm gonna hit you or you don't know if I'ma get
you

Wife: (laughs) You ignorant

Vino: Yeah... terrorist ass boy....

Vino: (feigns accent) You don't know if I'm gonna fight you
, or you don't know if I'm gonna stab you

Wife: Ooo..! You better not stab no body! [12]


Vino doesn't care about the neighborhood. Just his family.
He doesn't care about Daoud. [He threatened to stab him]. He's
ready to "fuck over" everyone and anyone to go back home to the
love of his life...

Vino: You're my everything all the time, but sometimes you really
make me want to punch you in your fuckin face.

Wife: He just said he want to punch my fuckin face, Delyne!

Vino: Why are you steady trying to hear what I'm saying? I'll
punch her in her face too

Wife: He threaten me over the phone!

Vino: What's up though man?

Wife: Now, he asking me what's up after he just threaten me!

Vino: Why are you putting people in our marriage?

Wife: Because, I just want somone to know what's going on if I end up dying

Vino: Ah... Well... Bitch... it aint no .. listen. Let me inform you of something right. They not allowed to look for no clues or nothing man. They're gonna know exactly what the fuck happen, you (aint gonna leave witnesses)

Wife: (talks at same time: Who gonna know?)

Vino: Everybody that need to know

Wife: What they gonna know?

Vino: They gonna know that you is dead, bitch. You played games, and that boy killed you.

Wife: What boy?

Vino: Me!

Wife: (laughs) (... pause)

Vino: Your mama gonna be saying: I told you that boy was no good! The police mama gonna be like: I told you that boy is crazy! And then all the other people gonna be like: I told her, I told her, I told her... You know what I mean? C man gonna be like : I told her he worse than Freddie, man. And then they gonna be like: I told you, bitch. She gonna be like: I told her she was just fucking with him, and then they gonna be like: I told her, I told her, I told her, but that's all they gonna say. They gonna like: I hope they able to catch his ass before he get me cuz he probably gonna go all out! He gone killed her ass. You know what I mean? Then he damn near killed Deatra, then he got Sheela; He got the bitch Britney. He beat up little Hershey. I don't know what fuck else he gonna do

Wife: Mm

Vino: Yeah. But when you go, you aint going alone

Wife: (soft laughter)

Vino: Whoa Whoa. I just told you your mama, your sister, that bitch Britney, probably my sister -

Wife: Mm

Vino: Just rid my life of all these nuasances

Wife: What?

Vino: Naw, I can't be playing like that on the phone no more though man. Cuz they probably listening to my shit and then they're gonna think I'm crazy and shit...

Wife: You're not playing. (He's not playing, whoever's listening to this. He's not playing, whoever's listening to this. He's not playing. You see how many... )

Vino: (says same time: I'm playing stupid bitch, while you)

Wife: .. times he threaten me, a day? He's very serious [She's not exaggerating - end note]

Vino: Stop playing, stupid bitch before you get me in trouble

Wife: I'm gonna man... I'm gonna man.... I'm gonna let it all out since I've (been) bashed on...

Vino: Yeah. Shut up, man. It's time for me to go

Wife: I'm gonna tell em... I'm gonna tell em...! Exactly who you are...!

Vino: I'm gonna go, I'm gonna go, I'm gonna go, I'm gonna go, aight quick

Wife: His name is William... [Vincent Paschal]

Vino: I'm gonna go, I'm gonna hang up right now. Bye, man.

Wife: Why?

Vino: Cuz you're acting goofy. I just told you you can't be playing like that on the phone

Wife: First of all, how you gonna tell me I'm acting goofy, I can't be playing like that on the phone, and you the one that kicked it off. You the one -

Vino: - Yeah but I told you. I know I quite, but I thought about it we can't be playing like that on the phone now cuz it's something else going on serious, and they'll be listening, and that shit I might be in trouble for real. We can't be doing that right now

Wife: It wasn't me. It was <u>you</u>

Vino: It was <u>us</u>, man

Wife: It was <u>you</u> by yourself

Vino: No it wasn't

Wife: We not a single. You in the county jail. We are 2 seperate individuals

Vino: I love you though, baby

Wife: Whatever [13]


When Vino kills his wife, he's gonna kill her whole family. Plus his sister. That's how he comforts his wife. It's ok though, he jokes like this all the time. He has to! She's all he has!


