**FILED**

JAN 30 2024 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

US District Court
Northern District of IL
Eastern Division

USA

v.

Adel Daoud

) 12 CR 723
) 13 CR 703
) 15 CR 487

Judge Matthew F. Kennelly

## My Response to Government's Response to My Motion to Compel, Impeach, and Dismiss

The 9/14/12 Audio was tampered with. The UCE swore so. Audio 9 was the one that worked, and was the one altered. That's why you agreed for me to get the other versions of 9/14/12. Had I been able to see that AV004 was us in the Jeep, I would not ask for it! [thinking it was 9/14 Audio]

The last conversation about pushing the button once and together was in no transcript and until you just gave it to me I never listened to it nor was I able to. If I was, I would have played it when UCE lied and said we didn't hold the remote together.

Audio 12 and 13 are each different. It seems they use a Muffler as part of their editing process. At any event, the conversation is no where in Audio 9, which again was confirmed altered.

UCE lied about holding the Remote together. He lied when he said he said to push the button twice. He lied about who came up with the date of the operation, who came up with the bomb, the car bomb, whether he had a say so in the target, & he swore he only wanted me to come if I believed in Jihad, which he swore is part of my Religion. If you want references, I will provide them again.

If the government wants to claim it has no more

Audios of 9/14/12, then they still don't argue against my other Motions to, among other things, Impeach UCE & CHS, & Dismiss the cases. So since we agree on that part, just do it!

sincerely,
Adel Daoud

Certificate of Service

I hereby certify that I have caused a copy of this Response to Government's Response to My Motion to Compel, Impeach UCE & CHS, & Dismiss, to be served to all parties of interest through the Clerk by placing same in inmate legal mail on this the 25th day of January 2024 this being submitted under the penalty of perjury

Respectfully submitted,

Adil Daoud



Joel David -43222424
Metropolitan Correctional Center
7 W Van Buren
Chicago, IL 60605

Legal
Mail

CAROL STREAM IL 601
27 JAN 2024 PM 1 L

Clerk of Court
219 S Dearborn
Chicago, IL 60604



RECEIVED

JAN 26 2024

CLERK, US District Court

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST. CHICAGO, IL 606-5
The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

01/30/2024-53