Vino: Hello?

Wife: What?

Vino: So you said you don't care about me?

Wife: (sighs) Vino! Really?

Vino: I'm asking you: Do you care? Is that what you said?

Wife: (sighs)

Vino: Is that what you said?

Wife: ... we not gonna discuss this right now

Vino: Alright. Do you love me?

Wife: Why?? Do it matter?

Vino: Yeah... it matter Muffin

Wife: Oh, no it don't

Vino: Yes it do. Ay.

Wife: No

Vino: You can't talk right now?

Wife: I don't wanna talk right now

Vino: Oh. Well. Look man. Stop playing with me though before
you piss me off, ok.

Wife: I don't care... Vino! Do it look like I care?

Vino: See. This the ~~heit~~ shit I'm talking about then you said you
don't wanna fight, but then say shit like to start a fight

Wife: (sighs) Delayne, I'll be right back. He about to blow
me

Vino: .... Blow your fuckin head off...

Wife: And now he just said he gonna blow my head off!

Vino: Stop telling people that!!

Wife: Well, stop telling me that. (Crying) At least if something
happen to me is, if somebody know

Vino: Man... here you go...

Wife: What?

Vino: Ay look

Wife: Is your mama's keys in there?  [to someone else]

Vino: Ay. You hear me?

Wife: I hear you, but I don't wanna hear you

Vino: Look. This is what I'm saying though, right. Do you feel like you're doing everything you should be doing right now?

Wife: (sighs) yup. Because you wanna know why? Cuz you not doing nothing. That's exactly why I feel like I'm doing everything I need to be doing right now.

Vino: Because I'm not doing nothing?

Wife: Cuz you not doing nothing

Vino: But that's part of this this this team that we got though when I got -

Wife: - No it's not . It's a team, is 2 people. One (vino:right) person aint doing nothing. (Vino:right) If one person person aint doing nothing, then it aint no team

Vino: So if it come a time where you can't do nothing I'm supposed to double right?

Wife: Naw...

Vino: What I supposed to do? When you can't do nothing?

Wife: I aint even gonna say waht I was gonna say. I don't wanna start an argument no more

Vino: Ay, what were you gonna say?

Wife: Uh uh [i.e. no]

Vino: You might as well say it. What was you gonna say? When you can't do nothing what I'm supposed to do?

Wife: For yourself, I guess!

Vino: So why did you marry me Muffin?

Wife: (sighs)

Vino: Mm?

WIfe: Here we go with this! REally?

10

Vino: That's what I'm saying. Yeah really though ~~becasue~~ because you Saying like you by yourself though and I'm by myself, then why the fuck iß we even married? Like how we iß together, if we by ourself?

Wife: Why are you cußsing? Who are you cußsing at? (crying or about to cry)

Vino: Cuz I'm not trying to get upset, man. Why iß we even married if we by ourself, but how is we together if we by ourself?

Wife: (sighs) Man...!

Vino: Huh?

Wife: I said... your question was what?

Vino: When you can't do for yourself and when you can't do nothing, I'm supposed to do double. Because that's where we, that's what it is, it's uß vs. everybody. It's just uß. You know what I mean, it's uß.

Wife: and I said what?

Vino: You said I'm supposed to do for myself

Wife: (laughing and crying) Oh... man... (quietly: Jesus I'm saved!)

Vino: And you call me, you Say another motherfucker though, you cliked to say I'm childish, right? When you the most childißh of us all!

Wife: .... That's your opinion

Vino: For real though, cuz you get a little attituede and then you say shit that you don't mean and you know what I mean --

WIfe: -- What had I said that I ~~diad't~~ didn't mean?

Vino: You said we should seperate, or you should just do for ~~yourself! Uh, all the shit that you don't mean and you~~

yourself! Uh, all the shit that you say that you don't mean it

Wife: How don't you know that I'm not just fed up?

Vino: You know... cuz I know you're not--

Wife: How do you know that? Mm?

Vino: Cuz I know. I know. I'll know when you're fed up

Wife: Really?

Vino: Yeah...

Wife: Mm

Vino: One thing I know for sure about you; you know how to make your final shit. If you know, all you need to do , I'ma call, and then it's gonna say: This number is no longer in service. And then I guess like damn she fed up

Wife: Oh... that's it?

Vino: Yeah... that's all  it take. I aint gonna go - I aint gonna call and get your new number from nobody if you don't want me to have your new number... you know (wife: mumbling) how to do it, I think you'd tell me though you fed up like that, you just said I can't do it, I don't know what you would do, but I don't think, I think I would know, but, anyway. Listen man, stop playing with me ok?

Wife: Mmhmm

Vino: You're not gonna stop playing with me?

Wife: I'm not playing with you, but I'm aint gonna stop being serious

Vino: You're not gonna start being serious?

Wife: (sighs) I'm not gonna stop being serious

Vino: When you serious?

Wife: Right now. What you mean?

Vino: What you serious about?

Wife: All types of stuff. What I said. Whatever I say out of my mouth

Vino: ... (sighs) So if I get out today, and went on Rockwell, how long would it take for you to --

Wife: -- you think what I'm saying that we wouldn't know happen if you get out today. (Vino:Right) We don't even know when you getting out

Vino: I do know. But I (you'll see) --

Wife: -- (same time: You don't)know nothing

Vino: Ok. You'll see

Wife: You know that, sometime be, you praying that sometime you be out before Christmas

Vino: Ok

Wife: That aint knowing when you getting out

Vino: Alright... Well anyway, Look

Wife: Exactly

Vino: So would you bust the windows and shit in Rockwell?

Wife: Uh-uh. For what?

Vino: You would just let me live there?

Wife: Mm hm

Vino: and I can see the babies every day?

Wife: Every day? Yeah if, if you got a car to get them, you sure can

Vino: Ok... So that's what you want me to do?

Wife: Yup

Vino: You lying?

Wife: Mm, uh-uh [i.e. no]

13

Vino: Yes you is

Wife: I'ma show you that I'm not lying

Vino: Uh, what you're gonna do?

Wife: Don't worry about it

Vino: Tell me how you gonna, show me so I could know

Wife: No. I don't need to show you, to prep you, no.

Vino: So you don't love me no more then? Right?

Wife: (sighs)

Vino: Huh? Huh?

Wife: Vino. Stop asking me that

Vino: Why not?

Wife: Hmm... I'm sleepy

Vino: Ay but look, though, alright. You hear me?

Wife: What

Vino: So what you trying to say though, is that what I can't
do for myself, I can't depend on you?

Wife: (sighs) If you can't do for yourself then you don't want
to do for yourself

Vino: I'm saying right, but this is what I'm, I'm (UI)

Wife: That's how I take it

Vino: So when I get out

Wife: you...

Vino: So when I get out right, you know what I mean? The first
day I get out, you saying like, you said you don't want me to
go outside, you don't want me to do nothing, that type of shit,
right?

Wife: You going on Rockwell, so it don't matter

Vino: No I'm not, I'm not even gonna, we not even (fight) --

Wife: (same time: yes) you i

Vino: Look. SHut up. Shut the fuck up --

Wife: No. See that's your problem. Nope. You shut up

(Both talking same time)

Vino: Because you wasting time now, and you aggravating me cuz you saying nothing. You know what I mean, and that's not even up for debate no more -

Wife: and I'm just saying nothing

Vino: Yeah, we not gonna even talk about that because the thing is this though right. You know what I mean? I told you the things that you know, that you doing to make me feel, I guess you can say insecure about, or like, you know, like you doing something. I told you the things you doing and if you stop doing those things then I would feel better, everybody would feel better man, and you need to stop saying shit like -

Wife: (crying) Who is everybody? Aint nobody uh... hurt but you, you the only one acting like you hurt. So something (vino talking) what you hurt for?

Vino: Because I'm in love and I put my trust and everything into you and I would feel betrayed if you betray my trust, you know, not to do that because look like what I told you, you know, uh I, I, her, we had a beatiful relationship and all that, but our friendship is the better thing out of it. You know what I mean? We was good friends, I really like that's what strengthns our relationship that we had-

Wife: Ok, well we gonna be friends then and we gonna go back to being friends (Vino: talking)

Vino: Huh?

15

Wife: We gonna just go back to just be being friends, and that's it

Vino: Well, alright. Look. I'm not gonna argue with you and I'm not gonna even let you get me mad with this shit. But, I'm saying, you know, if you do the things that I need you to do. You know like, you know what I mean? like to not answer your phone shit, and you know what I mean, and you know, I don't know, just the shit that, you be doing that make it seem like you know, like you got somebody else. Then I'd be more comfortable with the situation. And then if a long time, you know what I mean? I've been in jail. So naturally I feel like, you know, and now all the sudden, it seems like you losing interest. You know what I mean? YOu been like 100% into it the whole time and now all the sudden it's like you losing interest

Wife: Yeah, bored. Yeah ⌊NOte: She's being sarcastic⌋

Vino: That's what happened? You got bored?

Wife: Mm hmm

Vino: So what is you doing though, that that's taking up your time though? That you just bored with it or is something consuming your time, what is it?

Wife: Just bored

Vino: So... but honestly though if you was did with someone else though you would tell me?

Wife: You would have knew

VIno: You would have told me immediately, you would of told me -

Wife:- you would have knew

Vino: I would have knew?

\6

Wife: Mm hmm

vino: You promise? CAn you swear that on the babies? [...]

Wife: You acting like a kid right now

Vino: I feel like a kid right now because, you know what I mean? I'm upset, you know, really, like, you know, but it aint really like, you know, it's crazy but, I love you though, man. I don't wanna fight, you know what I mean? And it's just, I don't wanna home to, you know what I mean? It's like I don't wanna come, and you wishing I wasn't thre, and you know what I mean? I don't want it to be like that. YOu know you told me how it was when buddy got out of jail and shit and you was like, you know, you really didn't want him there. So when you say that type of shit , I kinda, you know, everything you say I take, I take it with enough seriously enough, you know what I mean? To, you know, I don't never forget it. I remember. Like, man, she said that though, she may have meant it. Sometimes, I know, that you just get mad and and you get frustrated, you just say shit, you know. I do it too. But, you know what I mean? I be really wanting to know like you if you really didn't want me to be there, would you tell me? Instead of or-

Wife:- I'm telling you

Vino: Aight, well, not right now though. Fuck what you telling me right now-

Wife: you telling me- no no no - exactly what's the point of me telling you something if you don't take me serious? [Note: Vino doesn't take "no" for an answer!]

Vino: I will take you serious, but I know right now you--

Wife:- Alright, take me serious and I'll, I, I'm not just saying

17

that

Vino: So you don't want me to come home to you?

Wife: Mm mm

Vino: On the babies, you don't?

Wife: Yeah, on the babies, I don't

Vino: You don't love me no more?

Wife: I just don't want you there. Like you need to get your mind right

Vino: So you think I need to go on Rock well, for a little while, for real?

Wife: Mmm hmm

Vino: Then, we gonna try to work it out later?

Wife: I don't know

VIno: Ouh, look. I got something else to tell you , right. Well I need to, I'm gonna be knowing if we need to do that or not, though for real, honestly, all bullshit aside, you know What I mean? What you think for real? You think I need to go oaver to Rockwell for a little while, or you don't know right now?

Wife: Mm hmm. You need to go on Rockwell

Vino: ~~Taht's~~ that's how you feel right now? Or that's you feel in your heart?

Wife: No, that's how I feel, in my heart cuz you don't know what you want. You know, you think you know what you want to do and you don't

Vino: My thing is this though. This is what I want. You know. I told you I don't I need, I be needing you to confirm shit, and like, you not doing it right now. You really putting more doubt in my heart now, you know what I mean? Putting up a, a,

18